UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CASE NO. 3:13CR128 (AWT) |
| PETER PICONE : | |

ORDER OF REFERRAL OF PLEA HEARING TO A MAGISTRATE JUDGE

The defendant, Peter Picone, having applied for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the court refers the matter to Magistrate Judge  Donna F. Martinez  to administer the allocution pursuant to F.R.Crim.P., Rule 11, and to make

(a)  a finding as to whether any waiver of indictment is knowingly, intelligently and voluntarily made;

(b)  a finding as to whether the plea is knowingly and voluntarily made and not coerced; and

(c)  a recommendation as to whether the plea of guilty should be accepted.

It is so ordered.

ENTERED at Hartford, Connecticut, this 28th day of May, 2014.

/s/ AWT
Alvin W. Thompson
United States District Judge