## CRIMINAL CALENDAR

> THE FOLLOWING CRIMINAL CASE WILL BE PRESENTED BY THE UNITED STATES GOVERNMENT IN UNITED STATES DISTRICT COURT, 450 MAIN STREET, HARTFORD, CONNECTICUT, BEFORE THE HONORABLE DONNA F. MARTINEZ, UNITED STATES MAGISTRATE JUDGE, ON TUESDAY JUNE 3, 2014 AT 12:00 NOON FOR A CHANGE OF PLEA HEARING.

**UNITED STATES OF AMERICA**         DOCKET NO: 3:13-CR-00128(AWT)
                                                                           **CAROL L. SIPPERLY**
                                                                           **EVAN C. WILLIAMS**
     v.                                                                    **GUILTY PLEA**


**PETER PICONE**                     COUNT FOUR
**Jeffrey A. Denner, Esq.**          18 U.S.C. § 2320(a)
                                     Conspiracy to Traffic in Counterfeit Military Goods

                                     MAXIMUM PENALTIES:
                                     Term of imprisonment: 20 years
                                     Fine: $5,000,000.00
                                     Supervised release: 5 years
                                     Special assessment: $100.00
                                     Forfeiture: Mandatory
                                     Restitution: Mandatory


TO:   HONORABLE DONNA F. MARTINEZ – UNITED STATES MAGISTRATE JUDGE
      HONORABLE ALVIN W. THOMPSON - UNITED STATES DISTRICT JUDGE

CC:   UNITED STATES ATTORNEY'S OFFICE-HARTFORD
      UNITED STATES MARSHAL'S OFFICE-HARTFORD
      UNITED STATES CLERK'S OFFICE-HARTFORD
      UNITED STATES PROBATION OFFICE/PRETRIAL SERVICES-HARTFORD
      SPECIAL AGENT JESSICA HERRINGTON – DEFENSE CRIMINAL INVESTIGATIVE SERVICE
      SPECIAL AGENT JEFFREY FARRAGHER – HOMELAND SECURITY INVESTIGATIONS
      SPECIAL AGENT MARCO TIRADO – NAVAL CRIMINAL INVESTIGATIVE SERVICE
      JEFFREY A. DENNER, ESQ
      ADAMO LANZA, ESQ.