# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        Plaintiff,

-against-

PETER PICONE,

        Defendant.

Case No. 3:13CR00128(AWT)

February 19, 2015

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRE-SENTENCING INVESTIGATION REPORT AND EXTENSION OF DATES

V. Van Johnson III, of Raipher D. Pellegrino Associates, P.C., counsel for Peter Picone, hereby moves this Court, for an order extending the time for the Defendant to file objections to the Pre-Sentence Investigation Report that was field on January 26, 2015, and that all dates be extended or continued 30 days. In support of this Motion, V. Van Johnson III respectfully represents as follows:

    1.    Jeffrey A. Denner was admitted *pro had vice* to represent this Defendant in this matter.

    2.    For reasons detailed in the Affidavit of Jeffrey A. Denner, which is filed with this motion, objections to the Pre-sentencing Investigation Report were not timely filed.

    3.    Evan Charles Williams, Counsel of record for the government, has assented to this motion on behalf of the government.

**WHEREFORE,** the undersigned respectfully requests that the Court enter an Order extending the time for the Defendant to file objections to the pre-sentencing investigation report to February 27, 2015 and extending all other dates by 30 days.

    */s/ V. Van Johnson III*
V. Van Johnson III (ct26798)
Raipher D. Pellegrino Associates, P.C.
265 State Street
Springfield, MA
Telephone: 413-746-4400
Fax: 413-746-2816
vvj@rdpalaw.com

    */s/ Jeffrey A. Denner*
Jeffrey A. Denner, BBO#120520
Jeffrey Denner Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel. (617) 227-2800
Fax (617) 973-1562
jdenner@dennerlaw.com

## CERTIFICATE OF SERVICE

I certify that this document filed with the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Edward Chang
U.S. Attorney's Office-NH
157 Church Street, 23rd Floor
New Haven, CT 06510
edwardchang@usdoj.gov

Kendra Ervin
U.S. Department of Justice-1301 NYAve DC
Criminal Division
Computer Crime and Intellectual Property Section
1301 New York Avenue, Suite 600
Washington, DC 20005
Kendra.Ervin@usdoj.gov

Raymond F. Miller
U.S. Attorney's Office-NH
157 Church Street, 23rd Floor
New Haven, CT 06510
ray.miller2@usdoj.gov

Evan Charles Williams
U.S. DOJ
1301 NY Ave.
Washington, DC 20005
evan.williams@usdoj.gov

Carol L. Sipperly
U.S. Attorney's Office-NH
157 Church Street, 23rd Floor
New Haven, CT 06510
carol.sipperly@usdoj.gov

    */s/ V. Van Johnson, III*
V. Van Johnson III, ct26798