IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        Plaintiff,

-against-

PETER PICONE,

        Defendant.

Case No. 3:13CR00128(AWT)

February 19, 2015

## AFFIDAVIT OF JEFFREY A. DENNER

I, Jeffrey A. Denner, hereby duly sworn, do swear and stay that the following is true to the best of my personal knowledge:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts.
2. I have been admitted *pro hac vice* for this matter and represent the Defendant.
3. I am a former partner of Denner Pellegrino, LLP.
4. On February 1, 2014, Denner Pellegrino, LLP dissolved and as a result, my email address jad@dennerpellegrino.com became invalid, I believed they would automatically be forwarded to my new email address.
5. As a result, I did not receive electronic notice of the Pre-sentencing memorandum that was filed on January 26, 2015.
6. I was under the mistaken belief that my old email address would automatically forward to my new email address.
7. I met with the Defendant, and the response to the Pre-sentencing memorandum will be available within the next seven days.
8. I have moved, under separate cover, that all dates be extended or continued 30 days.

SIGNED under the pains and penalties of perjury this 19th day of February, 2015.

                                        /s/ Jeffrey A. Denner
                                        Jeffrey A. Denner