UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x
UNITED STATES OF AMERICA       :
                               :
v.                             :    CRIM. NO. 3:13CR128(AWT)
                               :
PETER PICONE                   :
------------------------------x

## REVISED SCHEDULING ORDER

1. If an addendum to the Presentence Report is needed in response to the defendant's recently submitted objections, such addendum shall be filed by March 18, 2015.

2. The defendant's sentencing memorandum shall be filed by April 30, 2015.

3. The government's sentencing memorandum shall be filed by May 14, 2015.

4. Any reply by the defendant shall be filed by May 21, 2015.

5. The sentencing is set for June 9, 2015 at 2:00 p.m. in the South Courtroom, 450 Main Street, Hartford Connecticut, 06103.

It is so ordered.

Dated this 4th day of March 2015 at Hartford, Connecticut.

                              /s/
                        Alvin W. Thompson
                    United States District Judge

1