# Happy n Healthy Family Medicine
## (PCP - Arthur Haffner, M.D.)

Medical Records
(Include records from Gentry W. Thatcher,
M.D. - Andover ENT
and
Tashin M. Egrin, M.D., FACS,
Essex Orthopedics & Optima Sports Medcine
and
Peter J. Grillo, M.D.,
New England Neurological Associates, PC

Happy n Healthy Family Medicine
7 Stiles Road
Salem, NH  03079
Phone: 603-685-6977  Fax: 603-685-6975

June 26, 2012

## PICONE, PETER (DOB: 4/13/1973 ID: 3109)
## FORMAL HEALTH RECORD

| ID# | SEX | PATIENT DEMOGRAPHICS | INSURANCE INFORMATION |
|---|---|---|---|
| 3109 | M | PETER PICONE | SELF PAY |
| DOB | | 42 TYLER STREET | Guarantor: PICONE, PETER R |
| | | METHUEN, MA 01844 | Guarantor DOB: 4/13/1973 |
| 4/13/1973 | | Phone: (978) 914-2806 | |

### MEDICATION LIST

| | | | |
|---|---|---|---|
| 04/11/2012 | CELEXA  20 MG | 1 PO DAILY | |
| 06/22/2012 | WELLBUTRIN 150MG ER | TAKE 1 TAB PO QD X 3 DAYS, THEN 1 TAB PO BID | |

### INACTIVE MEDICATIONS

LIPITOR 10 MG,     1 PO QD (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)     Date Inactivated:
EFFEXOR 75 MG,     1 PO DAILY ()     Date Inactivated: 09/22/2010
OMEGA 3 FISH OIL CAPS,     1 PO BID ()     Date Inactivated:
VICODIN ES,     1 -2 PO Q 4-6 HOURS PRN SEVERE PAIN (ORTHO)     Date Inactivated: 06/22/2012
MOTRIN 800 MG,     1 TAB PO Q 8 HRS PRN ()     Date Inactivated: 06/22/2012
EFFEXOR 37.5 MG,     1 PO QOD ()     Date Inactivated: 05/10/2011
PENICILLIN V POTASSIUM 500 MG,     1 TABLET Q 8 HOURS PO X 10 DAYS (FINISHED COURSE)     Date Inactivated: 03/08/2011
EFFEXOR 37.5 MG,     1 PO QOD ()     Date Inactivated: 01/20/2011
KLONOPIN 0.5 MG,     1 PO BID PRN (OFF MED)     Date Inactivated: 03/08/2011
EFFEXOR 37.5 MG,     1 PO QOD ()     Date Inactivated: 01/20/2011
EFFEXOR 37.5 MG,     1 PO QOD ()     Date Inactivated: 01/20/2011
EFFEXOR 37.5 MG,     1 PO QOD ()     Date Inactivated: 02/17/2011
EFFEXOR 37.5 MG,     1 PO QD (INCREASE DOSE)     Date Inactivated: 06/15/2011
EFFEXOR CAPSULES EXTENDED RELEASE 37.5 MG,     1 PO Q DAY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)     Date Inactivated:
EFFEXOR 37.5 MG,     1 PO QOD ()     Date Inactivated: 03/28/2011
XANAX 0.5 MG ORAL TABLET,     TAKE 1 PILL BY MOUTH TID X 1 MONTH (30D) PRN ANXIETY ()     Date Inactivated: 06/15/2011
EFFEXOR 37.5 MG,     1 PO QOD ()     Date Inactivated: 03/08/2011
VITAMIN D WITH MINERALS ORAL TABLET,     2 PO QD ()     Date Inactivated: 06/22/2012
EFFEXOR CAPSULES EXTENDED RELEASE 37.5 MG,     1 PO Q DAY ()     Date Inactivated:
AZITHROMYCIN 250MG,     2 PO TODAY THEN ONE DAILY FOR FOUR MORE DAYS ()     Date Inactivated:
PREDNISONE 20 MG,     1 PO X3 DAYS ()     Date Inactivated:
LIPITOR 10 MG,     1 PO QD ()     Date Inactivated:
ZOCOR 10MG,     1 TAB PO QD ()     Date Inactivated:
EFFEXOR XR 37.5 MG,     1 PO QD (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)     Date Inactivated:
EFFEXOR XR 37.5 MG,     1 PO QD (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)     Date Inactivated:
EFFEXOR XR 37.5 MG,     1 PO QD (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)     Date Inactivated:
AUGMENTIN 875 MG,     1 PO BID PC FOR TEN DAYS ()     Date Inactivated:
ENTEX PSE TABLETS 600;120 MG;MG,     1 PO BID PRN CONGESTION ()     Date Inactivated:
XANAX  0.5 MG,     1-2 PO PRN ANXIETY RELATED TO FLYING (TAKE 1 HOURS BEFORE (OFF MED)     Date Inactivated: 03/08/2011
CIPROFLOXACIN OPHTHALMIC 0.3% SOLUTION,     2 GGT Q 2 HRS X 2 DAYS THEN Q 4 HRS X 5 DAYS

AmazingCharts.com

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

# FORMAL HEALTH RECORD

(FINISHED MED)       Date Inactivated: 03/08/2011
XANAX 0.5 MG ORAL TABLET,        1 PO Q8H PRN ANXIETY ()       Date Inactivated: 06/22/2012
MOTRIN TABLET 800 MG,        1 PO TID PC PRN PAIN ()     Date Inactivated:
ZANTAC 150 MG,       1 PO BID PRN (OFF MEDICATION)       Date Inactivated: 03/08/2011
EFFEXOR TABLETS 75 MG,       1 TAB PO QD (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)
     Date Inactivated:
EFFEXOR TABLETS 75 MG,       1 TAB PO QD (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)
     Date Inactivated:
EFFEXOR 75 MG,       1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)       Date
Inactivated:
EFFEXOR 75 MG,       1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)       Date
Inactivated:
EFFEXOR 75 MG,       1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)       Date
Inactivated:
EFFEXOR 75 MG,       1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)       Date
Inactivated:
EFFEXOR 75 MG,       1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)       Date
Inactivated:
EFFEXOR 75 MG,       1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)       Date
Inactivated:
EFFEXOR 75 MG,       1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)       Date
Inactivated:
EFFEXOR 75 MG,       1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)       Date
Inactivated:
EFFEXOR XR 75 MG ORAL CAPSULE, EXTENDED RELEASE,        TAKE 1 PILL BY MOUTH QD X 1 MONTH (30D)
()     Date Inactivated: 06/15/2011
EFFEXOR XR 75 MG ORAL CAPSULE, EXTENDED RELEASE,        TAKE 1 PILL BY MOUTH QD X 1 MONTH (30D)
()     Date Inactivated: 08/15/2011
XANAX 0.5 MG ORAL TABLET,       TAKE 1 PILL BY MOUTH TID X 1 MONTH (30D)  PRN ANXIETY ()       Date
Inactivated: 03/13/2012
EFFEXOR 75 MG,       1 PO DAILY (DECREASE TO 37.5)       Date Inactivated: 03/08/2011
EFFEXOR XR 75 MG ORAL CAPSULE, EXTENDED RELEASE,        TAKE 1 PILL BY MOUTH QD X 1 MONTH (30D)
()     Date Inactivated: 10/24/2011
EFFEXOR XR 75 MG ORAL CAPSULE, EXTENDED RELEASE,        TAKE 1 PILL BY MOUTH QD X 1 MONTH (30D)
()     Date Inactivated: 03/13/2012
ZANTAC 150 MG,       1 PO BID PRN (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)       Date
Inactivated:
KLONOPIN 0.5 MG,       1 PO BID PRN (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)       Date
Inactivated:
EFFEXOR 37.5 MG,       1 PO QOD ()       Date Inactivated: 02/17/2011
EFFEXOR 37.5 MG,       1 PO QOD ()       Date Inactivated: 03/08/2011
EFFEXOR XR 37.5 MG,        1 PO QD ()       Date Inactivated:
KLONOPIN 0.25 MG,       1 PO BID PRN PANIC, MAY INCREASE TO 2 PO BID PRN AFTER 3 DAYS ()       Date
Inactivated:
KLONOPIN, 0.25 MG,        1 PO BID PRN X3 DAYS THEN INCREASE TO 2 PO BID PRN ANXIETY ATTACKS ()
     Date Inactivated:
CELEXA   20 MG,        1 PO DAILY ()       Date Inactivated: 04/11/2012
EFFEXOR TABLETS 75 MG,       1 TAB PO QD ()       Date Inactivated:

## IMMUNIZATIONS

DECAVAC   2/4/2010 (LotNo: u2591Ba)

## INJECTIONS

## ALLERGIES (reaction)

NKDA  NKLA  NKFA NKEA - ()

## ENCOUNTER
                                                                    Friday, June 22, 2012 11:58AM
CC:        depression

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

**HPI**   Patient comes in today concerned by recent depressive symptoms which have worsened since April. During that time, there was a raid at his house from the federal gov't, scared his wife and kids, there were over a dozen officials barging in one morning. He reports PTSD like symptoms of jolting awake or jumping when he now hears a knock on the door. Since then, he has been feeling increasingly hopeless, fatigued, sleeping more, not wanting to do anything. Kids have noticed, wife is concerned.
He take celexa 20mg daily. Was taking xanax but doesn't need it, panic is well controlled. He was seeing a therapist last year but he since has become uninsured.
He works selling electronics.
He has history of psych hospitalization in 1994 and in 2001 he suffered ~1yr of depression.
Mental illness runs in the family, with both his sisters affected.

**ROS**   Denies CP, SOB, Palpitations, panic attacks. No SI or HI.  No plans.

**PFSH**   SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
CARPAL TUNNEL 2007, 2008, VASECTOMY
3/11 Right shoulder repair

PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER 3/11 - Greg Brennan PAC
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: 2/10
PPD:
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: q 6 mo
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR:  3 years ago
GLASSES/CONTACTS: READERS
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: does regularly

holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants: agree with tsh, stress echo.
[Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
TOBACCO USE: STOPPED SMOKING 2005.  HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN 2005 SECONDARY TO DIET AND EXERCISE.
ETOH: social - decreased
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRonics COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA , DAUGHTER, TYRA  AND SON, PETER
COOKING/CLEANING/SHOPPING: WIFE
PETS: 3 dogs
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, smokes mj qhs - declines help quitting at this point
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)
caffeine: 2-3 cups qd [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]

**All**
NKDA  NKLA  NKFA  NKEA (Updated by ADMIN on 03/19/2010 09:27 PM)

**Meds**
CELEXA  20 mg, 1 po daily
MOTRIN 800 MG, 1 tab po q 8 hrs prn
VICODIN ES, 1 -2 PO Q 4-6 HOURS PRN SEVERE PAIN
Vitamin D with Minerals oral tablet, 2 po qd
Xanax 0.5 mg oral tablet, 1 po q8h prn anxiety

**PE**
Wt:    209 lb   T:  98.1  BP: 118/75  P:  74     RR:  16     Ht:          BMI:          HC:
o2 sat on ra 99%
bp 2 116/70
Gen: WNWD. Appears very tired, sighing a lot, hands through hair several times
Skin: w/d, color pink
Head: nc/at
EENT: Sclera clear. Mucosa P&M.
MS: Ext without C/C/E. Gait WNL.
Psych: normal affect and conversation.

**AP**
# DEPRESSIVE DISORDER NOT ELSEWHERE CLASSIFIED (311):
# ANXIETY STATE UNSPECIFIED (300.00):
Depressive symptions
~continue Celexa 20mg as it is controlling your panic attacks
~start Wellbutrin, titrating up to BID after 3 days.

Try OTC 5 HTP at night to help the Celexa work better. Pt is uninsured, will defer labs. Would like to check Seratonin, dopamine, and TSH in the future.

PRESCRIBE: wellbutrin 150mg ER, Take 1 tab PO qd x 3 days, then 1 tab PO BID, # 60, RF: 0. (take 8 hrs apart, no smoking after 1 week, last dose no later than 6 PM, minimize etOH use)

He will follow up here in 1 month to discuss progress, will call sooner if any side effects. Advised of possible SE of worsened symptoms, he will let his wife know that he is starting this med and possible SE.

He will contact his former therapist and see if they offer a self-pay rate.Low Complexity > 99213

CHARLEEN BUCZEK, PA-C
Electronic Signature

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

| ENCOUNTER | | Tuesday, March 13, 2012  8:58AM |
|---|---|---|
| CC: | CPE | |

**HPI**
Presents for cpe. He has been taking Pristiq for anxiety, but doesn't feel it works.  He had a panic attack on Sunday, but was afraid to take xanax.  He has to force himself to leave the house, as he fears he will have attack.
PAST MEDICAL HISTORY, SOCIAL HISTORY, AND FAMILY HISTORY updated

**ROS**
General: has anxiety, doesn't like to leave the house as he fears he will have an anxiety attack.  Is afraid to take xanax.
Skin, Hair, and nails:  Denies lesions, color change, ecchymses, masses, pruritius, or sweating.  No alopecia or brittle hair.  No brittle, cracking, or peeling nails.
Head:  Denies pain, dizziness, vertigo, or history of LOC.
Eyes:  Denies recent change in vision.  No pain, water, or itching eyes.
Ears:  Denies hearing loss, discharge, pain, or irritation.
Nose and Sinuses:  No congestion, no sinus pain.  Olfaction is good.
Oral Cavity:  Visits dentist every 6 months, brushes twice daily.  No dental pain or bleeding gums.
Neck:  no pain, stiffness, or limited movement.
Nodes:  no enlargement of nodes in ncek, axillary, or inguinal area.
Chest and Resp System:  Denies pain, wheezing, shortness of breath, dyspnea, hemoptysis, or cough.
CV:  No pain, palpitations, cyanosis, edema, or intermittent claudication.
GI:  Appetite good.  No constipation, diarrhea, vomitting, or hemorrhoids.
GU: No urgency, frequency, incontinence, or blood in urine.
Extremities:  No vericose veins, joint pain, stiffness, swelling, color, or temperature changes.
Back:  Denies pain, stiffness, or limited ROM.
Neuro:  Denies history of LOC, balance problems, weakness, paresthesia, or confusion.

**PFSH**
SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
CARPAL TUNNEL 2007, 2008, VASECTOMY
3/11 Right shoulder repair

PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER 3/11 - Greg Brennan PAC
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: 2/10
PPD:
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: q 6 mo
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: 3 years ago
GLASSES/CONTACTS: READERS
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: does regularly

holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants: agree with tsh, stress echo.
[Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
TOBACCO USE: STOPPED SMOKING 2005.  HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN 2005 SECONDARY TO DIET AND EXERCISE.
ETOH: social - decreased
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRonics

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA , DAUGHTER, TYRA  AND SON, PETER
COOKING/CLEANING/SHOPPING: WIFE
PETS: 3 dogs
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A
HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION
IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, smokes mj qhs – declines help quitting at this point
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)
caffeine: 2-3 cups qd [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]

**All**
NKDA  NKLA  NKFA NKEA (Updated by ADMIN on 03/19/2010 09:27 PM)

**Meds**
Effexor XR 75 mg oral capsule, extended release, Take 1 pill by mouth QD X 1 Month (30d)
MOTRIN 800 MG, 1 tab po q 8 hrs prn
VICODIN ES, 1 -2 PO Q 4-6 HOURS PRN SEVERE  PAIN
Vitamin D with Minerals oral tablet, 2 po qd
Xanax 0.5 mg oral tablet, Take 1 pill by mouth TID X 1 Month (30d)  prn anxiety

**PE**
Wt:   203 lb   T:   97.7f  BP:  123/86  P:   78      RR:   18       Ht:   65 in    BMI:  33.9    HC:
O2 - 100%
ua:  neg
eyes; R 20/20 L 20/30 both 20/20
WNWD NAD. Affect is normal and appropriate. Mucosa is pink and moist. Pharnx without erythema or
injection. PERRLa. TMs and canals are normal bilaterally with normal light reflex and no erythema. Neck is
supple without significant lympadenopathy or thyromegaly. Chest CTA with normal I:E. Heart is RRR, nL S1
and S2 without murmers, thrills, or rubs.  Abdomen soft & non-tender. No HSM or masses appreciated.
Extremities show no cyanosis, clubbing, or edema. Reflexes are normal and 2+ symmetrically of knees and
achilles. Gait is WNL.

**AP**

# ROUTINE GENERAL MEDICAL EXAMINATION AT A HEALTH CARE FACILITY (V70.0):
PRESCRIBE: CELEXA   20 mg, 1 po daily, # 30, RF: 0.
PRESCRIBE: Xanax 0.5 mg oral tablet, 1 po q8h prn anxiety, # 30, RF: 0.
ORDERED/ADVISED:  - cbc, cmp, tsh with reflex  ICD9 Codes (V70.0)
- Lipid Panel ICD9 Codes (V70.0)

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

Exercise at least 3 times per week with combination of cardio and strength training exercises.
Maintain healthy diet with at least 5 servings of fruit and vegetables, lean protein, and complex
carbohydrates high in fiber
Get adequate sleep (at least 8 hours per night)
Sunscreen every time you are out in sun
Always wear seat belt
Medium Complexity > 99395, 94760, 81002

LAURIE ROGERS, NP
Electronic Signature

| ENCOUNTER | | Tuesday, February 14, 2012 11:20AM |
|---|---|---|

**CC:** MED CHANGES AND SLEEP DISTURBANCES

**HPI** 38 YEAR OLD MALE PRESENTS TO THE OFFICE TO FOLLOW UP ON A PREVIOUS OFFICE VISIT
WHEN HE WAS SEEN STATING THAT "HE WANTS TO GET OFF OF THE EFFEXOR". N O LONGER
THINKS IT IS WORKING AS HE HAS GONE FROM 1-2 PANIC ATTACKS PER YEAR TO 1-2 PER
MONTH. THESE ARE DEBILITATING. THEY START ABRUPTLY AND GO ON FOR SEVERAL MINUTES
AND INCLUDE BOTH PSYCHOLOGICAL AND PHYSICAL SYMPTOMS INCLUDING HEADACHE, CHEST
PAIN, SOB, FLIGHT OF IDEAS, FEARS OF DOOM AND GLOOM AND DEATH, AND ESCALATE TO
EXTREME CASES WHERE HE FEELS "HE IS GOING TO DIE". HE WORKS OUT DAILY AND DOES
NOT USE ANY WORKOUT MEDS HOWEVER DOES WORKOUT TO MUSCLE EXHAUSTION WHERE
HE GETS SHAKEY IN THE ARMS AND LEGS. THIS THEN CAN TRIGGER AN ATTACK. LOGICALLY HE
STATES HE UNDERSTANDS WHAT IS HAPPENING AND KNOWS HE NEEDS TO STOP SOONER ,
BUT CANNOT HELP HIMSELF FROM PUSHING ONE STEP MORE. IS NOT SLEEPING AT NIGHT BUT
HAS BEEN TAKING THE EFFEXOR FOR SEVERAL YEARS AT NIGHT AND HAS BEEN CONCERNED
ABOUT SWITCHING TO THE DAYTIME. IS WORRIED ABOUT "BRAIN MEMORY BEING ERASED"
FROM LONG TERM USE OF ANTI DEPRESSANTS. IS AFRAID OF WAKING UP AND NOT WAKING UP.
THIS HAS BEEN ON GOING SINCE AGE 16 WHEN HE EXPERIENCED HIS FIRST PANIC ATTACK.
THAT ATTACK STARTED WHEN HE HAD AN UNUSUAL CHEST PAIN THAT WAS NOTHING (HAD A
COMPLETE CARDIAC WORKUP) BUT EVERYTIME HE FELT A TWINGE HE IMAGINED HIMSELF
HAVING A HEART ATTACK AND DYING. HE HAS GAINED SOME WEIGHT RECENTLY BUT FEELS IT
IS MORE MUSCULAR. DID GO FOR FOUR DAYS WITHOUT HIS MEDICATION AND HAD
WITHDRAWAL SYMPTOMS SO RESTARTED IT AGAIN. DOES NOT FEEL DEPRESSED. NOT
SUICIDAL AND DOES NOT HAVE SUICIDAL IDEATION OR PLAN.

FOLLOWING THAT VISIT HIS EFFEXOR WAS CHANGED TO PRISTIQ 50 MG. FEELS THAT THIS HAS
DEFINATELY HELPED TO CONTROL THE DEPRESSIVE SYMPTOMS THAT FOLLOW AN ANXIETY
ATTACK. IS SLEEPING BETTER. WOKE UP THIS AM WIRED AND TIRED (HAD A HEAVY WORKOUT
DAY BEFORE). THIS STIMULATED THE PANIC. NOW IS HIGHLY ANXIOUS, PACING, AND CANNOT
CONTROL HIS ANXIETY. GIVEN 0.5 MG OF XANAX.

**ROS** AS ABOVE IN HPI

**PFSH** SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY
SERVICE.
CARPAL TUNNEL 2007, 2008, VASECTOMY
3/11 Right shoulder repair

PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER 3/11 - Greg Brennan PAC
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: 2/10
PPD:
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: q 6 mo
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: last 4 years prior
LAST EYE EXAM: TODAY, 3/7/06,

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization of the patient listed above.

SEE WELL: YES
GLASSES/CONTACTS: READERS
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: does regularly

holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants: agree with tsh, stress echo.
[Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
TOBACCO USE: STOPPED SMOKING 2005.  HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN 2005 SECONDARY TO DIET AND EXERCISE.
ETOH: social - decreased
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA , DAUGHTER, TYRA  AND SON, PETER
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, smokes mj qhs – declines help quitting at this point
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)
caffeine: 2-3 cups qd [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]

All    NKDA  NKLA  NKFA NKEA (Updated by ADMIN on 03/19/2010 09:27 PM)

Meds    Effexor XR 75 mg oral capsule, extended release, Take 1 pill by mouth QD X 1 Month (30d)
MOTRIN 800 MG, 1 tab po q 8 hrs prn

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

VICODIN ES, 1 -2 PO Q 4-6 HOURS PRN SEVERE PAIN
Vitamin D with Minerals oral tablet, 2 po qd
Xanax 0.5 mg oral tablet, Take 1 pill by mouth TID X 1 Month (30d) prn anxiety

**PE**  Wt: 206 lb  T: 97.5l BP: 116/71 P: 106   RR: 20   Ht:   BMI:   HC:
O2: 97% on RA

ALERT AND ORIENTED TO PERSON, PLACE AND TIME.
COLOR FLUSHED AND LOOKS TIRED. ON THE VERGE OF LOOSING CONTROL OF EMOTIONS. IS
TAPPING FOOT AND HAND THROUGHOUT THE EXAM AND IS VERY RESTLESS. VOICE IS
EMOTIONAL. SKIN WARM AND DRY. NO SIGNS OF DEHYDRATION. IN NO ACUTE DISTRESS
PHYSICAL DISTRESS BUT IS OBVIOUSLY EMOTIONALLY CHARGED. ABLE TO RELATE
INFORMATION IN AN ORGANIZED MANNER. SPEECH IS CLEAR. THOUGHTS ARE WELL
ORGANIZED AND FLUENT. IS ATTENTIVE TO QUESTIONS AND RESPONDS APPROPRIATELY.

**AP**  # SLEEP DISTURBANCES (780.5):
# DEPRESSIVE DISORDER NOT ELSEWHERE CLASSIFIED (311):
# ANXIETY STATE UNSPECIFIED (300.00):

Instructions printed and provided to patient:
1. INCREASE ONSET OF PANIC ATTACKS THAT APPEAR TO BE GETTING MORE INTENSE. THIS IS
TRIGGERING ADDITIONAL ANXIETY THAT HE HAS OVER DEATH AND DYING. SINCE THIS IS NEW
AND HE HAD BEEN QUITE STABLE ON THE EFFEXOR FOR SEVERAL YEARS PRIOR TO THIS
~HE WILL CONTINUE THE PRISTIQ 50 MG (SAMPLES) IN PLACE OF THE EFFEXOR. HE WILL
GRADUALLY INCREASE DOSE BY PICKING ONE DAY PER WEEK TO TAKE 100MG AND THEN TWO
DAYS PER WEEK, THEN 3, ETC. I HAVE GIVEN HIM TWO XANAX TABS TO USE FOR EMERGENCY
RESCUE. WE SPENT SOME TIME TALKING ABOUT HOW THIS WORKS AND WHEN TO USE IT AND
HOW IT WILL OR WILL NOT INTERACT WITH THE PRISTIQ. HE WILL FOLLOW UP BY THE END OF
NEXT WEEK VIA TEL OR EMAIL TO LET ME KNOW HOW THIS IS GOING.
~REITERATED THE NEED FOR COUNSELING TO TRY TO GET AT THE UNDERLYING REASON FOR
THE ANXIETY. THE MEDS ARE ONLY PART ONE OF A TWO STEP PLAN.
~DISCUSSED USING GUIDED IMAGERY AS A MEANS OF RELAXATION. I WILL SEND MORE INFO TO
HIM IN THE MAIL
99214

ROSALYN KENNEY, ARNP
Electronic Signature

---

**ENCOUNTER**                                           Tuesday, January 24, 2012  4:00PM
**CC:**  MED CHANGES AND SLEEP DISTURBANCES

**HPI**  38 YEAR OLD MALE PRESENTS TO THE OFFICE STATING THAT "HE WANTS TO GET OFF OF THE
EFFEXOR". N O LONGER THINKS IT IS WORKING AS HE HAS GONE FROM 1-2 PANIC ATTACKS PER
YEAR TO 1-2 PER MONTH. THESE ARE DEBILITATING. THEY START ABRUPTLY AND GO ON FOR
SEVERAL MINUTES AND INCLUDE BOTH PSYCHOLOGICAL AND PHYSICAL SYMPTOMS INCLUDING
HEADACHE, CHEST PAIN, SOB, FLIGHT OF IDEAS, FEARS OF DOOM AND GLOOM AND DEATH, AND
ESCALATE TO EXTREME CASES WHERE HE FEELS "HE IS GOING TO DIE". HE WORKS OUT DAILY
AND DOES NOT USE ANY WORKOUT MEDS HOWEVER DOES WORKOUT TO MUSCLE
EXHAUSTION WHERE HE GETS SHAKEY IN THE ARMS AND LEGS. THIS THEN CAN TRIGGER AN
ATTACK. LOGICALLY HE STATES HE UNDERSTANDS WHAT IS HAPPENING AND KNOWS HE
NEEDS TO STOP SOONER , BUT CANNOT HELP HIMSELF FROM PUSHING ONE STEP MORE. IS
NOT SLEEPING AT NIGHT BUT HAS BEEN TAKING THE EFFEXOR FOR SEVERAL YEARS AT NIGHT
AND HAS BEEN CONCERNED ABOUT SWITCHING TO THE DAYTIME. IS WORRIED ABOUT "BRAIN
MEMORY BEING ERASED" FROM LONG TERM USE OF ANTI DEPRESSANTS. IS AFRAID OF WAKING
UP AND NOT WAKING UP. THIS HAS BEEN ON GOING SINCE AGE 16 WHEN HE EXPERIENCED HIS
FIRST PANIC ATTACK. THAT ATTACK STARTED WHEN HE HAD AN UNUSUAL CHEST PAIN THAT
WAS NOTHING (HAD A COMPLETE CARDIAC WORKUP) BUT EVERYTIME HE FELT A TWINGE HE
IMAGINED HIMSELF HAVING A HEART ATTACK AND DYING. HE HAS GAINED SOME WEIGHT
RECENTLY BUT FEELS IT IS MORE MUSCULAR. DID GO FOR FOUR DAYS WITHOUT HIS
MEDICATION AND HAD WITHDRAWAL SYMPTOMS SO RESTARTED IT AGAIN. DOES NOT FEEL
DEPRESSED. NOT SUICIDAL AND DOES NOT HAVE SUICIDAL IDEATION OR PLAN.

**ROS**  AS ABOVE IN HPI

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization of the patient listed above.

**PFSH**

SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
CARPAL TUNNEL 2007, 2008, VASECTOMY
3/11 Right shoulder repair

PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER 3/11 - Greg Brennan PAC
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: 2/10
PPD:
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: q 6 mo
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: last 4 years prior
LAST EYE EXAM: TODAY, 3/7/06,
SEE WELL: YES
GLASSES/CONTACTS: READERS
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: does regularly

holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants: agree with tsh, stress echo.
[Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
TOBACCO USE: STOPPED SMOKING 2005. HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN 2005 SECONDARY TO DIET AND EXERCISE.
ETOH: social - decreased
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA , DAUGHTER, TYRA  AND SON, PETER
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, smokes mj qhs - declines help quitting at this point
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)
caffeine: 2-3 cups qd [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]

**All**   NKDA  NKLA  NKFA NKEA (Updated by ADMIN on 03/19/2010 09:27 PM)

**Meds**  Effexor XR 75 mg oral capsule, extended release, Take 1 pill by mouth QD X 1 Month (30d)
MOTRIN 800 MG, 1 tab po q 8 hrs prn
VICODIN ES, 1 -2 PO Q 4-6 HOURS PRN SEVERE PAIN
Vitamin D with Minerals oral tablet, 2 po qd
Xanax 0.5 mg oral tablet, Take 1 pill by mouth TID X 1 Month (30d)  prn anxiety

**PE**   Wt:  205 lb  T:  97.7f BP: 116/80  P:  97    RR:  24    Ht:         BMI:         HC:
O2: 97% on RA

ALERT AND ORIENTED TO PERSON, PLACE AND TIME.
COLOR FLUSHED AND LOOKS TIRED. ON THE VERGE OF LOOSING CONTROL OF EMOTIONS. IS
TAPPING FOOT AND HAND THROUGHOUT THE EXAM AND IS VERY RESTLESS.  VOICE IS
EMOTIONAL. SKIN WARM AND DRY. NO SIGNS OF DEHYDRATION. IN NO ACUTE DISTRESS
PHYSICAL DISTRESS BUT IS OBVIOUSLY EMOTIONALLY CHARGED. ABLE TO RELATE
INFORMATION IN AN ORGANIZED MANNER. SPEECH IS CLEAR. THOUGHTS ARE WELL
ORGANIZED AND FLUENT. IS ATTENTIVE TO QUESTIONS AND RESPONDS APPROPRIATELY.

**AP**   # SLEEP DISTURBANCES (780.5):
# DEPRESSIVE DISORDER NOT ELSEWHERE CLASSIFIED  (311):
# ANXIETY STATE UNSPECIFIED  (300.00):

1. INCREASE ONSET OF PANIC ATTACKS THAT APPEAR TO BE GETTING MORE INTENSE. THIS IS
TRIGGERING ADDITIONAL ANXIETY THAT HE HAS OVER DEATH AND DYING. SINCE THIS IS NEW
AND HE HAD BEEN QUITE STABLE ON THE EFFEXOR FOR SEVERAL YEARS PRIOR TO THIS MUST
CONSIDER AND RULE OUT METABOLIC REASONS FOR THIS CHANGE. HE WILL HAVE LABS DONE
AS BELOW:
~ORDERED/ADVISED: - ADRENAL: DHEA, ACTH, CORTISOL LEVEL ICD9 Codes (300.00, 311, 780.5)
- PREGNENELONE LEEL ICD9 Codes (300.00, 311, 780.5)
- TESTOSTERONE TOTAL AND FREE ICD9 Codes (300.00, 311, 780.5)
- SEROTONIN, EPINEPHRINE, NOREPHINEPHRINE, DHEA ICD9 Codes (300.00, 311, 780.5)
- VITAMIN D HYDROXY 25 ICD9 Codes (300.00, 311, 780.5)
- VITAMIN B12, FOLIC ACID ICD9 Codes (300.00, 311, 780.5)
- VITAMIN B6 ICD9 Codes (300.00, 311, 780.5)
- VITAMIN B2 ICD9 Codes (300.00, 311, 780.5)
- T4 free, T3, T4 total ICD9 Codes (300.00, 311, 780.5)
- THYROID: TSH, T3 FREE, T4 FREE, T4 TOTAL, THYROGLOBULIN AB, PEROXIDASE AB ICD9 Codes
(300.00, 311, 780.5)
- Thyroid antibodies ICD9 Codes (300.00, 311, 780.5)
~FOOD RESTRICTION GUIDE GIVEN TO PT
~HE WILL STOP THE EFFEXOR
~HE WILL START PRISTIQ 50 MG (SAMPLES) IN PLACE OF THE EFFEXOR. HE WILL TRY THIS FOR
ONE MONTH. HE WILL FOLLOW UP BY THE END OF THE MONTH TO DISCUSS THE RESULTS OF
THE LABS AND TO DISCUSS THE RESULTS OF THE NEW MEDICATION. WE DISCUSSED THE
SAFETY PROFILE AND HOW PRISTIQ IS ONE STEP ABOVE EFFEXOR SO HE DOES NOT NEED TO
WEAN BUT MAY HAVE SOME DIZZINESS AND LIGHT HEADEDNESS OR NAUSEA ASSOCIATED
WITH THE INCREASE IN NOREPHINEPRHINE.
99214

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

ROSALYN KENNEY, ARNP
Electronic Signature

**ENCOUNTER**                                            Wednesday, December 07, 2011  4:12PM

CC:         QUESTION OF FRACTURED FOOT

HPI         38 YEAR OLD MALE PRESENTS TO THE OFFICE STATING THAT APPROX 2.5 HOURS AGO HE SLID
            ACROSS HIS KITCHEN FLOOR IN HIS STOCKING FEET, FALLING, AND CAUSING HIS RIGHT LEG TO
            GO UP AND HIS ANKLE AND FOOT TO SMASH AGAINST THE KITCHEN DOOR FRAME. HE
            IMMEDIATELY HAD PAIN, WAS UNABLE TO WALK ON THE FOOT, AND NOW HAS PAIN WITH
            MOVEMENT OF THE TOES, FOOT, AND ANKLE,

ROS         AS ABOVE IN HPI

PFSH        SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY
            SERVICE.
            CARPAL TUNNEL 2007, 2008, VASECTOMY
            3/11 Right shoulder repair

            PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER 3/11 - Greg Brennan PAC
            USUAL CHILDHOOD ILLNESSES.
            HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
            CHICKEN POX: YES, AGE 6
            TETANUS SHOT: 2/10
            PPD:
            YEARLY FLU SHOT: NO
            DENTIST: N/A
            LAST DENTAL CHECK-UP: q 6 mo
            BRUSH TEETH: DAILY
            FLOSS TEETH: YES
            DENTURES: NO
            EYE DOCTOR: last 4 years prior
            LAST EYE EXAM: TODAY, 3/7/06,
            SEE WELL: YES
            GLASSES/CONTACTS: READERS
            HEARING: GOOD
            EXPOSED TO NOISE AT WORK: NO
            TESTICULAR SELF EXAMS: does regularly

            holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants: agree
            with tsh, stress echo.
            [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
            MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
            PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
            PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
            MOTHER: TYPE II DIABETES MELLITUS
            FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
            SISTER: INSULIN DEPENDENT DIABETES MELLITUS [Updated by GREGORY BRENNAN, PA-C on
            03/08/11 03:56 PM]
            TOBACCO USE: STOPPED SMOKING 2005.  HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN
            2005 SECONDARY TO DIET AND EXERCISE.
            ETOH: social - decreased
            OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL
            COMPANY.
            MARITAL STATUS: MARRIED
            CHILDREN: 2
            LIVES WITH: WIFE, LISA , DAUGHTER, TYRA  AND SON, PETER
            COOKING/CLEANING/SHOPPING: WIFE
            PETS: 1 DOG
            SUPPORTS: FRIENDS
            FREE TIME: PLAY WITH KIDS/HOME WORK
            SMOKERS AT HOME: NONE

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

| ENCOUNTER | Tuesday, May 10, 2011 10:17AM |
|---|---|

**CC:** continued bad anxiety , discuss meds?counseling

**HPI** 38 y/o male presents to the office to discuss ongoing anxiety. pt currently taking effexor 37.5 mg. pt has had ongoing anxiety in past. will get worked up and focussed on medical problems. initially noticed at age 15-16 when had palpitations - had normal workup but still worried about it. will go through cycles of panic and depression. does drink 3 cups coffee qd, recently started to decrease - down to 2 cups (no more afternoon) and has seen improvement. has been on higher dose of effexor in past but worried about long term effects. hard time with support - friends and family dont understand why depressed or anxious. wife is great and understanding. does occ get loss of interest in things. denies any fever, chills, cp, sob or si/hi.

**ROS** see hpi
denies any fever, chills, cp, sob or si/hi.

**PFSH** SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
CARPAL TUNNEL 2007, 2008, VASECTOMY
3/11 Right shoulder repair

PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER 3/11 - Greg Brennan PAC
USUAL CHILDHOOD ILLNESES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: 2/10
PPD:
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: q 6 mo
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: last 4 years prior
LAST EYE EXAM: TODAY, 3/7/06,
SEE WELL: YES
GLASSES/CONTACTS: READERS
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: does regularly

holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants: agree with tsh, stress echo.
[Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
TOBACCO USE: STOPPED SMOKING 2005. HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN 2005 SECONDARY TO DIET AND EXERCISE.
ETOH: social - decreased
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA , DAUGHTER, TYRA  AND SON, PETER
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A
HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION
IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, smokes mj qhs - declines help quitting at this point
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)
caffeine: 2-3 cups qd [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]

| | |
|---|---|
| All | NKDA  NKLA  NKFA NKEA (Updated by ADMIN on 03/19/2010 09:27 PM) |
| Meds | Effexor 37.5 mg, 1 po qd
Vitamin D with Minerals oral tablet, 2 po qd |
| PE | Wt:  188 lb  T:  97.4  BP: 120/84  P:  69      RR:   16      Ht:        BMI:        HC:
O2 sat: 99% |

general: pleasant, cooperative, NAD
skin: no sign of rash or erythema
eye: noninjected without erythema
neuro: 2-12 intact
psych: good eye contact, somewhat anxious, no flight of ideas, normal tone and speach

| | |
|---|---|
| AP | # GENERALIZED ANXIETY DISORDER  (300.02):
A. Anxiety
~continue effexor at 37.5 mg
~suggest therapist – given handout on local providers - will call behavioral hotline
~continue to decrease caffeine intake
~will call in 3 weeks to decide on changing dose of effexor
~call in meantime with any changesMedium Complexity > 99213 |

GREGORY BRENNAN, PA-C
Electronic Signature

---

ENCOUNTER                                                              Tuesday, March 08, 2011  2:26PM

CC:      37 y/o cpe

HPI      Pt here for regular CPE today

Current concerns are for:

1. cpe labs
2. pt with ongoing hx of anxiety and depression. pt was on effexor 75 mg qd. wanted to taper off. decreased
to 37.5 mg qd, and was starting to take qod, but felt increase in anxiety. feels stable at current dose of 37.5

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

Eyes: non injected and no ictrus. EOM intact and PEERLA
Heart: RRR, no murmur, no evidence of carotid bruit or JVD
Lungs: Clear to auscultation bilaterally, pulse ox 99%
Lymph: no cervical, axillary or inguinal nodes palpable
Abdomen: Soft and non tender to palpation. No mass or organomegally. BS normal with no bruit and negative Murphy's
Testicle: bilateral descended testicles non tender to palpation. No lumps, mass, edema or rash. No evidence of inguinal hernia on exam

EKG: Sinus
PFT: Normal study
Vision: R 20/20, L 20/40. B 20/20
Hearing: missed none
UA  SG 1.015
      pH 7.5
      glu neg
      bil neg
      key neg
      blo neg
      pro neg
      uro 0.2
      nit neg
      leu neg

AP          # ROUTINE GENERAL MEDICAL EXAMINATION AT A HEALTH CARE FACILITY (V70.0 ):
            # HYPOGLYCEMIA UNSPECIFIED  (251.2):
            # UNSPECIFIED HYPERTROPHIC AND ATROPHIC CONDITIONS OF SKIN (701.9 ):
            Patient told that he appears to be a Healy 38 year old male. Educated on the values of daily exercise, and healthy eating choices. Routine labs ordered to include CBCD, CMP, TSH REFLEX, FASTING LIPID PROFILE, VITAMIN B12, FOLIC ACID,  HGB A1C, VITAMIN D HYDROXY 25. Patient will be contacted with results and a change in the treatment plan if indicated

            Anxiety - stable on current treatment plan. Continue the same

            Skin tags - patient told that these are normal findings on many people, and are not skin CA. He was told that medically there is no harm in having these, and that treatment is only for cosmetic benefit. He was told that if he would like to have them removed he can make a F/U and they can be removed

            F/U PRNLow Complexity > 99395, 81002, 94010, 94760, 93000, 92553

                                                    DEREK DEYOUNG, PA-C
                                                        Electronic Signature

---

ENCOUNTER                                                Wednesday, October 14, 2009  9:38AM
CC:         shakey and weak

HPI         36 year old male presents with feeling shakey and weak during
            the day for the last 4 days. He feels okay at night. He admits he is eating only small amounts during the day, and a big meal at night. He has also recently started body building.  No chest pain or sob. wonders whether it may be anxiety, although he doesn't feel stressed.
             PAST MEDICAL HISTORY, SOCIAL HISTORY, AND FAMILY HISTORY updated
ROS         see hpi
PFSH        SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
            PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER
            USUAL CHILDHOOD ILLNESSES.
            HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
            CHICKEN POX: YES, AGE 6
            TETANUS SHOT: YES, IN THEMILITARY
            PPD: ?
            YEARLY FLU SHOT: NO
            DENTIST: N/A

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

# FORMAL HEALTH RECORD

LAST DENTAL CHECK-UP: 1 YEAR AGO (2005)
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: ?
LAST EYE EXAM: TODAY, 3/7/06
SEE WELL: YES
GLASSES/CONTACTS: NO
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.

holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants: agree with tsh, stress echo.
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS

TOBACCO USE: STOPPED SMOKING 10 MONTHS AGO. HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN THE PAST TEN MONTHS SECONDARY TO DIET AND EXERCISE.
ETOH: MODERATE, SEVERAL GLASSES OF ALCOHOL OVER A ONE WEEK PERIOD.
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA (32), DAUGHTER, TYRA (6) AND SON, PETER (1)
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, A LITTLE IN HIGH SCHOOL.
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.

PULMONARY FUNCTION TESTS IN OFFICE NEGATIVE
URINE ANALYSIS: NEGATIVE.
URINE MICROALBUMIN: NEGATIVE
AUDIOMETRY: ENTIRELY WITHIN NORMAL LIMITS AD AND AS AT 40 DECIBELS.
VISUAL ACUITY: 20/20 OD AND OU, 20/40 OS WITH GLASSES.

**AP**
# OVERWEIGHT (278.02):
# ABDOMINAL PAIN EPIGASTRIC (789.06):
# ANXIETY STATES  (300.0):
# DEPRESSIVE DISORDER OT  (311):
DISCUSSION:
THE PATIENT HAS LOST A CONSIDERABLE AMOUNT OF WEIGHT THROUGH FOLLOWING DIET
AND INCREASING EXERCISE. HIS WEIGHT HAS DECREASED BY 22 LBS SINCE MAY OF 2008.

IMPRESSION:
1. SITUATIONAL DEPRESSION
2. HISTORY OF PANIC DISORDER IN PAST
3. OVERWEIGHT

PLAN:
THE PATIENT IS TO CALL DR. MOVERMAN FOR FOLLOW-UP PSYCHOLOGICAL COUNSELING AND
DISCUSSION REGARDING FURTHER TAPERING OF EFFEXOR FROM CURRENT 37.5 MG PO QD
DOSE. PATIENT TO QUEST LAB THIS WEEK FOR FASTING LABORATORY STUDIES, FASTING
LIPIDS, CMP, TSH, CBC W/DIFFERENTIAL. THE PATIENT'S SYMPTOMS OF SUBSTERNAL PAIN ARE,
IN ALL LIKELIHOOD, SECONDARY TO GERD FROM HISTORY OF ANXIETY AND DEPRESSION. THE
PATIENT'S SEQUENTIAL EKG'S LAST YEAR TO THIS YEAR ARE BOTH ENTIRELY WITHIN NORMAL
LIMITS AND UNCHANGED. PRESCRIBE: ZANTAC 150 MG, 1 PO BID PRN.  FOLLOW-UP IN OFFICE IN
TWO WEEKS TO REVIEW RESULTS OF LABORATORY STUDIES AND DR. MOVERMAN'S
FOLLOW-UP CONSULTATION.99395, 81002, 94010, 92553, 93000, 82570, 82044

ARTHUR HAFFNER, MD
Electronic Signature

---

**ENCOUNTER**                                                                    Tuesday, July 01, 2008  12:28PM
**CC:**       PANIC ATTACKS

**HPI**       PATIENT SEEN 7/1/08 BY DR. ARTHUR HAFFNER.

THE PATIENT IS A 35 YEAR OLD MALE WHO HAS HAD A LONG HISTORY OF ANXIETY AND
DEPRESSION. THE PATIENT HAD BEEN TAKING EFFEXOR, 75 MG, 1 PO QD. THE PATIENT HAD
EXPRESSED A DESIRE TO GRADUALLY WEAN OFF OF THE EFFEXOR AS HE HAD BEEN FEELING
WELL OVER THE PAST YEAR. HE HAD SEEN PSYCHOLOGIST, DR. MOVERMAN, AT NORTHEAST
REHAB HOSPITAL IN THE PAST BUT NO LONGER SEES DR. MOVERMAN AT PRESENT. THE
PATIENT HAD GRADUALLY DECREASED HIS EFFEXOR FROM 75 MG PO QD TO 37.5 MG PO QID, IE:
18.25 MG/DAY.  THE PATIENT NOTED INCREASED INSTANCES OF PANIC ATTACKS OVER THE
PAST ONE TO TWO WEEKS.  HE PRESENTS TO OFFICE TODAY BECAUSE OF INCREASING PANIC
ATTACKS ASSOCIATED WITH GRADUAL TAPERING OF EFFEXOR.

**ROS**      SKIN: NO RASH. LYMPH NODES: NO SWELLING IN NECK, AXILLA OR GROIN. HEAD: DENIES
HEADACHES. EYES: NO DIPLOPLIA OR PHOTOPHOBIA. EARS: NO TINNITUS. THROAT: NO
DYSPHAGIA. LUNGS: DENIES COUGH AND CONGESTION. HEART: NO PALPITATIONS OR CHEST
PAIN. ABDOMEN: WITHOUT NAUSEA, VOMITING, DIARRHEA, CONSTIPATION OR ABDOMINAL
PAIN. NEUROLOGIAL: WITHOUT SEIZURES OR FOCAL NEUROLOGICAL SIGNS.

**PFSH**    SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY
SERVICE.
PREVIOUS PCP: 9/25/07
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: YES, IN THEMILITARY
PPD: ?
YEARLY FLU SHOT: NO
DENTIST: N/A

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

LAST DENTAL CHECK-UP: 1 YEAR AGO (2005)
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: ?
LAST EYE EXAM: TODAY, 3/7/06
SEE WELL: YES
GLASSES/CONTACTS: NO
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS

TOBACCO USE: STOPPED SMOKING 10 MONTHS AGO. HE HAS ALSO LOST APPROXIMATELY 35
POUNDS IN THE PAST TEN MONTHS SECONDARY TO DIET AND EXERCISE.
ETOH: MODERATE, SEVERAL GLASSES OF ALCOHOL OVER A ONE WEEK PERIOD.
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL
COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA (32), DAUGHTER, TYRA (6) AND SON, PETER (1)
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A
HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION
IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, A LITTLE IN HIGH SCHOOL.
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)

All       NKDA  NKLA  NKFA NKEA
Meds      Effexor 37.5 mg, 1 po qd

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization of the patient listed above.

PE Klonopin 0.25 mg, 1 po bid prn panic, may increase to 2 po bid prn after 3 days
Wt: 193 lb   T: 98.2l BP: 121/74  P: 82      RR: 20      Ht: 65 in    BMI: 32.2    HC:
O2 SAT 99%

AP  GENERAL: AN ALERT, ORIENTED, 35 YEAR OLD MALE, ANXIOUS, IN NO ACUTE DISTRESS.
# DEPRESSIVE DISORDER OT (311):
# ANXIETY STATES (300.0):
# PANIC DIS WO AGORAPHOBIA (300.01):
IMPRESSION:
1. EFFEXOR WITHDRAWAL
2. PANIC ATTACKS
3. WEIGHT LOSS SECONDARY TO DIET AND EXERCISE

PLAN:
PATIENT ADVISED TO INCREASE EFFEXOR AT THIS TIME TO 35.5 MG PO QD.  PRESCRIBE:
KLONOPIN, 0.25 MG, 1 PO BID PRN X3 DAYS THEN INCREASE TO 2 PO BID PRN ANXIETY ATTACKS.
PATIENT TO CALL HIS TREATING COUNSELOR, DR. MOVERMAN AT NORTHEAST REHAB HOSPITAL
TO ARRANGE A COUNSELING APPOINTMENT. FOLLOW-UP IN OFFICE FOLLOWING COUNSELING
WITH DR. MOVERMAN.99214

ARTHUR HAFFNER, MD
Electronic Signature

---

ENCOUNTER                                                          Tuesday, May 13, 2008  2:49PM
CC:    NUMBNESS OF RIGHT HAND, FOLLOW-UP OF EFFEXOR TAPER FOR DEPRESSION

HPI    PATIENT SEEN 5/13/08 BY DR. ARTHUR HAFFNER.

THE PATIENT IS A 35 YEAR OLD MALE WHO IS GRADUALLY TAPERING DOWN EFFEXOR,
SECONDARY TO DEPRESSION.  THE PATIENT WAS ORIGINALLY ON 75 MG OF EFEFXOR QD. HE
HAS NOW GRADUALLY DECREASED HIS EFFEXOR TO 37.5 MG PO QOD AND HAS BEEN DOING
WELL WITH THE EXCEPTION OF SEVERAL WEEKS AGO, WHEN VACATION, THE PATIENT FORGOT
HIS EFFEXOR AT HOME AND WENT WITHOUT EFFEXOR FOR FOUR DAYS. HE SUBSEQUENTLY
DEVELOPED NAUSEA, ABDOMINAL PAIN, AND DIARRHEA. THE PATIENT HAS RESTARTED
EFFEXOR, 37.5 MG PO QID AND IS DOING MUCH BETTER AT THIS TIME. HE CONTINUES TO
EXPRESS INTEREST IN COMPLETING TAPERING EFFEXOR OFF AS HIS SYMPTOMS OF
DEPRESSION HAVE MARKEDLY IMPROVED. THE PATIENT, IN ADDITION, WAS SEEN BY DR.
PETER GRILLO, NEURO SURGEON, IN OCTOBER 2007, AND UNDERWENT A REPAIR OF LEFT
CARPAL TUNNEL SYNDROME. THE PATIENT HAS A HISTORY OF RIGHT CARPAL TUNNEL AND
WAS ADVISED BY DR. GRILLO IF SYMPTOMS OF NUMBNESS AND PAIN IN THE RIGHT HAND
INCREASE, HE IS TO RETURN FOR REPAIR OF CARPAL TUNNEL SYNDROME OF THE RIGHT HAND.
THE PATIENT STATES THAT OVER THE PAST TWO WEEKS HE HAS HAD INCREASED NUMBNESS
IN THE THUMB, INDEX FINGER, MIDDLE FINGER AND RING FINGER OF THE RIGHT HAND AND HAS
EXPRESSED INTEREST IN SURGICAL TREATMENT OF THE RIGHT HAND WITH DR. PETER GRILLO.

ROS    SKIN: NO RASH.  LYMPH NODES: NO SWELLING IN NECK, AXILLA OR GROIN. HEAD: DENIES
HEADACHES. EYES: NO DIPLOPIA OR PHOTOPHOBIA. EARS: NO TINNITUS. THROAT: NO
DYSPHAGIA. LUNGS: DENIES COUGH AND CONGESTION. HEART: NO PALPITATIONS OR CHEST
PAIN. ABDOMEN: WITHOUT NAUSEA, VOMITING, DIARRHEA, CONSTIPATION OR ABDOMINAL
PAIN.  NEUROLOGIAL: WITHOUT SEIZURES OR FOCAL NEUROLOGICAL SIGNS.

PFSH   SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY
SERVICE.
PREVIOUS PCP: 9/25/07
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: YES, IN THEMILITARY
PPD: ?
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: 1 YEAR AGO (2005)

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: ?
LAST EYE EXAM: TODAY, 3/7/06
SEE WELL: YES
GLASSES/CONTACTS: NO
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS

TOBACCO USE: STOPPED SMOKING 10 MONTHS AGO. HE HAS ALSO LOST APPROXIMATELY 35
POUNDS IN THE PAST TEN MONTHS SECONDARY TO DIET AND EXERCISE.
ETOH: MODERATE, SEVERAL GLASSES OF ALCOHOL OVER A ONE WEEK PERIOD.
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL
COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA (32), DAUGHTER, TYRA (6) AND SON, PETER (1)
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A
HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION
IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, A LITTLE IN HIGH SCHOOL.
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)

All    NKDA  NKLA  NKFA NKEA

Meds    Effexor 75 mg, 75/75/37.5/........for 2 weeks
      EFFEXOR CAPSULES EXTENDED RELEASE 37.5 MG, 1 PO Q DAY

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization of the patient listed above.

**PE** Wt: 210 lb  T: 97.9f BP: 113/79 P: 76  RR: 16  Ht: 65.5 in BMI: 34.6  HC:
O2 SAT 98%

GENERAL: AN ALERT, ORIENTED, 35 YEAR OLD MALE WHO APPEARS IN NO ACUTE DISTRESS. RIGHT HAND: NUMBNESS RIGHT THUMB, THENAR ASPECT OF RIGHT HAND, RIGHT INDEX FINGER, RIGHT MIDDLE FINGER AND RADIAL ASPECT OF RIGHT RING FINGER. FULL RANGE OF MOTION OF MCPJS AND IPJS OF RIGHT HAND WITHOUT DEFICIT. RADICULAR PAIN PROXIMALLY TO THE RIGHT SHOULDER. POSITIVE RIGHT TINEL'S SIGN.

**AP** # CARPAL TUNNEL SYNDROME (354.0):
# SKIN SENSATION DISTURB (782.0):
# DEPRESSIVE DISORDER OT (311):
IMPRESSION:
1. RIGHT CARPAL TUNNEL SYNDROME
2. EFFEXOR TAPER

PLAN:
CONTINUE TO TAPER DOWN EFFEXOR, 37.5 MG, 1 PO QID X30 DAYS, THEN FURTHER DECREASE EFFEXOR TO 37.5 MG, 1 PO Q3 DAYS. APPOINTMENT TO BE MADE FOR THE PATIENT TO FOLLOW-UP WITH HIS NEURO SURGEON, DR. PETER GRILLO, NEW ENGLAND NEURO ASSOCIATES, LAWRENCE, MA, FOR EVALUATION AND REPAIR OF RIGHT CARPAL TUNNEL SYNDROME.99214

ARTHUR HAFFNER, MD
Electronic Signature

**ENCOUNTER** Monday, March 17, 2008 4:11PM

**CC:** ANXIETY, PATIENT REQUESTS TAPERED DOSE OF EFFEXOR

**HPI** PATIENT SEEN 3/17/08 BY DR. ARTHUR HAFFNER.

THE PATIENT IS A 34 YEAR OLD MALE WHO HAS BEEN TAKING EFFEXOR, 75 MG PO QD FOR FOUR YEARS. THE PATIENT HAS EXPRESSED AN INTEREST IN TAPERING DOWN CURRENT DOSE OF EFFEXOR. WE EXPLAINED TO PAITENT THAT THIS PARTICULAR ANTI-DEPRESSANT REQUIRES RATHER SLOW TAPERING AND SHOULD NOT BE STOPPED ABRUPTLY. WILL ATTEMPT TO GRADUALLY TAPER OFF OF EFFEXOR, 75 MG, OVER THE NEXT SEVERAL MONTHS. THE PATIENT HAS ALSO MENTIONED THAT HE HAS A FAMILY HISTORY OF CELEAC DISEASE IN HIS SISTER AND NEICE, HOWEVER, PATIENT DOES NOT HAVE A GLUTEN OR WHEAT INTOLERANCE AND I ADVISED PATIENT THAT THE CHANCES OF HIM HAVING CELEAC IS RATHER LOW. THE PATIENT'S WEIGHT IS ESSENTIALLY UNCHANGED. HE HAD LOST 50 LBS SEVERAL YEARS AGO BUT HAS GRADUALLY INCREASED HIS WEIGHT TO HIS PRESENT 212 LBS, WHICH HAS BEEN UNCHANGED FOR SIX MONTHS. THE PATIENT WAS FORMERLY ADVISED TO GO TO WEIGHT WATCHERS FOR WEIGHT CONTROL.

**ROS** SKIN: NO RASH. LYMPH NODES: NO SWELLING IN NECK, AXILLA OR GROIN. HEAD: DENIES HEADACHES. EYES: NO DIPLOPLIA OR PHOTOPHOBIA. EARS: NO TINNITUS. THROAT: NO DYSPHAGIA. LUNGS: DENIES COUGH AND CONGESTION. HEART: NO PALPITATIONS OR CHEST PAIN. ABDOMEN: WITHOUT NAUSEA, VOMITING, DIARRHEA, CONSTIPATION OR ABDOMINAL PAIN. NEUROLOGIAL: WITHOUT SEIZURES OR FOCAL NEUROLOGICAL SIGNS.

**PFSH** SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
PREVIOUS PCP: 9/25/07
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: YES, IN THEMILITARY
PPD: ?
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: 1 YEAR AGO (2005)
BRUSH TEETH: DAILY
FLOSS TEETH: YES

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.

# FORMAL HEALTH RECORD

DENTURES: NO
EYE DOCTOR: ?
LAST EYE EXAM: TODAY, 3/7/06
SEE WELL: YES
GLASSES/CONTACTS: NO
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS

TOBACCO USE: STOPPED SMOKING 10 MONTHS AGO.  HE HAS ALSO LOST APPROXIMATELY 35
POUNDS IN THE PAST TEN MONTHS SECONDARY TO DIET AND EXERCISE.
ETOH: MODERATE, SEVERAL GLASSES OF ALCOHOL OVER A ONE WEEK PERIOD.
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL
COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA (32), DAUGHTER, TYRA (6) AND SON, PETER (1)
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A
HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION
IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, A LITTLE IN HIGH SCHOOL.
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)

All    NKDA  NKLA  NKFA NKEA
Meds  Effexor 75 mg, 75/75/37.5/........ for 2 weeks
PE    Wt:  212 lb  T:  97.4l BP: 117/77  P:  71    RR:  20    Ht:  65 in  BMI:  35.4  HC:
    O2 SAT 99%

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

___Sore throat, large tonsils, snoring
ADVISED/ORDERED: Needs appt w/ ENT
reason: eval for large tonsils, snoring
motirn, lozenges, salt water garggles
sent tc to quest

ongoing information below not addressed today:

IMPRESSION:
1. OVERWEIGHT
2. SITUATIONAL ANXIETY AND DEPRESSION
3. PROBABLE OCCULAR MIGRAINE, OS
4. LEFT CARPAL TUNNEL SYNDROME
5. LEFT ULNAR NEUROPATHY

PLAN:
PATIENT TO INCREASE EFFEXOR TO 75 MG, 1 PO QD. PSYCHOLOGICAL CONSULTATION TO BE
OBTAINED WITH DR. ROBERT MOVERMEN OF NEW ENGLAND REHAB HOSPITAL IN SALEM, NH.
PATIENT TO CALL FOR APPOINTMENT. PATIENT HAS A NEURO SURGICAL CONSULTATION
SCHEDULED IN OCTOBER 2007 WITH DR. PETER GRILLO, NEURO SURGEON, ANDOVER, MA.
PATIENT TO CALL DR. TALLMAN AND ASSOCIATES TO ARRANGE A COMPLETE OPHTHALMOLOGY
EVALUATION. FASTING LABORATORY STUDIES AT QUEST LAB THIS WEEK - FASTING LIPIDS, CMP,
TSH, CBC W/DIFFERENTIAL. FOLLOW-UP IN OFFICE IN TWO WEEKS TO REVIEW RESULTS OF
LABORATORY TESTS AS WELL AS CONSULTATION FROM NEURO SURGEON, DR. PETER GRILLO,
OPHTHALMOLOGIST, DR. TALLMAN AND PSYCHOLOGIST, DR. MOVERMAN.

99214, 87880

BRIDGET LANGA, ARNP
Electronic Signature

---

**ENCOUNTER**            Tuesday, September 25, 2007  2:26PM

CC:  CPE 34 YEAR OLD MALE

HPI  PATIENT SEEN 9/25/07 BY DR. ARTHUR HAFFNER.

THE PATIENT IS A 34 YEAR OLD MALE WHO PRESENTS TO OFFICE FOR A CPE. THE PATIENT HAS
HAD MULTIPLE MEDICAL ISSUES OVER THE PAST SEVERAL YEARS. HE IS SLIGHTLY
OVERWEIGHT. HE HAS GAINED APPROXIMATELY 15 POUNDS OVER THE LAST 12 MONTHS. THE
PATIENT HAS HAD A LONG HISTORY OF SITUATIONAL ANXIETY AND DEPRESSION. HE HAD BEEN
TAKING EFFEXOR, 75 MG, PO QD FOR AN EXTENDED PERIOD OF TIME. THE PATIENT HAD
DECREASED HIS EFFEXOR TO 37.5 MG PO QD LAST YEAR. HE FURTHER DECREASED THE
EFFEXOR TO 1/2 OF A 37.5 MG TABLET IN APRIL 2007, HOWEVER, DUE TO ONSET OF
SYMPTOMATOLOGY, THE PATIENT RESTARTED EFFEXOR, 37.5 MG, SEVERAL MONTHS AGO. HE
CONTINUES TO COMPLAIN OF PROBLEMS REGARDING ANXIETY AND STRESS AND HAS
REQUESTED A REFERRAL FOR PSYCHOLOGICAL COUNSELING. THE PATIENT, IN ADDITION, WAS
SEEN BY DR. CRAWFORD CAMPBELL, ORTHOPEDIC SURGEON HAND CONSULTANT, SECONDARY
TO LEFT CARPAL TUNNEL SYNDROME. THE PATIENT WAS REFERRED BY ORTHO TO NEW
ENGLAND NEURO ASSOCIATES SECONDARY TO ULNAR NEUROPATHY ON LEFT UPPER
EXTREMITY. THE PATIENT HAS APPARENTLY HAD NERVE CONDUCTION STUDIES AND EMG OF
THE UPPER EXTREMITIES WITH DR. JENNIFER GRILLO OF NEW ENGLAND NEURO ASSOIATES,
HOWEVER, RECORDS ARE UNAVAILABLE FOR REVIEW AT THIS TIME. HE HAS AN APPOINTMENT
WITH NEURO SURGEON, DR. PETER GRILLO, IN OCTOBER 2007. THE PATIENT, IN ADDITION,
RELATES A HISTORY OF KALEIDOSCOPE TYPE VISUAL SENSATION IN THE TEMPORAL FIELD OF
THE LEFT EYE APPROXIMATELY FIVE YEARS AGO. IT RECURRED TWO YEARS LATER IN 2004. HE
HAS BEEN ESSENTIALLY ASYMPTOMATIC IWTH REGARDS TO VISUAL ACUITY WITH EXCEPTION
OF MILD DECREASED ACUITY, OS. HE HAS NOT SEEN OPHTHALMOLOGIST TO DATE. NO
FURTHER EPISODES OF KALEIDOSCOPE TYPE VISION SINCE 2004. SYMPTOMATOLOGY

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

APPEARED CONSISTED WITH POSSIBLE OCCULAR MIGRAINE, OS. PATIENT TO BE REFERRED TO DR. TALLMAN AND ASSOCIATES.

**ROS** SKIN: NO RASH. LYMPH NODES: NO SWELLING IN NECK, AXILLA OR GROIN. HEAD: DENIES HEADACHES. EYES: NO DIPLOPLIA OR PHOTOPHOBIA. EARS: NO TINNITUS. THROAT: NO DYSPHAGIA. LUNGS: DENIES COUGH AND CONGESTION. HEART: NO PALPITATIONS OR CHEST PAIN. ABDOMEN: WITHOUT NAUSEA, VOMITING, DIARRHEA, CONSTIPATION OR ABDOMINAL PAIN. NEUROLOGIAL: WITHOUT SEIZURES OR FOCAL NEUROLOGICAL SIGNS.

**PFSH** SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
PREVIOUS PCP: 9/25/07
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: YES, IN THEMILITARY
PPD: ?
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: 1 YEAR AGO (2005)
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: ?
LAST EYE EXAM: TODAY, 3/7/06
SEE WELL: YES
GLASSES/CONTACTS: NO
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS

TOBACCO USE: STOPPED SMOKING 10 MONTHS AGO. HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN THE PAST TEN MONTHS SECONDARY TO DIET AND EXERCISE.
ETOH: MODERATE, SEVERAL GLASSES OF ALCOHOL OVER A ONE WEEK PERIOD.
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA (32), DAUGHTER, TYRA (6) AND SON, PETER (1)
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.

MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, A LITTLE IN HIGH SCHOOL.
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)

**All** NKDA NKLA NKFA NKEA

**Meds** AZITHROMYCIN 250MG, 2 PO TODAY THEN ONE DAILY FOR FOUR MORE DAYS
Effexor XR 37.5 mg, 2 po qd
Omega 3 fish oil caps, 1 po bid
PREDNISONE 20 MG, 1 PO X3 DAYS

**PE** Wt: 211.4 l: T: 97.4l BP: 124/80 P: 84    RR: 20    Ht: 65.5 in BMI: 34.9   HC:
O2 SAT 97%

GENERAL: AN ALERT, ORIENTED, OVERWEIGHT 34 YEAR OLD MALE WHO APPEARS IN NO ACUTE
DISTRESS. SKIN: WITHOUT CYANOSIS OR ICTERUS. LYMPH NODES: NON-PALPABLE IN THE
NECK, AXILLA OR GROIN. HEAD: NORMOCEPHALIC. EYES: PUPILS EQUALLY ROUND, REACT TO
LIGHT AND ACCOMMODATION. FUNDI: APPEAR KW0 OU. FULL RANGE OF MOTION OF EOM'S
WITHOUT NYSTAGMUS. EARS: TYMPANIC MEMBRANES ARE DULL WITH REDUCED LIGHT REFLEX
AU. NECK: SUPPLE WITH FULL RANGE OF MOTION. WITHOUT THYROMEGALY OR
LYMPHADENOPATHY. CAROTID PULSES ARE 1+ BILATERALLY AND SYMMETRICAL. LUNGS:
CLEAR TO A&P. HEART: REGULAR SINUS RHYTHM WITHOUT ECTOPY OR EXTRA SOUND.
ABDOMEN: OBESE, NON-TENDER, NO REBOUND OR DISTENTION, WITHOUT ORGANOMEGALY OR
PALPABLE MASSES. REGULAR BOWEL SOUNDS. GENITAL EXAM: TESTES ARE DESCENDED
WITHOUT DISCRETE NODULARITY. NO GENITAL RASH OR URETHERAL DISCHARGE. INGUINAL:
NO HERNIA OR DILATED INGUINAL RING. RECTAL EXAMINATION: DEFERRED IN 34-YEAR-OLD
ASYMPTOMATIC MALE. PULSES: FEMORAL PULSES, DORSALES PEDIS, AND POSTERIOR
TIBIALUS ARE 1+ AND SYMMETRICAL. EXTREMITIES: WITHOUT CYANOSIS, CLUBBING OR EDEMA.
BACK: WITHOUT CVA TENDERNESS. NO SCOLIOSIS. FULL RANGE OF MOTION OF
LUMBOSACRAL SPINE WITHOUT NYSTAGMUS. NEUROLOGICAL EXAMINATION: GROSSLY WITHIN
NORMAL LIMITS. NO FOCAL SIGNS.

EKG IN OFFICE: WITHIN NORMAL LIMITS.
PULMONARY FUNCTION TESTS IN OFFICE: WITHIN NORMAL LIMITS.
URINE ANALYSIS: NEGATIVE.
AUDIOMETRY: WITHIN NORMAL LIMITS, AD, WITH SLIGHT REDUCTION OF ACUITY AT 500 HTZ AND
20 DECIBELS. OS WITHIN NORMAL LIMITS ASIDE FROM DECREASED ACUITY AT 500 AND 1000 HTZ
AND 20 DECIBELS. ENTIRE FIELD IS WITHIN NORMAL LIMITS AT 25 DECIBELS.
VISUAL ACUITY: 20/20 OD, 20/50 OS AND 20/20 OU.

**AP** # PAIN IN LIMB (729.5):
# HX TOBACCO USE (V15.82):
# OTHER FORMS OF MIGRAINE (346.8):
# CARPAL TUNNEL SYNDROME (354.0):
# ANXIETY STATE UNSPECIFIED (300.00):
IMPRESSION:
1. OVERWEIGHT
2. SITUATIONAL ANXIETY AND DEPRESSION
3. PROBABLE OCCULAR MIGRAINE, OS
4. LEFT CARPAL TUNNEL SYNDROME
5. LEFT ULNAR NEUROPATHY

PLAN:
PATIENT TO INCREASE EFFEXOR TO 75 MG, 1 PO QD. PSYCHOLOGICAL CONSULTATION TO BE
OBTAINED WITH DR. ROBERT MOVERMEN OF NEW ENGLAND REHAB HOSPITAL IN SALEM, NH.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization of the patient listed above.

HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, A LITTLE IN HIGH SCHOOL.
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)

**All** NKDA

**Meds** Effexor XR 37.5 mg, 1 po qd
Omega 3 fish oil caps , 1 po bid

**PE** Wt: 194 lb  T: 97.5I BP: 125/81  P: 86    RR:  20    Ht: 65 in  BMI: 32.4  HC:
O2 SAT 99%

GENERAL: AN ALERT, ORIENTED, 33 YEAR OLD MALE WHO APPEARS IN NO ACUTE DISTRESS.
EXTREMITIES: NO FURTHER PARESTHESIAS NOTED IN UPPER  EXTREMITIES.

**AP** # PAIN IN LIMB (729.5):
# ANXIETY STATE UNSPECIFIED  (300.00):
IMPRESSION:
1. SITUATIONAL ANXIETY AND DEPRESSION
2. PARESTHESIAS OF HANDS, RESOLVED

PLAN:
DEFER ORTHOPEDIC CONSULTATION WITH DR. CRAWFORD AT THIS TIME AS PATIENTS
SYMPTOMATOLOGY OF PARESTHESIAS IN THE HANDS HAS RESOLVED.  DECREASE EFFEXOR XL
FROM 75 MG, 1 PO QD TO EFFEXOR XL, 37.5 MG, 1 PO QD.  THE PATIENT NEEDS A FOLLOW-UP
CPE AFTER MARCH OF 2007. RETURN TO OFFICE IN FIVE MONHTS, APRIL 2007, FOR REPEAT
CPE.  CONTINUE OMEGA III FISH OIL CAPSULES, 1 PO BID AND CONTINUE TO MAINTAIN LOW
CHOLESTEROL/LOW TRIGLYCERIDE DIET.99214, 81002, 83037, 82962, 80061, 84460, 84450, 82044,
82570

ARTHUR HAFFNER, MD
Electronic Signature

---

**ENCOUNTER**                                                          Thursday, September 28, 2006  1:07PM
**CC:** REFILL OF EFFEXOR

**HPI** PATIENT SEEN 9/28/06 BY DR. ARTHUR HAFFNER.

THE PATIENT IS A 33 YEAR OLD MALE WHO PRESENTS TO THE OFFICE FOR A REFILL OF
EFFEXOR, 75 MG, 1 PO QD.  THE PATIENT HAS NOT TAKEN EFFEXOR FOR THREE DAYS, SINCE
SEPTEMBER 25, 2006, AND HAS BEEN FEELING RELATIVELY WELL WITH THE EXCEPTION OF
DIFFICULTY WITH SLEEP LAST NIGHT. THE PATIENT IS SCHEDULED TO SEE AN ORTHOPEDIC
SURGEON, DR. CRAWFORD CAMPBELL IN ANDOVER, MA IN OCTOBER OF 2006 TO RULE OUT

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

CARPAL TUNNEL SYNDROME OF THE UPPER EXTREMITIES. THE PATIENT IS INTERESTED IN POSSIBLY TAPERING DOWN HIS EFFEXOR OVER THE NEXT SEVERAL MONTHS.

**ROS**     AS ABOVE IN HPI.

PAST MEDICAL HISTORY, SOCIAL HISTORY AND FAMILY HISTORY UNCHANGED FROM PRIOR ENCOUNTERS.

**PFSH**    SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: YES, IN THEMILITARY
PPD: ?
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: 1 YEAR AGO (2005)
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: ?
LAST EYE EXAM: TODAY, 3/7/06
SEE WELL: YES
GLASSES/CONTACTS: NO
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS

TOBACCO USE: STOPPED SMOKING 10 MONTHS AGO. HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN THE PAST TEN MONTHS SECONDARY TO DIET AND EXERCISE.
ETOH: MODERATE, SEVERAL GLASSES OF ALCOHOL OVER A ONE WEEK PERIOD.
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA (32), DAUGHTER, TYRA (6) AND SON, PETER (1)
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, A LITTLE IN HIGH SCHOOL.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization of the patient listed above.

**New England Neurological Associates, P.C.**

Riverwalk
354 Merrimack Street
Lawrence, MA 01843
(978) 687-2321
FAX: (978) 685-7265
www.neneuro.com

**Division of Neurological Surgery**
*Howard M. Gardner, M.D., F.A.C.S.*
*Founder / Medical Director*
*Peter J. Grillo, M.D., F.A.C.S.*
*William P. McCann, M.D., F.A.C.S.*
*Bruce R. Cook, M.D., F.A.C.S.*
*Henry Y. Ty, M.D.*
*Brooke A. Storey, PA-C*

**Division of Neurology**
**Neurology**
*Michael Bralower, M.D.*
*Jonathan S. Moray, M.D.*

**Neurology/Neuro-Ophthalmology**
*Richard G. Selbst, M.D.*

**Pediatric Neurology**
*Michael B. Robbins, M.D.*

**Neurology/Epileptology**
*Jonathan Ross, M.D.*
*Arya Farahmand, M.D.*
*Lanny Y. Xue, M.D., Ph.D.*

**Neurology/Neuromuscular Disorders**
*Richard S. Finkelman, M.D.*
*Jennifer A. Grillo, M.D.*

**Neurology/Movement Disorders**
*Shabbir A. Abbasi, M.D. MRCP UK*

**Neurology/Neuro-Oncology**
*Vladan P. Milosavljevic, M.D.*

**Neurology/Vascular Neurology**
*Cristina Simona Ivan, M.D.*
*Andreas P. Schoeck, M.D.*

**Division of**
**Physical Medicine & Rehabilitation**
**Physiatry**
*Elizardo P. Carandang, M.D.*
*Srirangam R. Padmanabhan, M.D.*
*Scott K. Masterson, M.D. CIME*
*Thomas P. Cody, M.D.*

**Division of Pain Medicine**
**Anesthesiology**
*Gopala Dwarakanath, M.D.,DABPM*
*Jeffrey A. Norton, M.D.*
*Shihab U. Ahmed, M.D., PH*
*Michael C. Connelly, M.D.*
*Richard R. Riccardi, M.D.*

**Division of**
**Neuro-Behavioral Medicine**
**Rehabilitative Neurology**
*James A. Whitlock, Jr., M.D.*

**Psychiatry**
*Marc M. Sadowsky, M.D.*

**Psychology**
*Robert A. Moverman, Ph.D.*

**Learning Diagnostic Center**
*Michael B. Robbins, M.D., F.A.A.P.*

**Administration**
*Joan T. Faucher*
*Administrator/CEO*

PERSONAL AND CONFIDENTIAL

PETER PICONE (D.O.B. 04/13/1973)
September 28, 2007

**IDENTIFYING DATA:** Peter Picone is a 34-year-old white, married male referred for psychological consultation by his primary care physician, Dr. Hafner. There have been concerns about panic attacks and anxiety.

**BACKGROUND INFORMATION:** Mr. Picone states that he had problems with panic attacks dating back to age 15 when he had some sort of heart palpitations or fluttering that made him quite anxious. He states that he had difficulty concentrating. He was fearful that something was wrong with him. He became reclusive and socially avoidant. He entered the service at the age of 19 and this seemed to help his symptoms in that he did not have time to think about them. He came out of the service and the symptoms started up again, this time at around the age of 23. His anxiety was intermittent until 2001 or so, when it became more severe, to the point, where he could not even bring himself to apply for a job. He finally decided to see a physician and he was given Effexor in 2003. This had a remarkably therapeutic benefit. He was doing quite well up until a few months ago, when his symptoms returned. He admits that his new physician had tried reducing his Effexor dosage to see if he could get by without it, and he actually did up until July of this year when he had another panic attack. He just recently started back on medication and he admits that his anxiety can snowball to the point where he gets depressed over his anxiety. He describes the depression as having a lack of joy in is life and fear of panicking as well as a focus on somatic symptoms. He is now at the point where he would like to get rid of his anxiety once and for all.

Medical history includes what he describes as occasional heart flutters, but nothing that has ever been found to be problematic or requiring any sort of treatment. He has had a variety of medical tests, he gets physicals every year and he is consistently in good health. However, he does have a history of having a fistula removed, elected vasectomy and has recently been found to have carpal tunnel to the left wrist for a couple of years now. He will be getting surgery for this, but he is not disturbed by this at all. He does fear that there may be something more seriously wrong with him such as a brain tumor, even though he has no real explanation for why he would be worried about this.

Mr. Picone used to smoke, but he gave it up over two years ago. He

Gateway Center
10 George Street, Suite 300
Lowell, MA 01852
(978) 458-1463
FAX (978) 454-3051

One Parkway
Haverhill, MA 01830
(978) 373-9733
FAX (978) 372-2349

Towle Office Building
260 Merrimac Street
Newburyport, MA 01950
(978) 465-3033

Medical Arts Building
168 Kinsley Street
Nashua, NH 03061
(603) 882-2114
FAX (603) 889-7284

43B Birch Street
Derry, NH 03038
(603) 432-0881

EXHIBIT 1: B

PETER PICONE (D.O.B. 04/13/1973)
September 28, 2007

rarely drinks alcohol and does not use recreational drugs.

Mr. Picone grew up in Methuen and he recalls his childhood as being good. He is quite close with both parents who are both in good health. He is not close with is four older sisters, all of whom he describes as "pretty cold" on a personal level. Two of them have a history of substance abuse.

Mr. Picone went up to the ninth grade of school and then quit because he simply did not want to go on. He states that he was just an arrogant teenager at the time. He got involved in a rock and roll band for a few years. He served in the Army for three years, did well and then went into the electronics field. He eventually started his own electronics distribution company, which is doing rather well. He works about sixty hours a week between time spent at the office and doing work related activities at home. He enjoys watching sports and spending time with his children. He has no specific hobbies or vocational interests other than playing computer or video games. He finds these to be a good distraction against his emotional symptoms, but admits that it is probably not very healthy.

Mr. Picone has been married for thirteen years. His wife is in good health and has no mental health treatment history. He states that the marriage is quite good. She works part time for his company. The children are now 2 and 8 and doing well with their lives. His only stress involves his workload, but feels that he is dealing with this reasonably well. He does acknowledge having difficulty shutting his mind down.

CURRENT FUNCTIONING: Mr. Picone presents this mental status examination as alert and oriented in all spheres. He was pleasant and cooperative throughout. He did not appear to be in any physical or emotional distress. He has had some ongoing problems with sleep onset and may sometimes feel tired in the afternoon. He has attempted to lose some weight and has been reasonably successful with this. He reports having a good appetite. He feels that his mood is good other than when he gets into a panic mode. He reports no drop off in libido. He describes his mood as often questioning what is wrong with him and wondering why he should be depressed. He also wonders why he is not better yet or why he gets dizzy or has problems with his eyes, etc. He reports no family history of health issues or disability other than a grandmother who had a brain tumor, lapsed into a coma and died. However, he states that this happened sometime after his own somatic anxieties began. He recalls that the symptoms were much worse when he saw something on the news about a child that was playing with a parent's gun and killed himself in front of the mother quite accidentally. He then started thinking about his own son and he believes that he is always on the edge worrying about what might happen to him or people he loves. He would like to get off medication, would like to go on enjoying his life and not have to be bothered by the persistent fear of anxiety as well as the anxiety symptoms themselves.

SUMMARY AND RECOMMENDATION: In summary, Peter Picone is a gentleman with what sounds like a long history of somatic anxiety and panic attacks. He has done well with

PETER PICONE (D.O.B. 04/13/1973)
September 28, 2007

medication and he is back on it now after a brief trial of dosage reduction. He would like to know how to manage these symptoms without the use of medication and I will be happy to follow him for the sake of teaching him some cognitive and behavioral strategies for anxiety management. We plan to followup next week.

Robert A. Moverman, Ph.D.

RAM/tc/st  D:  10/02/2007  T:  10/02/2007

Copy retained for our files.


**New England Neurological Associates, P.C.**

Riverwalk
**354 Merrimack Street**
**Lawrence, MA 01843**
(978) 687-2321
FAX: (978) 685-7265
www.neneuro.com

**Division of Neurological Surgery**
*Howard M. Gardner, M.D., F.A.C.S.*
  *Founder / Medical Director*
*Peter J. Grillo, M.D., F.A.C.S.*
*William P. McCann, M.D., F.A.C.S.*
*Bruce R. Cook, M.D., F.A.C.S.*
*Henry Y. Ty, M.D.*
*Brooke A. Storey, PA-C*

**Division of Neurology**
  **Neurology**
  *Michael Bralower, M.D.*
  *Jonathan S. Moray, M.D.*

  **Neurology/Neuro-Ophthalmology**
  *Richard G. Selbst, M.D.*

  **Pediatric Neurology**
  *Michael B. Robbins, M.D.*

  **Neurology/Epileptology**
  *Jonathan Ross, M.D.*
  *Arya Farahmand, M.D.*
  *Lanny Y. Xue, M.D., Ph.D.*

  **Neurology/Neuromuscular Disorders**
  *Richard S. Finkelman, M.D.*
  *Jennifer A. Grillo, M.D.*

  **Neurology/Movement Disorders**
  *Shabbir A. Abbasi, M.D. MRCP UK*

  **Neurology/Neuro-Oncology**
  *Vladan P. Milosavljevic, M.D.*

  **Neurology/Vascular Neurology**
  *Cristina Simona Ivan, M.D.*
  *Andreas P. Schoeck, M.D.*

**Division of**
**Physical Medicine & Rehabilitation**
**Physiatry**
  *Elizardo P. Carandang, M.D.*
  *Srirangam R. Padmanabhan, M.D.*
  *Scott R. Masterson, M.D. CIME*
  *Thomas P. Cody, M.D.*

**Division of Pain Medicine**
**Anesthesiology**
  *Gopala Dwarakanath, M.D.,DABPM*
  *Jeffrey A. Norton, M.D.*
  *Shihab U. Ahmed, M.D., PH*
  *Michael C. Connelly, M.D.*
  *Richard R. Riccardi, M.D.*

**Division of**
**Neuro-Behavioral Medicine**
  **Rehabilitative Neurology**
  *James A. Whitlock, Jr., M.D.*

  **Psychiatry**
  *Marc M. Sadowsky, M.D.*

  **Psychology**
  *Robert A. Moverman, Ph.D.*

  **Learning Diagnostic Center**
  *Michael B. Robbins, M.D., F.A.A.P.*

**Administration**
  *Joan T. Faucher*
    *Administrator/CEO*

PERSONAL AND CONFIDENTIAL

PETER PICONE (D.O.B. 04/13/1973)
October 1, 2007

Mr. Picone and I began working on techniques for managing anxiety and somatic preoccupation, specifically his fear that there is something wrong with his heart or that he has cancer. We worked on using some cognitive restructuring techniques as well as thought stopping and other "mental tools" to manage this. He was very excited about the idea of doing this and he recalls that there was one occasion where he actually laughed at his symptom and made it go away. I suggested that he keep a log of situations when anxiety or panic attacks come up and details surrounding them including what techniques he tries and how much effect they have. I also recommended a self-help book on anxiety and phobia management, which he plans to get and start reading. We will followup next week.

Robert A. Moverman, Ph.D.

RAM/tc/st D: 10/01/2007 T: 10/01/2007

Copy retained for our files.

Gateway Center
10 George Street, Suite 300
Lowell, MA 01852
(978) 458-1463
FAX (978) 454-3051

One Parkway
Haverhill, MA 01830
(978) 373-9733
FAX (978) 372-2349

Towle Office Building
260 Merrimac Street
Newburyport, MA 01950
(978) 465-3033

Medical Arts Building
168 Kinsley Street
Nashua, NH 03061
(603) 882-2114
FAX (603) 889-7284

43B Birch Street
Derry, NH 03038
(603) 432-0881



**New England Neurological Associates, P.C.**

Riverwalk
354 Merrimack Street
Lawrence, MA 01843
(978) 687-2321
FAX: (978) 685-7265
www.neneuro.com

**Division of Neurological Surgery**
Howard M. Gardner, M.D., F.A.C.S.
 Founder / Medical Director
Peter J. Grillo, M.D., F.A.C.S.
William P. McCann, M.D., F.A.C.S.
Bruce R. Cook, M.D., F.A.C.S.
Henry Y. Ty, M.D.
Brooke A. Storey, PA-C

**Division of Neurology**
Neurology
Michael Bralower, M.D.
Jonathan S. Moray, M.D.

Neurology/Neuro-Ophthalmology
Richard G. Selbst, M.D.

Pediatric Neurology
Michael B. Robbins, M.D.

Neurology/Epileptology
Jonathan Ross, M.D.
Arya Farahmand, M.D.
Lanny Y. Xue, M.D., Ph.D.

Neurology/Neuromuscular Disorders
Richard S. Finkelman, M.D.
Jennifer A. Grillo, M.D.

Neurology/Movement Disorders
Shabbir A. Abbasi, M.D. MRCP UK

Neurology/Neuro-Oncology
Vladan P. Milosavljevic, M.D.

Neurology/Vascular Neurology
Cristina Simona Ivan, M.D.
Andreas P. Schoeck, M.D.

**Division of**
**Physical Medicine & Rehabilitation**
Physiatry
Elizardo P. Carandang, M.D.
Srirangam R. Padmanabhan, M.D.
Scott R. Masterson, M.D. CIME
Thomas P. Cody, M.D.

**Division of Pain Medicine**
Anesthesiology
Gopala Dwarakanath, M.D.,DABPM
Jeffrey A. Norton, M.D.
Shihab U. Ahmed, M.D., PH
Michael C. Connelly, M.D.
Richard R. Riccardi, M.D.

**Division of**
**Neuro-Behavioral Medicine**
Rehabilitative Neurology
James A. Whitlock, Jr., M.D.

Psychiatry
Marc M. Sadowsky, M.D.

Psychology
Robert A. Moverman, Ph.D.

Learning Diagnostic Center
Michael B. Robbins, M.D., F.A.A.P.

**Administration**
Joan T. Faucher
 Administrator/CEO

PETER PICONE (D.O.B. 04/13/1973)
October 16, 2007

Mr. Picone is doing rather well, utilizing some strategies we talked about the last time to help with his anxiety. He thinks that he still has some spacing out and depressed thinking which is a bigger problem. His score on the Depression questionnaire suggests there might be a mild degree of depressive symptomatology. He is not suicidal, but does have some pessimism, decreased energy and other symptoms. We spoke about using similar methods to deal with this and to let go of the irrational thought process having to do with negative expectation to being a cause of positive outcome. We will followup next week.


Robert A. Moverman, Ph.D.

RAM/tc/st D: 10/16/2007 T: 10/17/2007

Copy retained for our files.

Gateway Center
10 George Street, Suite 300
Lowell, MA 01852
(978) 458-1463
FAX (978) 454-3051

One Parkway
Haverhill, MA 01830
(978) 373-9733
FAX (978) 372-2349

Towle Office Building
260 Merrimac Street
Newburyport, MA 01950
(978) 465-3033

Medical Arts Building
168 Kinsley Street
Nashua, NH 03061
(603) 882-2114
FAX (603) 889-7284

43B Birch Street
Derry, NH 03038
(603) 432-0881



**New England Neurological Associates, P.C.**

Riverwalk
**354 Merrimack Street**
**Lawrence, MA 01843**
**(978) 687-2321**
FAX: (978) 685-7265
www.neneuro.com

**Division of Neurological Surgery**
*Howard M. Gardner, M.D., F.A.C.S.*
*Founder / Medical Director*
*Peter J. Grillo, M.D., F.A.C.S.*
*William P. McCann, M.D., F.A.C.S.*
*Bruce R. Cook, M.D., F.A.C.S.*
*Henry Y. Ty, M.D.*
*Brooke A. Storey, PA-C*

**Division of Neurology**
**Neurology**
*Michael Bralower, M.D.*
*Jonathan S. Moray, M.D.*

**Neurology/Neuro-Ophthalmology**
*Richard G. Selbst, M.D.*

**Pediatric Neurology**
*Michael B. Robbins, M.D.*

**Neurology/Epileptology**
*Jonathan Ross, M.D.*
*Arya Farahmand, M.D.*
*Lanny Y. Xue, M.D., Ph.D.*

**Neurology/Neuromuscular Disorders**
*Richard S. Finkelman, M.D.*
*Jennifer A. Grillo, M.D.*

**Neurology/Movement Disorders**
*Shabbir A. Abbasi, M.D. MRCP UK*

**Neurology/Neuro-Oncology**
*Vladan P. Milosavljevic, M.D.*

**Neurology/Vascular Neurology**
*Cristina Simona Ivan, M.D.*
*Andreas P. Schoeck, M.D.*

**Division of**
**Physical Medicine & Rehabilitation**
**Physiatry**
*Elizardo P. Carandang, M.D.*
*Srirangam R. Padmanabhan, M.D.*
*Scott R. Masterson, M.D. CIME*
*Thomas P. Cody, M.D.*

**Division of Pain Medicine**
**Anesthesiology**
*Gopala Dwarakanath, M.D.,DABPM*
*Jeffrey A. Norton, M.D.*
*Shihab U. Ahmed, M.D., PH*
*Michael C. Connelly, M.D.*
*Richard R. Riccardi, M.D.*

**Division of**
**Neuro-Behavioral Medicine**
**Rehabilitative Neurology**
*James A. Whitlock, Jr., M.D.*

**Psychiatry**
*Marc M. Sadowsky, M.D.*

**Psychology**
*Robert A. Moverman, Ph.D.*

**Learning Diagnostic Center**
*Michael B. Robbins, M.D., F.A.A.P.*

**Administration**
*Joan T. Faucher*
*Administrator/CEO*

PETER PICONE (D.O.B. 04/13/1973)
October 16, 2007

PSYCHOLOGICAL TESTING REPORT: Mr. Picone completed the Millon Clinical Multiaxial Inventory (MCMI-III) as part of the psychological evaluation process. Results appear valid.

In terms of personality patterns, this appears to be a man who is typically in a sorrowful and dejected state. He may have a downcast mood and dread being alone and isolated. He may want closeness and respect from others, but tends to expect pain and disillusionment. He expects to fail and be humiliated and will self protectively be withdrawn and avoid situations that could potentially bring him the gratification that he so much desires. He may evoke negative reactions from others because of his unhappiness with himself as well as his irritable moodiness. He may turn his anger against himself and feel useless and unworthy. He may believe that disappointment and discouragement is what life is all about, and may believe that he deserves to suffer. He is touchy, irritable and generally, somewhat avoidant into depressive personality features.

In terms of Axis I syndromes, there is evidence of an anxiety disorder that could include diffuse fears, emotional distractibility and fatigue. He may repeatedly undue opportunities to better his circumstances, and he seems to create stressors that promote his worries which characterize his general anxiety state. In short, he appears to be having a generalized anxiety disorder at this time.

Robert A. Moverman, Ph.D.

RAM/tc/st D: 10/16/2007 T: 10/17/2007

Copy retained for our files.

Gateway Center
10 George Street, Suite 300
Lowell, MA 01852
(978) 458-1463
FAX (978) 454-3051

One Parkway
Haverhill, MA 01830
(978) 373-9733
FAX (978) 372-2349

Towle Office Building
260 Merrimac Street
Newburyport, MA 01950
(978) 465-3033

Medical Arts Building
168 Kinsley Street
Nashua, NH 03061
(603) 882-2114
FAX (603) 889-7284

43B Birch Street
Derry, NH 03038
(603) 432-0881

__Sore throat, large tonsils, snoring
ADVISED/ORDERED: Needs appt w/ ENT
reason: eval for large tonsils, snoring
motirn, lozenges, salt water garggles
sent tc to quest

EXHIBIT 1: C

ongoing information below not addressed today:

IMPRESSION:
1. OVERWEIGHT
2. SITUATIONAL ANXIETY AND DEPRESSION
3. PROBABLE OCCULAR MIGRAINE, OS
4. LEFT CARPAL TUNNEL SYNDROME
5. LEFT ULNAR NEUROPATHY

PLAN:
PATIENT TO INCREASE EFFEXOR TO 75 MG, 1 PO QD. PSYCHOLOGICAL CONSULTATION TO BE
OBTAINED WITH DR. ROBERT MOVERMEN OF NEW ENGLAND REHAB HOSPITAL IN SALEM, NH.
PATIENT TO CALL FOR APPOINTMENT. PATIENT HAS A NEURO SURGICAL CONSULTATION
SCHEDULED IN OCTOBER 2007 WITH DR. PETER GRILLO, NEURO SURGEON, ANDOVER, MA.
PATIENT TO CALL DR. TALLMAN AND ASSOCIATES TO ARRANGE A COMPLETE OPHTHALMOLOGY
EVALUATION. FASTING LABORATORY STUDIES AT QUEST LAB THIS WEEK - FASTING LIPIDS, CMP,
TSH, CBC W/DIFFERENTIAL. FOLLOW-UP IN OFFICE IN TWO WEEKS TO REVIEW RESULTS OF
LABORATORY TESTS AS WELL AS CONSULTATION FROM NEURO SURGEON, DR. PETER GRILLO,
OPHTHALMOLOGIST, DR. TALLMAN AND PSYCHOLOGIST, DR. MOVERMAN.

99214, 87880

BRIDGET LANGA, ARNP
Electronic Signature

**ENCOUNTER**                                          Tuesday, September 25, 2007  2:26PM
CC:      CPE 34 YEAR OLD MALE

HPI      PATIENT SEEN 9/25/07 BY DR. ARTHUR HAFFNER.

THE PATIENT IS A 34 YEAR OLD MALE WHO PRESENTS TO OFFICE FOR A CPE. THE PATIENT HAS
HAD MULTIPLE MEDICAL ISSUES OVER THE PAST SEVERAL YEARS. HE IS SLIGHTLY
OVERWEIGHT. HE HAS GAINED APPROXIMATELY 15 POUNDS OVER THE LAST 12 MONTHS. THE
PATIENT HAS HAD A LONG HISTORY OF SITUATIONAL ANXIETY AND DEPRESSION. HE HAD BEEN
TAKING EFFEXOR, 75 MG, PO QD FOR AN EXTENDED PERIOD OF TIME. THE PATIENT HAD
DECREASED HIS EFFEXOR TO 37.5 MG PO QD LAST YEAR. HE FURTHER DECREASED THE
EFFEXOR TO 1/2 OF A 37.5 MG TABLET IN APRIL 2007, HOWEVER, DUE TO ONSET OF
SYMPTOMATOLOGY, THE PATIENT RESTARTED EFFEXOR, 37.5 MG, SEVERAL MONTHS AGO. HE
CONTINUES TO COMPLAIN OF PROBLEMS REGARDING ANXIETY AND STRESS AND HAS
REQUESTED A REFERRAL FOR PSYCHOLOGICAL COUNSELING. THE PATIENT, IN ADDITION, WAS
SEEN BY DR. CRAWFORD CAMPBELL, ORTHOPEDIC SURGEON HAND CONSULTANT, SECONDARY
TO LEFT CARPAL TUNNEL SYNDROME. THE PATIENT WAS REFERRED BY ORTHO TO NEW
ENGLAND NEURO ASSOCIATES SECONDARY TO ULNAR NEUROPATHY ON LEFT UPPER
EXTREMITY. THE PATIENT HAS APPARENTLY HAD NERVE CONDUCTION STUDIES AND EMG OF
THE UPPER EXTREMITIES WITH DR. JENNIFER GRILLO OF NEW ENGLAND NEURO ASSOIATES,
HOWEVER, RECORDS ARE UNAVAILABLE FOR REVIEW AT THIS TIME. HE HAS AN APPOINTMENT
WITH NEURO SURGEON, DR. PETER GRILLO, IN OCTOBER 2007. THE PATIENT, IN ADDITION,
RELATES A HISTORY OF KALEIDOSCOPE TYPE VISUAL SENSATION IN THE TEMPORAL FIELD OF
THE LEFT EYE APPROXIMATELY FIVE YEARS AGO. IT RECURRED TWO YEARS LATER IN 2004. HE
HAS BEEN ESSENTIALLY ASYMPTOMATIC IWTH REGARDS TO VISUAL ACUITY WITH EXCEPTION
OF MILD DECREASED ACUITY, OS. HE HAS NOT SEEN OPHTHALMOLOGIST TO DATE. NO
FURTHER EPISODES OF KALEIDOSCOPE TYPE VISION SINCE 2004. SYMPTOMATOLOGY

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization of the patient listed above.

APPEARED CONSISTED WITH POSSIBLE OCCULAR MIGRAINE, OS. PATIENT TO BE REFERRED TO DR. TALLMAN AND ASSOCIATES.

**ROS** SKIN: NO RASH. LYMPH NODES: NO SWELLING IN NECK, AXILLA OR GROIN. HEAD: DENIES HEADACHES. EYES: NO DIPLOPIA OR PHOTOPHOBIA. EARS: NO TINNITUS. THROAT: NO DYSPHAGIA. LUNGS: DENIES COUGH AND CONGESTION. HEART: NO PALPITATIONS OR CHEST PAIN. ABDOMEN: WITHOUT NAUSEA, VOMITING, DIARRHEA, CONSTIPATION OR ABDOMINAL PAIN. NEUROLOGIAL: WITHOUT SEIZURES OR FOCAL NEUROLOGICAL SIGNS.

**PFSH** SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
PREVIOUS PCP: 9/25/07
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: YES, IN THEMILITARY
PPD: ?
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: 1 YEAR AGO (2005)
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: ?
LAST EYE EXAM: TODAY, 3/7/06
SEE WELL: YES
GLASSES/CONTACTS: NO
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS

TOBACCO USE: STOPPED SMOKING 10 MONTHS AGO. HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN THE PAST TEN MONTHS SECONDARY TO DIET AND EXERCISE.
ETOH: MODERATE, SEVERAL GLASSES OF ALCOHOL OVER A ONE WEEK PERIOD.
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA (32), DAUGHTER, TYRA (6) AND SON, PETER (1)
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization of the patient listed above.

# FORMAL HEALTH RECORD

EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)

**All** NKDA

**Meds** AUGMENTIN 875 MG, 1 PO BID PC FOR TEN DAYS
EFFEXOR TABLETS 75 MG, 1 tab po qd
ENTEX PSE TABLETS 600;120 MG;MG, 1 PO BID PRN CONGESTION
MOTRIN TABLET 800 MG, 1 PO TID PC PRN PAIN

**PE** Wt: 196 lb  T: 97F  BP: 117/72  P: 80  RR: 16  Ht: 65 in  BMI: 32.7  HC:
O2 SAT 99%

GENERAL: AN ALERT, ORIENTED, 33 YEAR OLD MALE WHO APPEARS IN NO ACUTE DISTRESS.
EXTREMITIES: PARESTHESIAS IN UPPER EXTREMITIES, THUMB, INDEX FINGER, MIDDLE FINGER,
RADIAL ASPECT OF RING FINGERS BILATERALLY.

**AP** # PAIN IN LIMB (729.5):
# ANXIETY STATE UNSPECIFIED (300.00):
IMPRESSION:
1. SITUATIONAL ANXIETY
2. PARESTHESIAS OF HANDS, QUESTION OF MEDIAL NERVE INVOLVEMENT, RULE OUT CARPAL
TUNNEL SYNDROME

PLAN:
REFILL EFFEXOR TABLETS 75 MG, 1 TAB PO QD, # 30. PATIENT ADVISED TO TAPER EFFEXOR
DOWN TO 1 PO Q3 DAYS AND IF SUCCESSFUL AFTER TWO WEEKS, TO FURTHER TAPER
EFFEXOR TO 1 PO Q4 DAYS IN ATTEMPT TO TAPER OFF ANTIDEPRESSANT. FOLLOW-UP
ORTHOPEDIC SURGICAL CONSULTATION WITH DR. CRAWFORD CAMPBELL IN ANDOVER, MA,
OCTOBER 2006. PATIENT TO SCHEDULE CPE. REQUISITION FOR CBC, FASTING LIPIDS, CMP AND
TSH GIVEN TO PATIENT FOR LABORATORY STUDIES AT QUEST LABS PRIOR TO CPE.99214

ARTHUR HAFFNER, MD
Electronic Signature

---

**ENCOUNTER**                                                          Tuesday, August 01, 2006  1:02PM

**CC:** PARESTHESIAS OF BILATERAL HANDS FOR SEVERAL MONTHS

**HPI** PATIENT SEEN 8/1/06 BY DR. ARTHUR HAFFNER.

THE PATIENT IS A 33 YEAR OLD MALE WHO PRESENTS TO THE OFFICE WITH CHIEF COMPLAINT
OF BILATERAL PARESTHESIAS OF HANDS. THUMB, INDEX FINGER, MIDDLE FINGER AND RING
FINGER BILATERAL, FOR APPROXIMATELY ONE YEAR, INCREASED OVER THE PAST SEVERAL
MONTHS. THE PATIENT HAS BEEN WORKING INCREASINGLY OVER THE PAST 12 MONTHS ON
THE COMPUTER. HE IS CONCERNED REGARDING CARPAL TUNNEL SYNDROME.

**ROS** AS ABOVE IN HPI.

PAST MEDICAL HISTORY, SOCIAL HISTORY AND FAMILY HISTORY UNCHANGED FROM PRIOR
ENCOUNTERS.

**PFSH** SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY
SERVICE.
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization of the patient listed above.

# FORMAL HEALTH RECORD

TETANUS SHOT: YES, IN THE MILITARY
PPD: ?
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: 1 YEAR AGO (2005)
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: ?
LAST EYE EXAM: TODAY, 3/7/06
SEE WELL: YES
GLASSES/CONTACTS: NO
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS

TOBACCO USE: STOPPED SMOKING 10 MONTHS AGO. HE HAS ALSO LOST APPROXIMATELY 35
POUNDS IN THE PAST TEN MONTHS SECONDARY TO DIET AND EXERCISE.
ETOH: MODERATE, SEVERAL GLASSES OF ALCOHOL OVER A ONE WEEK PERIOD.
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL
COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH WIFE, LISA (32), DAUGHTER, TYRA (6) AND SON, PETER (1)
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A
HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION
IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, A LITTLE IN HIGH SCHOOL.
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization of the patient listed above.

|  | |
|---|---|
| All | ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5) NKDA |
| Meds | AUGMENTIN 875 MG, 1 PO BID PC FOR TEN DAYS<br>EFFEXOR TABLETS 75 MG, 1 tab po qd<br>ENTEX PSE TABLETS 600;120 MG;MG, 1 PO BID PRN CONGESTION |
| PE | Wt:    208 lb   T:  98.2f BP: 120/72  P:  74     RR:  16     Ht:  65 in    BMI:  34.7    HC:<br>O2 SAT 98% |

GENERAL: AN ALERT, ORIENTED, 33 YEAR OLD MALE WHO APPEARS IN NO ACUTE DISTRESS.
HANDS: TINGLING, NUMBNESS, AND PARESTHESIAS OF THUMB, INDEX FINGER, MIDDLE FINGER
AND RADIAL ASPECT OF RING FINGERS OF BILATERAL HANDS.  TINEL'S SIGN IS POSITIVE
BILATERALLY.

AP    # CARPAL TUNNEL SYNDROME  (354.0):
# SKIN SENSATION DISTURB  (782.0):
IMPRESSION:
1. BILATERAL CARPAL TUNNEL SYNDROME, RIGHT GREATER THAN LEFT.

PLAN:
PRESCRIBE: MOTRIN TABLET 800 MG, 1 PO TID PC PRN PAIN, # 20.  RIGHT CARPAL SPLINT.
ORTHOPEDIC SURGICAL HAND CONSULTATION WITH DR. CRAWFORD CAMPBELL, ESSEX
ORTHOPEDICS, ANDOVER, MA.  FOLLOW-UP IN OFFICE AFTER ORTHOPEDIC CONSULTATION
WITH DR. CAMPBELL.99214

ARTHUR HAFFNER, MD
Electronic Signature

---

| ENCOUNTER | Tuesday, July 18, 2006  12:07PM |
|---|---|

CC:     FOUR TO FIVE DAYS OF FRONTAL MAXILLARY PRESSURE, COUGH AND CONGESTION,
NON-PRODUCTIVE, SORE THROAT, PRESSURE AND CRACKLING IN EARS

HPI     PATIENT SEEN 7/18/06 BY DR. ARTHUR HAFFNER.

THE PATIENT IS A 33 YEAR OLD MALE WHO PRESENTS WITH FOUR TO FIVE DAYS OF FRONTAL
MAXILLARY PRESSURE, COUGH AND CONGESTION, NON-PRODUCTIVE, SORE THROAT,
PRESSURE AND CRACKLING IN EARS.  THE PATIENT HAS BEEN AFEBRILE AND WITHOUT
DIAPHORESIS.  HE IS A NON-SMOKER.

ROS     AS ABOVE IN HPI.

PAST MEDICAL HISTORY, SOCIAL HISTORY AND FAMILY HISTORY UNCHANGED FROM PRIOR
ENCOUNTERS.

PFSH    SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY
SERVICE.
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: YES, IN THEMILITARY
PPD: ?
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: 1 YEAR AGO (2005)
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: ?
LAST EYE EXAM: TODAY, 3/7/06
SEE WELL: YES
GLASSES/CONTACTS: NO
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

Seacoast Medical Associates
21 Highland Avenue
Suite 24
Newburyport, MA 01950
978-462-1555
February 24, 2015

Re: PETER PICONE
04/13/1973

To Whom It May Concern:

I am writing as the primary care physician of PETER PICONE. He is a patient in my practice. I have seen him a few times for treatment. He is obviously depressed, probably suffering from PTSD due to his employment as a service man. He is treated with an antidepressant (celexa) and clonazepam. I think that his depression and his anxiety are affecting and has affected his work. He is on disability for those reasons..

Should you have any further questions, please contact my office.

Sincerely,

Patrick Barbier, MD



## PICONE, PETER

41 Y old Male, DOB: 04/13/1973
Account Number: 64875
1131 ESSEX STREET, LAWRENCE, MA-01841
Home: 978-913-2806
Guarantor: PICONE, PETER    Insurance: MASS HEALTH
Referring: Patrick Barbier
Appointment Facility: Seacoast Medical Associates

02/19/2015                                    Progress Notes: Patrick Barbier, MD

### Reason for Appointment
1. F/U

### Current Medications
**Taking**
- Celexa 40 mg tablet 1 tab(s) once a day
- Clonazepam 1 mg tablet 1 tab(s) 2 times a day PRN
- Medication List reviewed and reconciled with the patient

### Past Medical History
Anxiety

### Social History
he has a little bit of anxiety when he is outside .He was on effexor before and wellbutrin he was much worst we those meds.

### Allergies
N.K.D.A.

### Review of Systems
patient is on disability now for his psych issues.He is f/u by Cara Hoffman psy North crest executive park 39 Simon st unit #2 a Nashua ,NH 03060
tel 603 888 4347.His affairs are taking care off by Jeffrey DENNER 6176036200
Patient has been seen for depression and anxiety and i believe that it may have affected his work in the past
Patient has been in Irac with desert shield .He was hospitalised while he was in the army .All his family seems to have that pb.

### Vital Signs
BP 106/76, HR 80, Wt 225.

### Examination
General Examination:
    Heart: RRR, normal S1S2. Lungs: clear to auscultation bilaterally.

### Assessments
1. Depression with anxiety - 300.4 (Primary)

### Treatment
1. Depression with anxiety
Notes: cont celexa and clonazepam.

### Follow Up
prn

FEB-24-2015 10:45 From:SEACOAST MEDICAL   9784651560   To:16175731562   Page:3/17

Barber MD

Electronically signed by Patrick Barbier on 02/19/2015 at 03:51 PM EST
Sign off status: Pending

Seacoast Medical Associates
21 HIGHLAND AVE
NEWBURYPORT, MA 01950-3873
Tel: 978-462-1555
Fax: 978-462-1550

Patient: PICONE, PETER   DOB: 04/13/1973   Progress Note: Patrick Barbier, MD   02/19/2015

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

*PATRICK BARBIER, M.D.*
21 Storey Avenue
Newburyport, MA 01950

**Picone, Peter**
41 Y old Male DOB: 04/13/1973
Account Number: 14709
1131 essex st lawrence MA-01841
Home: 978-914-2806
Guarantor: Picone, Peter   Insurance: Medicaid Unysis
Payer ID: SKMA0
Appointment Facility: Dr Patrick Barbier

11/04/2014

Progress Notes:  Patrick P. Barbier, M.D.

**Current Medications**
Taking; clonazepam 1 mg tablet 1 tab(s) QD
Taking; Celexa 40 mg tablet 1 tab(s) once a day
Medication List reviewed and reconciled with the patient

**Active Problem List**
530.81 GERD [Gastroesophageal reflux disease]
309.1 PROLONG DEPRESSIVE REACT
300.02 GENERALIZED ANXIETY DIS
V70.0 ROUTINE MEDICAL EXAM
300.21 Agoraphobia of open spaces, with panic attacks
278.01 Morbid obesity

**Past Medical History**
Anxiety

**Surgical History**
r shoulder surgery 2010
CTS
left shoulder 9/14

**Family History**
Father: alive, diagnosed with Heart Disease
Mother: alive, diagnosed with Diabetes
4 sister(s) - healthy.

**Social History**
Smoking status: former smoker.
Exercise: yes.
Marital status: Married.
Alcohol: binge drinking.
Sexually active: yes.
no Travel outside US.
Occupation: purchasing.
Occup. exposure: none.

**Allergies**
N.K.D.A.

**Hospitalization/Major**

**Reason for Appointment**
1. Wants meds for panic disorder
2. pt seen by our office times two for complaint of panic disorder has been asked to get psychiatric Follow up he is looking to go on disability for psychiatric reasons

**Vital Signs**
02 sat 99, Temp 94.3, HR 88, BP 110/80, Ht 65.5, Wt 223, BMI 36.54.

**Examination**
General Examination:
    Heart: RSR, normal S1S2.
    Lungs: clear to auscultation.
    Neurologic Exam: normal cranial nerves II-XII sensory & motor
WNL, DTR 2 plus.

**Assessments**
1. Agoraphobia of open spaces, with panic attacks - 300.21 (Primary)
2. PROLONG DEPRESSIVE REACT - 309.1
3. Morbid obesity - 278.01

**Treatment**
1. Agoraphobia of open spaces, with panic attacks
Notes: he states he has alot of pb with going out of the house
we will fax notes he is going to Dr Thomas Wong fax 617 419 1051 as soon as we get a release.

**Follow Up**
prn

Electronically signed by Patrick Barbier MD, MD on
02/19/2015 at 03:4.  PM EST

Sign off status: Pending

**Diagnostic Procedure**
for depression

**Review of Systems**
patient seen to day with anxiety he has pb
with t reathing . Patient has agooraphobia it is
in his family. he is also a veteran from desert
shield in Irac
Patier t will be seen in the office of neurolgy
in Northeast neurology.in lawrence and in
boston.

Dr Patrick Barbier
21 Storey Avenue
Newburyport, MA 01950 1848
Tel: 978-462-0515
Fax: 978-462-3217

Patient: Picone, Peter   DOB: 04/13/1973   Progress Note: Patrick P. Barbier, M.D.   11/04/2014

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

*PATRICK BARBIER, M.D.*
21 Storey Avenue
Newburyport, MA 01950

Picone, Peter
41 Y old Male DOB: 04/13/1973
Account Number: 14709
1131 essex st lawrence, MA-01841
Home: 978-011-2806
Guarantor: Picone, Peter   Insurance: Medicaid Unysis
Payer ID: SKMA0
Appointment Facility: Dr Patrick Barbier

08/29/2014

Progress Notes: Patrick P. Barbier, M.D.

**Current Medications**
Taking clonazepam 1 mg tablet 1 tab(s) QD
Taking Celexa 40 mg tablet 1 tab(s) once a day
Medication List reviewed and reconciled with the patient

**Active Problem List**
530.8: GERD [Gastroesophageal reflux disease]

309.1 PROLONG DEPRESSIVE REACT

300.02 GENERALIZED ANXIETY DIS

V70.0 ROUTINE MEDICAL EXAM

300.2: Agoraphobia of open spaces, with panic attacks

278.01 Morbid obesity

**Past Medical History**
Anxiety

**Surgical History**
r shoulder surgery 2010
CTS
left shoulder 9/14

**Family History**
Father: alive, diagnosed with Heart Disease
Mother: alive, diagnosed with Diabetes
4 sister(s) - healthy.

**Social History**
Smoking status: former smoker.
Exercise: yes.
Marital status: Married.
Alcohol: binge drinking.
Sexually active: yes.
no Travel outside US.
Occupation: purchasing.
Occup. exposure: none.

**Allergies**
N.K.D.A.

**Hospitalization/Major**

**Reason for Appointment**
1. Panic issues
2. Pt sched for thursday but said he was unable to get off the couch
3. Unsure if pt has a psychiatrist

**Vital Signs**
02 sat 98, Temp 94.3, HR 88, BP 110/70, Ht 65.5, Wt 215, BMI 35.23.

**Examination**
General Examination:
    Heart: RSR, normal S1S2.
    Lungs: clear to auscultation.

**Assessments**
1. PROLONG DEPRESSIVE REACT - 309.1 (Primary)
2. GENERALIZED ANXIETY DIS - 300.02

**Treatment**
**1. PROLONG DEPRESSIVE REACT**
Notes: he also has loose bm will do a celiac panel
he is advised to see a psychiatrist.

**2. GENERALIZED ANXIETY DIS**
Continue clonazepam tablet, 1 mg, 1 tab(s), orally, QD, 30, 30, Refills 3

**Labs**
    Lab: CELIAC ABS EVALUATION

**Preventive Medicine**
Counseling: Alcohol and drugs . Diet . Exercise .

**Follow Up**
prn

Electronically signed by Patrick Barbier MD, MD on
02/19/2015 at 03:4 : PM EST

Sign off status: Pending

Patient: Picone, Peter   DOB: 04/13/1973   Progress Note: Patrick P. Barbier, M.D.   08/29/2014
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**Diagnostic Procedure**
for depression

**Review of Systems**
panic attack he is stressed .His wife knows
how to take care of him per pt .Patient stays
home mostly hesays he has some
agoraphobia.

Dr Patrick Barbier
21 Storey Avenue
Newburyport, MA 019301848
Tel: 978-462-0315
Fax: 978-462-321~

Patient: Picone, Peter   DOB: 04/13/1973   Progress Note: Patrick P. Barbier, M.D.   08/29/2014

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

*PATRICK BARBIER, M.D.*
21 Storey Avenue
Newburyport, MA 01950

Picone, Peter
40 Y old Male DOB: 04/13/1973
Account Number: 14709
1131 essex st lawrence, MA-01841
Home: 978-914-2806
Guaran on: Picone, Peter   Insurance: Cigna Healthcare
Payer ID: 62308
Appointment Facility: Dr Patrick Barbier

03/28/2014

Progress Notes: Patrick P. Barbier, M.D.

## Current Medications
Taking clonazepam 1 mg tablet 1 tab(s) QD
Taking Celexa 40 mg tablet 1 tab(s) once a day
Medication List reviewed and reconciled with the patient

## Active Problem List
530.81 GERD [Gastroesophageal reflux disease]

309.1 PROLONG DEPRESSIVE REACT

300.02 GENERALIZED ANXIETY DIS

V70.0 ROUTINE MEDICAL EXAM

300.21 Agoraphobia of open spaces, with panic attacks

278.01 Morbid obesity

## Past Medical History
Anxiety

## Surgical History
r shoulder surgery 2010
CTS

## Family History
Father: alive, diagnosed with Heart Disease
Mother: alive, diagnosed with Diabetes
4 sister(s) - healthy.

## Social History
Smoking status: former smoker.
Exercise: yes.
Marital status: Married.
Alcohol: binge drinking.
Sexually active: yes.
no Travel outside US.
Occupation: purchasing.
Occup exposure: none.

## Allergies
N.K.D.A.

## Hospitalization/Major
## Diagnostic Procedure

## Reason for Appointment
1. Pe blood

## Vital Signs
02 sat 97, Temp 96.0, HR 76, BP 120/70, Ht 65.5, Wt 219, BMI 35.89.

## Examination
General Examination:
General Appearance: NAD, pleasant.
HEENT: unremarkable.
Oral cavity: no lesions.
Neck, Thyroid : supple, no lymphadenopathy.
Breasts : normal.
Heart: RSR, no murmurs.
Lungs: clear to auscultation.
Abdomen: no masses palpated, no hepatosplenomegaly.
Skin: normal, no rash.
Extremities: no clubbing, no edema.

## Assessments
1. ROUTINE MEDICAL EXAM - V70.0 (Primary)

PE.

## Procedures
venipuncture:
forearm venipuncture R elbow.

## Labs
Lab: *CBC (Ordered for 03/28/2014)

Lab: *CHEM14 (Ordered for 03/28/2014)

Lab: *LIPID PROFILE (Ordered for 03/28/2014)

Lab: *TSH (Ordered for 03/28/2014)

Lab: OCCULT BLOOD,IMMUNOCHEMICAL (Ordered for 03/28/2014)

## Preventive Medicine
Counseling: Seatbelts yes. Alcohol and drugs ocasionally. Exercise May need more exercise.

for depression

**Review of Systems**

my ros:
   my ros 2 Patient denies :pb with headaches eyes ears,no pb with dysphagia no pb with chest pain palpitation no shortness of breath no pb with stomach bowell bladder no pb with joints and back no claudication no numbness no neurological symptoms.No sexual c/o. He still have pb with anxiety.

**Procedure Codes**
36415 VENIPUNCT, ROUTINE*

**Follow Up**
prn

Electronically signed by Patrick Barbier MD, MD on 02/19/2015 at 03:41 PM EST

Sign off status: Pending

Dr Patrick Barbier
21 Storey Avenue
N whuryport, MA 019301848
Tel: 978-462-0505
Fax: 978-462-3217

Patient: Picone, Peter   DOB: 04/13/1973   Progress Note: Patrick P. Barbier, M.D.   03/28/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

## PATRICK BARBIER. M.D.

21 Storey Avenue
Newburyport, MA 01950

Picone, Peter
39 Y old Male DOB: 04/13/1973
Account Number: 14709
1131 Essex st lawrence MA-01841
Home: 978-914-2806
Guaran: r: Picone, Peter  Insurance: United Health Care
Payer ID: 87726
Appointment Facility: Dr Patrick Barbier

02/22/2013

Progress Notes: Patrick P. Barbier, M.D.

**Current Medications**
Taking Celexa 40 mg tablet 1 tab(s) once a day
Medication List reviewed and reconciled with the patient

**Active Problem List**
530.81 GERD [Gastroesophageal reflux disease]
309.1 PROLONG DEPRESSIVE REACT
300.02 GENERALIZED ANXIETY DIS
V70.0 ROUTINE MEDICAL EXAM
300.21 Agoraphobia of open spaces, with panic attacks
278.01 Morbid obesity

**Past Medical History**
Depression chronic

**Surgical History**
r shoulder surgery 2010
CTS

**Family History**
No Family History documented.

**Social History**
Smoking status: former smoker.
Exercise: yes.
Marital status: Married.
Alcohol: binge drinking.
Sexually active: yes.
no Travel outside US.
Occupation: purchasing.
Occup. exposure: none.

**Allergies**
N.K.D.A.

**Hospitalization/Major**

**Diagnostic Procedure**
for depression

**Review of Systems**

**Reason for Appoit tment**
1. Panic disorder

**Vital Signs**
02 sat 97, Temp 94.9, HR 82, BP 130/80, Ht 65.5, Wt 222, BMI 36.38.

**Examination**
General Examination:
General Appearance: NAD, pleasant.
HEENT: unremarkable.
Oral cavity: no lesions.
Neck, Thyroid : supple, no lymphadenopathy.
Breasts : normal.
Heart: RSR, no murmurs.
Lungs: clear to auscultation.
Abdomen: no masses palpated, no hepatosplenomegaly.
Neurologic Exam: no focal signs.
Skin: normal, no rash.
Peripheral pulses: normal (2+) bilaterally.
Extremities: no clubbing, no edema.

**Assessments**
1. PROLONG DEPRESSIVE REACT - 309.1 (Primary)
2. GENERALIZED ANXIETY DIS - 300.02

depression.

**Treatment**
**1. Others**
Start Celexa tablet, 40 mg, 1 tab(s), orally, once a day, 90 day(s), 90,
Refills 3
Start clonazepam tablet, 1 mg, 1 tab(s), orally, 1 times a day, 30 day(s),
20, Refills 3

**Preventive Medicine**
Counseling: Diet . Exercise .

**Follow Up**
prn

patient nervous says he has pb with chronic
depression since he was 15 years old. Never
had suicidal gesture .No suicidal thoghts after
taking celexa. Patient advised to have aUpper
gi pt advised to see therapist.

Electronically sign·d by Patrick Barbier MD, MD on
02/19/2015 at 03:4.1 PM EST

Sign off status: Per ding

Dr Patrick Barbier
21 Storey Avenue
N wburyport. MA 01905018.48
Tel: 978-462-0515
Fax: 978-462-3217

Patient: Picone Peter    DOB: 04/13/1973    Progress N ite: Patrick P. Barbier, M.D.    02/22/2015

Note generated by eClinicalWorks EMR-PM Sre are (www eClinicalWorks com)

**Patient Name:** Picone, Peter
**Date of Birth:** 04/13/1973
**Telephone:** 978-914-2806

Patrick Barbier, M.D.
21 Storey Ave
Newburyport, MA 01950
978-462-0515

| *CBC | |
|---|---|
| COLLECTION DATE | 03/28/2014 |
| ORDER DATE | 03/28/2014 |
| RESULT DATE | 03/28/2014 |
| ORDERING PHYSICIAN | Barbier, Patrick |
| WHITE BLOOD COUNT | 6.1 (4.0-11.0 K/mm3) |
| RED BLOOD COUNT | 4.99 (4.20-6.10 M/mm3) |
| HEMOGLOBIN | 15.7 (13.8-17.0 g/dl) |
| HEMATOCRIT | 46.6 (37.0-48.0 %) |
| MEAN CELL VOLUME | 93.4 (80.0-100.0 fl) |
| MEAN CORPUSCULAR HEMOGLOBIN | 31.5 (27.0-34.0 pg) |
| MEAN CORPUSCULAR HGB CONC | 33.7 (31.0-36.0 g/dl) |
| RED CELL DISTRIBUTION WIDTH | 12.9 (11.5-15.0 %) |
| PLATELET COUNT | 248 (130-400 K/mm3) |
| NEUT% | 60.6 (37.0-80.0 %) |
| LYMPH % | 27.7 (23.0-45.0 %) |
| MONO % | 9.3 (2.5-14.0 %) |
| EOS % | 1.7 (0.5-4.0 %) |
| BASO % | 0.7 (0.0-2.0 %) |
| NEUT# | 3.7 (1.9-7.5 K/mm3) |
| LYMPH # | 1.7 (1.2-3.4 K/mm3) |
| MONO # | 0.6 (0.0-0.7 K/mm3) |
| EOS # | 0.11 (0.0-0.7 K/mm3) |
| BASO # | 0.0 (0.0-0.05 K/mm3) |

| TSH W/REFLEX | |
|---|---|
| COLLECTION DATE | 03/28/2014 |
| ORDER DATE | 03/28/2014 |
| RESULT DATE | 03/28/2014 |
| ORDERING PHYSICIAN | Barbier, Patrick |
| TSH W/REFLEX | 1.86 (0.27-4.20 uIU/mL) |

| *CHEM14 | |
|---|---|
| COLLECTION DATE | 03/28/2014 |
| ORDER DATE | 03/28/2014 |
| RESULT DATE | 03/28/2014 |
| ORDERING PHYSICIAN | Barbier, Patrick |
| SODIUM | 141 (136-145 mmol/L) |
| POTASSIUM | 4.0 (3.4-5.1 mmol/L) |
| CHLORIDE | 103 (98-107 mmol/L) |
| CARBON DIOXIDE | 28 (22-32 mmol/L) |

Patient: Picone, Peter   DOB: 04/13/1973

| GLUCOSE | 105 (74-118 mg/dL) |
|---|---|
| BUN | 14 (5-23 mg/dL) |
| CREATININE | 1.0 (0.7-1.2 mg/dL) |
| EST GLOMERULAR FILTRATION RATE | 88.0 ( mL/min) |
| CALCIUM | 9.5 (8.6-10.2 mg/dL) |
| TOTAL PROTEIN | 7.1 (6.4-8.3 g/dL) |
| ALBUMIN | 4.7 (3.4-5.2 g/dL) |
| GLOBULIN | 2.5 (2.3-3.5 gm/dL) |
| BILIRUBIN,TOTAL | 0.8 (0.3-1.2 mg/dL) |
| ALKALINE PHOSPHATASE | 59 (40-129 U/L) |
| AST(SGOT) | 25 (0-40 U/L) |
| ALT(SGPT) | 42 (0-41 U/L) H |

| *LIPID PROFILE | |
|---|---|
| COLLECTION DATE | 03/28/2014 |
| ORDER DATE | 03/28/2014 |
| RESULT DATE | 03/28/2014 |
| ORDERING PHYSICIAN | Barbier, Patrick |
| CHOLESTEROL | 184 (0-200 mg/dL) |
| TRIGLYCERIDES | 131 (0-150 mg/dL) |
| HDL CHOLESTEROL | 59 (>55 mg/dL) |
| LDL,DIRECT | 103 (0-100 mg/dL) H |
| CHOLESTEROL:HDL RATIO | 3 (0-5 ) |

Patient: Picone, Peter    DOB: 04/13/1973

Dr Patrick Barbier
21 Storey Avenue , Newburyport, MA 019501848
☏ 978-462-0515

Piccne, Peter, M, 04/13/1973

☏ 978-014-2808

Accession Id 001171823

Order Date 03/13/2013                 Procedure 03/13/2013 08 31 0

Requesting Physician Barbier, Patrick P      Ordering Physician Barbier, Patrick

# X-ray:UPPER GI SERIES

### REPORT

### Exam:

Double contrast upper GI 03/13/2013

Technique:

A preliminary abdominal radiograph was obtained.

The patient ingested water, thick barium, thin barium, and effervescent granules without difficulty.

Multiple spot, cine, and fluoro save images were obtained in multiple obliquities.

Total fluoroscopy time: 5 minutes.

Findings:

The preliminary abdominal radiograph demonstrates a nonobstructive bowel gas pattern with no concerning osseous lesion.

Evaluation of the stomach and distal esophagus demonstrates no evidence of a mass or mucosal lesion.

Esophageal peristalsis is within normal limits.

The pylorus and duodenal bulb are appropriate in appearance with no evidence of mucosal lesion or mass.

There is no malrotation.

There is no evidence of gastroesophageal reflux.

Piccne Peter M, 04/13/1973

Accession ID 001171828

REPORT

A small hiatal hernia was evoked in the RAO position with Valsalva.

Impression:

Small hiatal hernia evoked with Valsalva maneuver.  No evidence of
gastroesophageal reflux.

Otherwise normal examination.

-----------------------------------------
** REPORT SIGNATURE ON FILE 03/13/2013 **
Signed By: DONAHUE,KEVIN P MD

Reported By: DONAHUE,KEVIN MD
Signed By: DONAHUE,KEVIN MD

Phone Peter  M  04/13/1973                                    Accession ID  001171828

SEACOAST MEDICAL ASSOCIATES
21 HIGHLANDAVE SUTIE 24
NEWBURYPORT MA 01950
978-462-1555
Fax-978-462-1560

## Authorization for Release of Protected Health Information

Patient Name ___Peter Ticone___        Date of Birth __4/13/73__

PHYSICAN THAT NOW HOLDS RECORDS: __D. Patrick Barwler__
Address _____
Phone _____

I hereby authorize Seacoast Medical Associates to use and/or disclose my protected health information.
SEND RECORDS TO: __Jeffrey Renner - 617-605-6200__
_____

For the purpose(s) of
_____ Transfer of Care(reason) _____
_____ Communication with other providers, physicans and Insurance review.
__✓__ Other(specify) __Attorney__

Dates of care include:_____ to_____
__✗__ Complete copy of medical records
_____ Specific record only(specify) _____

Authorize information for disclosure even if it relates to(check all that apply)
__✓__ Mental illness __✓__ HIV/AIDS tests/treatment __✓__ Drug/Alcohol treatment

I understand that I may inspect or copy the protected health information described by this authorization.

I understand that I may revoke this authorization at any time by notifying Seacoast Medical Associates in writing:
However, such revocation does not affect any actions taken on this authorization before receipt of said revocation.

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the
The recipient and, if so, my not be subject to federal or state law protecting its confidentiality.

I understand that Seacoast Medical Associates shall not condition my treatment on my providing authorization for th
Requested use of disclosure AND THAT I MAY REFUSE TO SIGN THIS AUTHORIZATION.

I understand that my physician shall have the opportunity to obtain direct or indirect remuneration in the nature of
administration and copying fees from a third party as a result of this authorization.

__2/19/15__

**DATE**                     Signature of individual or representative(state relationship)

This authorization will expire on(date or event)_____
f no date or event is stated, expiration is six months from the date is was signed.