Hello Mr. Denner,

I don't consider myself a good writer or speaker so I am just writing whatever comes from my heart. Sorry if there are grammatical errors.

The thought that something that could have caused damage to equipment or even worse, went through my hands in my business is the first thing I think of in the morning when I open my eyes and the last thing I think of when close them. There are literally no words to describe the absolute shame I feel for this. Those are my brothers and sisters in the armed forces and would die myself for any of them and still would. I served with them proudly. This is a wound that will never heal, it will be with me forever. I have bled red, white and blue.  There was no prouder day in my life when I wore that US Army uniform. The shame in all this is too much to bear.  I would give anything in this world remove  having to live with this on my mind and thinking of what could have come from it.

Having said that, I also realize how sick I was. In the right frame of mind, never in a million years would I have done anything like this. I had been suffering for years with my panic disorder. It has been a torment my whole life.  I tried so hard to move on as a normal person, hiding it where I could. I just wanted to prove that this affliction would not define me.  It caused me to quit school in the 9th grade, it caused me to not be able to complete my full term in the military, it has destroyed what I had worked so hard for in my professional life but most of all has caused me to miss out on so much of my family.

I fought this for over 2 years because I could not believe I could do something like this. The only reason I did plea was because I can't say for 100% certainty that I was completely stable mentally. The issues started to get worse in 2007. I tried hard to get off the medicine I was on to start a new treatment. The medicine I was on had terrible withdrawal effects and by 2011 I was going up and down on them and that is when my disorder became it's worse. I had a terrible time with depression and sleeping. I could not tell a lot of the time when I was awake or still sleeping.

There are things from that time I simply do not remember. Things I thought happened did not and things that happened I thought were a dream. I could not determine the difference between reality and dream and it was killing me. This was not just with my work but also with my family issues. So many things I don't remember or that I do recall that didn't happen.  I still to this day don't know what things in my business and family are fact or dream. I don't talk about them much due to embarrassment.

I have always been a private man, I didn't want people to know about this. All I wanted was to be normal.  The last thing I wanted to be was considered disabled. I now know that is what I am. At the request of my very close loved ones, I decided to be seen by a disability psychologist. That is where I am today. I am on disability and with my new doctor I am on new meds that seem to work well but leave me unable to work. I am also in line for better counseling.

We have also recently found out that my 16 year old daughter may have the same affliction as I have. She can't leave the home and has a hard time socially. I now spend my days home with her helping her through her state funded home schooling.  It is schooling by the State of Massachusetts but she does it online and at home with me as her guide.  It crushes me deeply to know she may have my affliction.

For the past 3 years my family has suffered beyond anything I would wish on my worst enemy. We lost our home, all our possessions, our sanctity and privacy. I do not know how we have made it this

far. We all just want to heal from this horrible ordeal. My son who is now 10 years old has a problem with throwing anything away. From garbage to old cloths, he wants to keep it and I now it stems from these last 3 years of seeing everything he held sacred taken from him. These are the thoughts I have to live with now. All I am asking for is mercy. We have been through such horror, please I am just asking for mercy.

Peter Picone

Lisa Picone
1131 Essex Street
Lawrence, MA 01841

April 28, 2015

Mr. Jeffrey A. Denner
4 Longfellow Place, 35th Floor
Boston, MA 02114

Dear Mr. Denner,

My name is Lisa Picone, the wife of Peter Picone for the past 21 years. We started dating in our teen years and I have seen the effects his battle with depression, anxiety, and panic disorder have had on him and the people who share his life. Depression, anxiety, and panic disorder are life long struggles with no cures. Depression, anxiety, and panic disorder are chronic in Peter's case leading him to disability.

Since our teen years, Peter has struggled with panic disorder often leaving him at home and unable to drive. Most people can relate to the joy of getting your driver's license and cruising around town as a teen. Peter, unlike other teens did not always have the same thoughts of joy and freedom when getting in a vehicle. Peter had panic attacks and from the sheer fear of having a panic attack come on while driving, he avoided driving most of the time. Peter has missed many things other teens take for granted due to his depression, anxiety, and panic disorder. Some as simple as a drive to the beach with friends, other's were more personal like family events. Adding to the problem Peter's parents had no understanding of his disorders and it often (and still does) led to fights. Since at the time Peter was a teen in high school, I believe they thought he was just being lazy or rebellious. Neither Peter nor his parents really had any idea how life altering his conditions would be. From my point of view as a wife, I can tell you it is crushing to watch someone miss out (involuntarily) on so many wonderful life events. These disorders have altered every aspect of his and our (his wife and children's) lives. Examples of this would be; changing plans at the last minute due to fears of panic and anxiety, leaving events due to anxiety and panic, canceling plans due to depression, anxiety, or panic, sleeping through weekends and missing out on time with his children, missing work/leaving work early, not committing to events due to depression or fears he will have to cancel due to anxiety or panic, loss of friendships due to his isolation, urgent needs to see the doctor or visit the hospital due to feelings of extreme panic/anxiety (thinking he will die), and 99% of his life is home based due to depression, anxiety and panic disorder. Peter is in a life long battle with depression, anxiety, and panic disorder. Peter fights the best he can and we support him the best we can. That is all you can do, sometimes you are winning, and sometimes you are losing. One of the hardest issues you have to deal with when you have these conditions is the way people view you. Peter is disabled; however, people cannot see any visible scars, canes, or limps. This often leads to harsh judgments and misunderstandings with people in and around our lives.

Peter is a loving dad and husband and although we have had many struggles, we continue to do our best to raise our children and keep a loving and caring family unit.

Sincerely,

Lisa Picone



**DEPARTMENT OF THE ARMY**
HEADQUARTERS
3RD BATTALION, 4TH AIR DEFENSE ARTILLERY DETACHMENT
APO, AE 09321

AFVL-DRB-BC

14 July 2014

MEMORANDUM FOR RECORD

SUBJECT: Letter of Character

To whom it may concern,

  Hello, my name is David W. Williams, and I am a Sergeant Major in the United States Army, currently forward deployed in Southwest Asia in support of Operation Enduring Freedom. In my over 25 years of service, I could share many first hand experiences and accounts of the actions and character of literally several hundred individuals whom I've had the honor and privilege to serve with, Peter Picone, is one of those individuals. I have known Peter for almost 20 years, and his drive, determination, and loyalty were never in question during the time he was under my direct command and supervision. Only about 2.5% of the American population have or will ever serve in the military, of those who volunteer, many have and will not make it past their first year of active service, why?, because it takes a special kind of person who is willing to dedicate their life to an organization that represents something greater than themselves. The character, personality, and dedication of all who serve must be of the highest caliber. I can personally attest to Peter's determination and character by his never quit attitude and willingness to grow and learn everyday he served with me. It takes a lot to meet the demands of being a United States Soldier. Sacrifices were made daily by soldiers, such as Peter, and their families, to ensure the security of our Nation and the interest of our allies were never compromised. Peter's character consisted of many different traits, but those that stand out most, are loyalty, trust, and integrity. Having these traits not only made my job easier, but enjoyable. People ask why do you do it?, why stay in for so long?, and the easy answer is this, you do it for your country, but most of all you do it for the men and women, like Peter Picone, who are willing to go into harm's way, and put their life on the line for you if need be. What bigger act of character is there than that? I personally can't think of a single one. Very respectfully,

DAVID W. WILLIAMS
SGM, USA
Operations Sergeant Major

EXHIBIT 2: D

TO WHOM IT MAY CONCERN

Peter Picone is the yougest of five children and grew up in a middle class neighborhood in Methuen, Mass. Through out his entire life he has been well liked by everyone who knows him, such as family, friends, neighbers, workers, customers, leaders...etc. If you can't get along with Peter, you can't get along with anybody

Like his grandfather, Peter Picone 1st who fought in the treches of France in World War 1 and his two uncles, Al and Frank Picone who served during the Korean Conflict and his father, Peter Picone 2nd who served pre Vietnam War, Peter Picone 3rd served post Desertstorm conflict. ALL were HONORABLY DISCHARED from the U.S. ARMY!

Peter has never finacially nor physically harmed anyone.In fact, he has helped family and freinds whenever and where ever possible. His home and outdoor recreation area are always open to all. No invitation nesassary.

We are very proud of our son for being a compassionate man, the provider of his family, a great father to his two children, a faithfull husband to his wife and a wonderfull son.

Sincerely
Nancy & Peter Picone 2nd

*Nancy Picone*

*Peter Picone 2nd*

EXHIBIT 2: E

To Whom It May Concern:
June 2014

It is with great pride that I share my thoughts regarding "young Peter."

I first met Peter as a very young adolescent boy. During his musical concerts, his wedding, birth of his two beautiful children, I enjoyed the man and father he had become!

There are so many fond memories I've had with Peter. Only Peter, his family with children as well as his parents and siblings.

As a helping hand in medical - that I have seen Peter to the "rescue."

His genuine honesty and integrity has not diminished since the day I met to years ago. The man he has become

I am humbled to write such praise, however, if you know Peter as I have, you would easily relate. I am blessed and happy to have known his father to his growing

Respectfully,
Mr. Dave Benedict

## EXHIBIT 2: F

Dear Judge...

Peter Picone is my brother-in-law. I have known him for 30 years. He is an honorable, loyal and giving man, a great husband, father, brother, Son, Uncle and friend who would give you the shirt off his back to help you and In my case he has done just that. He provided me with a place to stay many times over the years, gave me a job, a skill and put a tremendous amount of faith in me when I had little. He is a mentor to my boys who look at him like a super hero.

Peter is a family man and takes great pride in his and even now when he has fallen on hard times he continues to go above and beyond for all of us! Peter carries himself in a way that society has long forgotten, with pride, honor, loyalty and respect. This man may not be my blood but I am proud to call him my brother.

Sincerely,
Christy Desrochers
978-360-8654

To Whom it may Concern.

I am the niece of Peter Picone & for as long as I can remember, Peter has been a family man! Every get together we would have on Forest St., Uncle Peter was always there & was always happy!

My Uncle Peter has always been a kind, gentle & giving person. he would never take, steal or take advantage of anyone! I have always remembered my uncle as a funny, out-going family man!!

Sincerly,

Kenesha Juallan

## EXHIBIT 2: H

Hello your Honor,

I'm Shane Kruszczynski. The gentlemen who you have in front of you or the one you're ready to hear about is truly a person that has a good, huge heart. For Peter Picone I would switch places for right know because he is a loving father, wonderful husband, caring son and a good brother. I've known Peter over eight years wish I've would have known him earlier because he is one person that if you ever needed anything or too talk with he was there.

Peter has done so much for me and my kids. When I first met Peter he was more than welcoming to me and my kids and I will always give him my respect. Your Honor, what has happened to Peter in the past few years should be enough. I mean if you spent a day with him I honestly think you would see how much of a good hearted person he really is. He has been through the ringer over all of this, lost everything started all over. Honestly your Honor, I'm a single father of four and all the mess that this has turned into If God forbid I died today, Peter Picone would be one person my kids know they could count on and turn to. So I hope this gives an idea of how good Peter has had affected people in his life all in good ways..

Thank you your Honor,
Shane Kruszczynski

EXHIBIT 2: I

TO whom it may Concern,

Peter Picone is my uncle. I worked for him awhile ago, for a little less than a year. He's always been family oriented, kind, caring and very giving. Thank you for Reading.

Roxanna Minogan

**EXHIBIT 2: J**

Rev. Edward J. Charest
PO 206, 110 Skyline Drive
Moultonborough, NH 03254
Phone 603-476-2369
Email – echarest01761@roadrunner.com

June 12, 2014

To Whom It May Concern;

This letter is written on behalf of Peter Picone Jr. I have known Peter his entire life. As his maternal uncle I have watched grow from a baby to an adult. In that entire span of time he has never been in serious trouble. I performed the wedding ceremony for him and his wife, baptized his children, saw him become an active member of a church and a good father for his children.

Peter's current situation is not indicative of what his past has been like. I would urge that his past be given serious consideration.

Sincerely yours,

Edward J. Charest

Dear Honorable Judge,

I am writing this letter in regards to my brother Peter Picone. I Love him very much and hope you can show him mercy on him. He has always been a good brother, Son, and father to his children, as well as a good Uncle to my five daughters. He married my best friend Lisa and the two of them helped me raise my children when their own father abandoned the family when they were little.

Even as the charges against him are devestating, taking him away from his family is Even more devestating.

I ask judge for Lenency on my brother as to minimize further damage to his family who loves him very much.

Sincerely and Respectfully
Gina Picone Fernandz

EXHIBIT 2: L

Dear Judge,

I am writing this letter to tell you about Peter Picone, my brother. He is 10 yrs younger than me and when he was born my child hood changed. He became my little best friend. I took him everywhere with me riding him on the back of my bike, teaching him to ice skate and dressing him up in outfits and make-up for halloween. He even won a prize for best costume one year. He helped me become certified as an emergency medical technician by letting me practice on him over and over as my patient. He made my parents and family proud when he joined the military and then devoted his life to his family that followed. These charges are quite shocking since he has never been in any kind trouble with the law or otherwise. We are struggling to understand all of this.

I ask that as a judge who seeks justice you will show mercy to my brother since he has no record of law violations of any kind. In the meantime, his family and friends will continue to pray for his restoration and renewal through the righteous love of our Lord Jesus Christ.

Respectfully Submitted,

Pamela Picone

Pamela Picone

EXHIBIT 2: M

July 21, 2014

Dear Your Honor,

My name is Sandra Desrochers and I am writing this letter to you regarding Peter Picone.

I have known Peter for over 10 years. I met him though my in laws. I have only know Peter to be nothing but respectful, compassionate and honest.

Peter has always been a devoted husband to his wife Lisa of many years. They welcomed 2 children into their lives and Peter has put his children's needs before his own. He always spends his time with his family because they are the most important people in his life. He also took care of his older parents and extended family. He opened his home to his parents and his mother in law who was suffering from the early stages of Alzheimer's. Peter provided for her needs and was always respectful. Peter's family has always depended on him for advice, guidance and love.

Your Honor, I respectfully ask for your compassion in sentencing Peter. I feel his children will suffer with the absence of their father at such an important age and his wife would bear the sole responsibility of raising their children alone. I ask that you give Peter the mercy of the court so he can remain the devoted husband, father, uncle, son in law and friend.

If you have any questions please feel free to contact me at
Sandybeaches122@yahoo.com or at (978) 423-6276.

Respectfully Yours,

*Sandra Desrochers*

Sandra Desrochers
122 Butternut Lane
Methuen, Ma 01844

Greg Guepy
20 Heather Dr.
Methuen MA 01844

July 30th, 2014

To the Honorable Judge presiding over Peter Picones case,

I am contacting you regarding Peter and would like a moment of your time to share my experience and to tell you a little about Peter through the eyes of someone who has known him 25 years now.

Peter and I have been friends since our early years in high school. I had tried out for his band. The audition didn't go so hot for me, but I managed to catch his attention before leaving by playing a classical piece on my guitar... we have been best of friends since that day. Those years were very special, I look back on those days fondly. I had been hanging with the wrong crowd you could say, but being friends and playing with Peter and his band kept me out of trouble in those days. If we weren't playing music, we would be hanging out at his parents house drinking coffee and talking about life, faith and discussing politics. Peter was so patriotic, it couldn't help but rub off on me.

As we got a little older, it was apparent that Peter wanted more for his future and soon to be wife, Lisa. So when Peter announced he was leaving us to join the Army, we were hurt but we admired his decision and supported him. In my experience, most teens in hard rock bands don't have serving their country on their minds, it was always on his though.

When Peter returned, he was a changed man. He was so focused and driven and was planning on expanding his new family. He was a new man. Over the years I watched him grow and climb the ranks in the companies he worked at. He bought a house at a very early age and his success inspired me to get into computers. I'm a programmer now... before that I was driving airport shuttles.

I watched Peter raise 2 beautiful children...Tyra and Peter. Tyra and my son are the same age and his son Peter is going to be something, you can see the fire in his eyes. He's always been the family man, family first always. Often turning down invites for late night jamming, leaving his family to hang out with the guys is something he just doesn't do.

When he went into business, his initial success was something to see! He hired several family members who were hard on their luck you could say. The impact of the financial crisis of 2008 was hard for everyone and I watched as Peter tried to work through it.

He wouldn't brag about it, but I knew Peter was helping several members of his family out financially. I watched as he would selflessly support them, never getting reimbursed or asking. He has even helped me out *more than once* with a loan and he would never ask for reimbursement or give me a hard time about it. I had to learn to not say things like "I like that" or "that's cool" when talking with him about things like computers or music gear because he would often just say... take it... have it. That's the kind of guy he is, always has been.

I humbly ask that as you are deliberating a proper sentence for Peter, that you consider his long track record of being a stand up man, father, husband, American and great friend.

Thank you for your time, your honor.


Sincerely,

Greg Guepy

Your Honor,

I have known Peter Picone for 31 years as he is my uncle, and we have shared a close relationship through the years.

During the time that I have known Mr. Picone, I have realized that he has been very caring and helpful to me and my four daughters as I am a single mom. Mr. Picone has helped raise me since I was very young. He has helped me in the most difficult of times and always taught me to be truthful. Mr. Picone has been through tough times, but has been working very hard to provide for his family, and now is eager to continue being the best father and husband he has consistently demonstrated over the years.

I am aware of the charges against Mr. Picone, but you may rest assured that he has never indulged in such behavior in the past, and would never intentionally put anybody in danger. I have witnessed the constant effort he has put into protecting everyone involved. I believe he is claiming responsibility but Mr. Picone is a dedicated citizen and will always try to protect others in any way within his control. I ask that you be lenient in sentencing and allow him to continue raising his family as he has always been the sole provider. My uncle has a strong supportive family that asks to please consider our request for leniency.

Yours sincerely,

Sarina Fernandez

Written, July 22, 2014


Denise Guepy
9 Bell Road
Windham, NH  03087


To Whom It May Concern,

I have known Peter Picone for over 24 years.  As a young adult, Peter was always very polite and respectful towards my husband and myself, would always call me Mrs. Guepy, even to this day.  Peter became a good friend to our son Gregory through their music as young men and then continued their friendship as they grew older and till this day.

Have known Peter as a wonderful young man, a good son, honored military man, a terrific husband and father, in fact, very dedicated to his family and friends.  My husband and I admired his enthusiasm when he joined the military, he was dedicated, so proud and it was an honor for Peter to be in the military.  I have known Peter to be a strong person for his family, he has always been someone they could depend on, turn to and look up to. Peter has been a good provider for his family and always took care of all their needs.  Not only did Peter help his family, but his parents and siblings as well when they needed his help at times, no matter what, they could count on Peter.  Peter always shared his love and sacrifice with his wife, children, parents, siblings, and close friends.

Finally, my family and myself have always enjoyed Peter Picone and his loving family whenever we would meet through the years, Peter has always shown much compassion to others, a good Christian man whom has always shown he truly cared for my family and has mentioned on many occasions how he admired our son Gregory and treasured his friendship.  Please accept this simple letter from me, it comes from the heart.

Sincerely yours,

Denise Guepy
Mother of Peter Picone's friend, Gregory Guepy

Kristopher McGravey
2 Upland Road
Peabody, Ma
01960
978-335-4551


July 8, 2014

To The Presiding Judge
Your Honor,

I have known Peter Picone for twenty five years ever since we were in high school. Peter and his family were always very kind to us by opening his home to us. We always hung out at Pete's house. Pete played drums in a band. The band needed a practice space. No question where. Pete's house. And practice they did. Once in a while, I would ask Pete if his parents minded all the loud noise and all the kids around. He would always say "My family doesn't mind ... And I love them for it."


Pete was always a straight forward kid. He dated one girl that I knew and it ended being his wife Lisa. Even at the age of 15, I knew that was it for Pete. It was just obvious that they were a pair. He was dedicated to her.


Pete then surprised us all when he said he was joining the army. At first I didn't believe him but before I knew it, his long hair was gone. Ok Pete joined the United States Army. He dedicated his life for two years to the United States Army and studied computers.


I lost touch with Peter when I went to college. I heard he had started a business, married Lisa (shocker) and had two children. A boy and a girl. Years later, we had a reunion and I had a chance to talk with Pete. He was successful and he couldn't stop talking about his children. He had a home with a pool and loved his time with his family. Especially in the summer. It was just work and family. It was everything.


Pete has always just been a reliable family oriented person. I never heard even a whisper of him being involved in any trouble. Which is why I was so shocked to hear about his legal issues. In high school, he was a homebody that played drums and watched Boston Bruins hockey games with his friend every night. He served in the Army. He had a wife and two children and spent most of his time with

them. Just a nice boring family man.

I have never been asked to write a character letter before. So I apologize if my form is not correct. I have never directly asked Pete about his charges. It's not something I care to ask him. I don't want to hear his reasons why. It's not indicative of the person I have known for twenty five years. It was a mistake. A horrible mistake. I hear the remorse in how his actions have affected his family. I know that the uncertainty of his future and the worry about his responsibility of raising his children weigh deeply on him. He knows his actions reflect on his children and it is hurting him greatly. His family is everything to him. The pain that his children are experiencing due to his legal problems are all he talks about. His children depend on him and wants alleviate their worry and console them.

In closing, I would like to state that I do believe that this was an isolated incident for Peter. He made a very bad choice which was out of character for him. He has never been before the court and I do believe that he will not return. I know from communicating with him he would like to take full responsibility for his transgression and would like the chance to return to his positive contributions to society. His children.

If you have any questions in regards to this letter, please do not hesitate to call me at 978 335 4551.

Sincerely,
Kristopher John McGravey