**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|
**UNITED STATES OF AMERICA**      |
|
     **v.**      |
|      Criminal **No. 13-cr-128-AWT**
**PETER PICONE,**      |
     Defendant.      |
|

## <u>DEFENDANT'S SUPPLEMENTARY MEMORANDUM IN AID OF SENTENCING</u>

Peter Picone ("Picone" or "Defendant"), by and through undersigned counsel, respectfully submits this Memorandum to, <u>inter alia</u>, direct this Honorable Court's attention to various sections of the Defendant's prior Memorandum, including attached medical records, which support the proposition that the Defendant is entitled to a so-called "Diminished Capacity"/mental illness departure pursuant to U.S.S.G. 5K2.13 or 5H1.3, or alternatively, to a variance pursuant to 18 U.S.C. Sec. 3553 (a) on psychologically mitigating grounds.

More specifically, the Defendant refers the Sentencing Court to Supplementary Exhibit 1, attached hereto, a letter written, and earlier submitted, by Defendant's wife, Lisa Picone, which sets out the general nature of the painful, long-term, and debilitating mental illness of the Defendant; Supplementary Exhibit 2, the letter written by the Defendant and also earlier submitted, which powerfully sets out the debilitating effects that his mental illness, cast as anxiety, panic attacks, depression, and ultimately post-traumatic stress disorder, had both on his work and personal lives; a letter written on February 24, 2015, by his then primary care physician, Dr. Patrick Barbier, attached hereto as Supplementary

Exhibit 3 (which may have inadvertently been omitted from our original submission) and which indicates that the depression, anxiety, panic attacks and post-traumatic stress with which he is and has long been afflicted, is being treated with the anti-depressant celexa and clonazepam, has caused him to be on disability status, and is, and has in the past, affected his work; Supplementary Exhibits 4(a), a February 19, 2015 Progress Note of Dr. Barbier, 4(b) a November 4, 2014 Progress Note of Dr. Barbier, 4(c) an August 8, 2014 Progress Note of Dr. Barbier, 4(d) a June 26, 2012 four page record of Happy n Healthy Family Medicine, 4(e) a three page record of Happy n Healthy Family Medicine dated March 3, 2012, 4(f) a two page medical record of Happy n Healthy Family Medicine; 4(g) a three page excerpt from a February 4, 2010 Happy n Healthy Family Medicine Record; and 4(h), which are various medical records between 2008 and 2010, which contain the continuing differential diagnoses for the various underlying psychological illnesses of the Defendant (depression, anxiety, panic attacks, and post-traumatic stress disorder) as well as the different psychoactive medications prescribed in relation thereto.

Supplemental Exhibit 5 attached hereto, is a medical record dated February 14, 2012 which sets out that the Defendant is in fear of, and experiencing, his brain memory being erased and has been for some period of time, a condition which obviously and expressly is linked to his ability to work and his cognition, which he expressed in Supplementary Exhibit 2. And Exhibits 6(a)-6(b) are a more technical account by a psychologist, Robert A. Moverman, PhD, in the 2007 time period which sets out actual Diagnostic and Statistical Manual of Mental Disorders (DSM) multi-axial model diagnoses for Defendant's psychopathology.

—————————————

It is respectfully submitted that a consideration of the above-designated medical records in conjunction with the attached letters of Picone and his wife, compel the inference that he was suffering from a mental disorder during the relevant offense period, which, by its very nature, disrupted his cognitive process and ability to make rational, non-distorted judgments and operated in a manner which substantially contributed to the commission of the charged offenses.   Alternatively, his psychological condition was such that he should be granted a variance pursuant to 18 U.S.C. 3553(a).[1]

Dated: September 1, 2015

Respectfully submitted,
PETER PICONE
By and through his attorneys,

*/S/ V. Van Johnson III*
V. Van Johnson III (ct26798)
Raipher D. Pellegrino Associates, P.C.
265 State Street
Springfield, MA 01103
Telephone:   413-746-4400
Fax:   413-746-2816
vvj@rdplaw.com

*/S/ Jeffrey A. Denner*
Jeffrey A. Denner, BBO#120520
*Pro Hac Vice* Counsel
JEFFREY DENNER ASSOCIATES, PC
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.     617.227.2800
Fax.     617.973.1562
jdenner@dennerlaw.com

---

[1] And of course, as argued in Court, "parity" of sentencing, even absent the requested departure/variance, should result in a far more lenient sentence.

3

**Certificate of Service**

I, V. Van Johnson, III, hereby certify that on this the 1st day of September 2015, I caused a true copy of the foregoing *Defendant's Supplementary Memorandum in Aid of Sentencing* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

/s/ *V. Van Johnson III*
V. Van Johnson III