# EXHIBIT 1

Lisa Picone
1131 Essex Street
Lawrence, MA 01841

April 28, 2015

Mr. Jeffrey A. Denner
4 Longfellow Place, 35th Floor
Boston, MA 02114

Dear Mr. Denner,

My name is Lisa Picone, the wife of Peter Picone for the past 21 years. We started dating in our teen years and I have seen the effects his battle with depression, anxiety, and panic disorder have had on him and the people who share his life. Depression, anxiety, and panic disorder are life long struggles with no cures. Depression, anxiety, and panic disorder are chronic in Peter's case leading him to disability.

Since our teen years, Peter has struggled with panic disorder often leaving him at home and unable to drive. Most people can relate to the joy of getting your driver's license and cruising around town as a teen. Peter, unlike other teens did not always have the same thoughts of joy and freedom when getting in a vehicle. Peter had panic attacks and from the sheer fear of having a panic attack come on while driving, he avoided driving most of the time. Peter has missed many things other teens take for granted due to his depression, anxiety, and panic disorder. Some as simple as a drive to the beach with friends, other's were more personal like family events. Adding to the problem Peter's parents had no understanding of his disorders and it often (and still does) led to fights. Since at the time Peter was a teen in high school, I believe they thought he was just being lazy or rebellious. Neither Peter nor his parents really had any idea how life altering his conditions would be. From my point of view as a wife, I can tell you it is crushing to watch someone miss out (involuntarily) on so many wonderful life events. These disorders have altered every aspect of his and our (his wife and children's) lives. Examples of this would be; changing plans at the last minute due to fears of panic and anxiety, leaving events due to anxiety and panic, canceling plans due to depression, anxiety, or panic, sleeping through weekends and missing out on time with his children, missing work/leaving work early, not committing to events due to depression or fears he will have to cancel due to anxiety or panic, loss of friendships due to his isolation, urgent needs to see the doctor or visit the hospital due to feelings of extreme panic/anxiety (thinking he will die), and 99% of his life is home based due to depression, anxiety and panic disorder. Peter is in a life long battle with depression, anxiety, and panic disorder. Peter fights the best he can and we support him the best we can. That is all you can do, sometimes you are winning, and sometimes you are losing. One of the hardest issues you have to deal with when you have these conditions is the way people view you. Peter is disabled; however, people cannot see any visible scars, canes, or limps. This often leads to harsh judgments and misunderstandings with people in and around our lives.

Peter is a loving dad and husband and although we have had many struggles, we continue to do our best to raise our children and keep a loving and caring family unit.

Sincerely,

Lisa Picone