# EXHIBIT 2

Hello Mr. Denner,

I don't consider myself a good writer or speaker so I am just writing whatever comes from my heart. Sorry if there are grammatical errors.

The thought that something that could have caused damage to equipment or even worse, went through my hands in my business is the first thing I think of in the morning when I open my eyes and the last thing I think of when close them. There are literally no words to describe the absolute shame I feel for this. Those are my brothers and sisters in the armed forces and would die myself for any of them and still would. I served with them proudly. This is a wound that will never heal, it will be with me forever. I have bled red, white and blue.  There was no prouder day in my life when I wore that US Army uniform. The shame in all this is too much to bear.  I would give anything in this world remove  having to live with this on my mind and thinking of what could have come from it.

Having said that, I also realize how sick I was. In the right frame of mind, never in a million years would I have done anything like this. I had been suffering for years with my panic disorder. It has been a torment my whole life.  I tried so hard to move on as a normal person, hiding it where I could. I just wanted to prove that this affliction would not define me. It caused me to quit school in the 9th grade, It caused me to not be able to complete my full term in the military, it has destroyed what I had worked so hard for in my professional life but most of all has caused me to miss out on so much of my family.

I fought this for over 2 years because I could not believe I could do something like this. The only reason I did plea was because I can't say for 100% certainty that I was completely stable mentally. The issues started to get worse in 2007. I tried hard to get off the medicine I was on to start a new treatment. The medicine I was on had terrible withdrawal effects and by 2011 I was going up and down on them and that is when my disorder became it's worse. I had a terrible time with depression and sleeping. I could not tell a lot of the time when I was awake or still sleeping.

There are things from that time I simply do not remember. Things I thought happened did not and things that happened I thought were a dream. I could not determine the difference between reality and dream and it was killing me. This was not just with my work but also with my family issues. So many things I don't remember or that I do recall that didn't happen.  I still to this day don't know what things in my business and family are fact or dream. I don't talk about them much due to embarrassment.

I have always been a private man, I didn't want people to know about this. All I wanted was to be normal. The last thing I wanted to be was considered disabled. I now know that is what I am. At the request of my very close loved ones, I decided to be seen by a disability psychologist. That is where I am today. I am on disability and with my new doctor I am on new meds that seem to work well but leave me unable to work. I am also in line for better counseling.

We have also recently found out that my 16 year old daughter may have the same affliction as I have. She can't leave the home and has a hard time socially. I now spend my days home with her helping her through her state funded home schooling.  It is schooling by the State of Massachusetts but she does it online and at home with me as her guide.  It crushes me deeply to know she may have my affliction.

For the past 3 years my family has suffered beyond anything I would wish on my worst enemy. We lost our home, all our possessions, our sanctity and privacy. I do not know how we have made it this

far. We all just want to heal from this horrible ordeal. My son who is now 10 years old has a problem with throwing anything away. From garbage to old cloths, he wants to keep it and I now it stems from these last 3 years of seeing everything he held sacred taken from him. These are the thoughts I have to live with now. All I am asking for is mercy. We have been through such horror, please I am just asking for mercy.

Peter Picone