# EXHIBIT 3

Seacoast Medical Associates
21 Highland Avenue
Suite 24
Newburyport, MA  01950
978-462-1555
February 24, 2015

Re:  PETER PICONE
04/13/1973

To Whom It May Concern:

I am writing as the primary care physician of PETER PICONE.  He is a patient in my practice.  I have seen him a few times for treatment.  He is obviously depressed, probably suffering from PTSD due to his employment as a service man.  He is treated with an antidepressant (celexa) and clonazepam.  I think that his depression and his anxiety are affecting and has affected his work.  He is on disability for those reasons..

Should you have any further questions, please contact my office.

Sincerely,

Patrick Barbier, MD