# EXHIBIT 4A

**Patient:** PICONE, PETER
**Account Number:** 64875
**DOB:** 04/13/1973   **Age:** 41 Y   **Sex:** Male
**Phone:** 978-914-2806
**Address:** 1131 ESSEX STREET, LAWRENCE, MA-01841

**Progress Notes**

**Provider:** Patrick Barbier, MD

**Date:** 02/19/2015

## Subjective:

**Chief Complaints:**
1. F/U.

**ROS:**

patient is on disability now for his psych issues. He is f/u by Cara Hoffman psy North crest executive park 39 Simon st unit #2 a Nashua ,NH 03060 tel 603 888 4347. His affairs are taking care off by Jeffrey DENNER 6176056200 Patient has been seen for depression and anxiety and i believe that it may have affected his work in the past Patient has been in Irac with desert shield .He was hospitalised while he was in the army .All his family seems to have that pb.

**Medical History:** Anxiety.

**Social History:**
he has a little bit of anxiety when he is outside .He was on effexor before and wellbutrin he was much worst we those meds.

**Medications:** Taking Celexa 40 mg tablet 1 tab(s) once a day, Taking Clonazepam 1 mg tablet 1 tab(s) 2 times a day PRN, Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** BP 106/76, HR 80, Wt 225.

**Examination:**
General Examination:
Heart: RRR, normal S1S2. Lungs: clear to auscultation bilaterally.

## Assessment:

**Assessment:**
1. Depression with anxiety - 300.4 (Primary)

## Plan:

**1. Depression with anxiety**
Notes: cont celexa and clonazepam.

**Follow Up:** prn

**Provider:** Patrick Barbier, MD
**Patient:** PICONE, PETER  **DOB:** 04/13/1973  **Date:** 02/19/2015