# EXHIBIT 4C

## PATRICK BARBIER, M.D.
21 Storey Avenue
Newburyport, MA 01950

**Picone, Peter**
41 Y old Male DOB: 04/13/1973
Account Number: 14709
1131 essex st lawrence, MA-01841
Home: 978-914-2806
Guarantor: Picone, Peter    Insurance: Medicaid Unysis
Payer ID: SKMA0
Appointment Facility: Dr Patrick Barbier

08/29/2014

Progress Notes: Patrick P. Barbier, M.D.

### Current Medications
Taking clonazepam 1 mg tablet 1 tab(s) QD
Taking Celexa 40 mg tablet 1 tab(s) once a
day
Medication List reviewed and reconciled with
the patient

### Active Problem List
530.81 GERD [Gastroesophageal reflux
disease]

309.1 PROLONG DEPRESSIVE REACT

300.02 GENERALIZED ANXIETY DIS

V70.0 ROUTINE MEDICAL EXAM

300.21 Agoraphobia of open spaces, with
panic attacks

278.01 Morbid obesity

### Past Medical History
Anxiety

### Surgical History
r shoulder surgery 2010
CTS
left shoulder 9/14

### Family History
Father: alive, diagnosed with Heart Disease
Mother: alive, diagnosed with Diabetes
4 sister(s) - healthy.

### Social History
Smoking status: former smoker.
Exercise: yes.
Marital status: Married.
Alcohol: binge drinking.
Sexually active: yes.
no Travel outside US.
Occupation: purchasing.
Occup. exposure: none.

### Allergies
N.K.D.A.

### Hospitalization/Major

### Reason for Appointment
1. Panic issues
2. Pt sched for thursday but said he was unable to get off the couch
3. Unsure if pt has a psychiatrist

### Vital Signs
02 sat 98, Temp 94.3, HR 88, BP 110/70, Ht 65.5, Wt 215, BMI 35.23.

### Examination
General Examination:
    Heart: RSR, normal S1S2.
    Lungs: clear to auscultation.

### Assessments
1. PROLONG DEPRESSIVE REACT - 309.1 (Primary)
2. GENERALIZED ANXIETY DIS - 300.02

### Treatment
**1. PROLONG DEPRESSIVE REACT**
Notes: he also has loose bm will do a celiac panel
he is advised to see a psychiatrist.

**2. GENERALIZED ANXIETY DIS**
Continue clonazepam tablet, 1 mg, 1 tab(s), orally, QD, 30, 30, Refills 3

### Labs
Lab: CELIAC ABS EVALUATION

### Preventive Medicine
Counseling: Alcohol and drugs . Diet . Exercise .

### Follow Up
prn

Electronically signed by Patrick Barbier MD, MD on
03/26/2015 at 01:51 PM EDT

Sign off status: Pending

**Diagnostic Procedure**
for depression

**Review of Systems**
panic attack he is stressed .His wife knows
how to take care of him per pt .Patient stays
home mostly hesays he has some
agoraphobia.

Dr Patrick Barbier
21 Storey Avenue
Newburyport, MA 019301848
Tel: 978-462-0513
Fax: 978-462-3217

Patient: Pleone, Peter    DOB: 04/13/1973    Progress Note: Patrick P. Barbier, M.D.    08/29/2014

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)