# EXHIBIT 4D

Happy n Healthy Family Medicine
7 Stiles Road
Salem, NH  03079
Phone: 603-685-6977   Fax: 603-685-6975

June 26, 2012

## PICONE, PETER (DOB: 4/13/1973 ID: 3109)
## FORMAL HEALTH RECORD

| ID#   SEX | PATIENT DEMOGRAPHICS | INSURANCE INFORMATION |
|---|---|---|
| 3109   M | PETER PICONE | SELF PAY |
| DOB | 42 TYLER STREET | Guarantor: PICONE, PETER R |
|  | METHUEN, MA  01844 | Guarantor DOB: 4/13/1973 |
| 4/13/1973 | Phone: (978) 914-2806 | |

### MEDICATION LIST

04/11/2012      CELEXA   20 MG          1 PO DAILY
06/22/2012      WELLBUTRIN 150MG ER      TAKE 1 TAB PO QD X 3 DAYS, THEN 1 TAB PO BID

### INACTIVE MEDICATIONS

LIPITOR 10 MG,        1 PO QD (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)          Date Inactivated:
EFFEXOR 75 MG,          1 PO DAILY ()        Date Inactivated: 09/22/2010
OMEGA 3 FISH OIL CAPS,        1 PO BID ()      Date Inactivated:
VICODIN ES,          1 -2 PO Q 4-6 HOURS PRN SEVERE  PAIN (ORTHO)          Date Inactivated: 06/22/2012
MOTRIN 800 MG,        .1 TAB PO Q 8 HRS PRN ()        Date Inactivated: 06/22/2012
EFFEXOR 37.5 MG,        1 PO QOD ()      Date Inactivated: 05/10/2011
PENICILLIN V POTASSIUM 500 MG,          1 TABLET Q 8 HOURS PO X 10 DAYS (FINISHED COURSE)        Date
Inactivated: 03/08/2011
EFFEXOR 37.5 MG,          1 PO QOD ()      Date Inactivated: 01/20/2011
KLONOPIN 0.5 MG,        1 PO BID PRN (OFF MED)        Date Inactivated: 03/08/2011
EFFEXOR 37.5 MG,        1 PO QOD ()      Date Inactivated: 01/20/2011
EFFEXOR 37.5 MG,        1 PO QOD ()      Date Inactivated: 01/20/2011
EFFEXOR 37.5 MG,        1 PO QOD ()      Date Inactivated: 02/17/2011
EFFEXOR 37.5 MG,        1 PO QD (INCREASE DOSE)        Date Inactivated: 06/15/2011
EFFEXOR CAPSULES EXTENDED RELEASE 37.5 MG,        1 PO Q DAY (MIGRATED TO VERSION 5 FROM A
PREVIOUS VERSION.)        Date Inactivated:
EFFEXOR 37.5 MG,        1 PO QOD ()      Date Inactivated: 03/28/2011
XANAX 0.5 MG ORAL TABLET,        TAKE 1 PILL BY MOUTH TID X 1 MONTH (30D)  PRN ANXIETY ()        Date
Inactivated: 06/15/2011
EFFEXOR 37.5 MG,        1 PO QOD ()      Date Inactivated: 03/08/2011
VITAMIN D WITH MINERALS ORAL TABLET,        2 PO QD ()        Date Inactivated: 06/22/2012
EFFEXOR CAPSULES EXTENDED RELEASE 37.5 MG,        1 PO Q DAY ()        Date Inactivated:
AZITHROMYCIN 250MG,        2 PO TODAY THEN ONE DAILY FOR FOUR MORE DAYS ()        Date Inactivated:
PREDNISONE 20 MG,        1 PO X3 DAYS ()        Date Inactivated:
LIPITOR 10 MG,        1 PO QD ()        Date Inactivated:
ZOCOR 10MG,        1 TAB PO QD ()        Date Inactivated:
EFFEXOR XR 37.5 MG,        1 PO QD (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)        Date
Inactivated:
EFFEXOR XR 37.5 MG,        1 PO QD (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)        Date
Inactivated:
EFFEXOR XR 37.5 MG,        1 PO QD (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)        Date
Inactivated:
AUGMENTIN 875 MG,        1 PO BID PC FOR TEN DAYS ()        Date Inactivated:
ENTEX PSE TABLETS 600;120 MG;MG,        1 PO BID PRN CONGESTION ()        Date Inactivated:
XANAX  0.5 MG,        1-2 PO PRN ANXIETY RELATED TO FLYING (TAKE 1 HOURS BEFORE (OFF MED)
        Date Inactivated: 03/08/2011
CIPROFLOXACIN OPHTHALMIC 0.3% SOLUTION,        2 GGT Q 2 HRS X 2 DAYS THEN Q 4 HRS X 5 DAYS

The information on this page is CONFIDENTIAL. Any release of this Information requires
the expressed written authorization  of the patient listed above.

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

(FINISHED MED)      Date Inactivated: 03/08/2011
XANAX 0.5 MG ORAL TABLET,            1 PO Q8H PRN ANXIETY ()        Date Inactivated: 06/22/2012
MOTRIN TABLET 800 MG,          1 PO TID PC PRN PAIN ()      Date Inactivated:
ZANTAC 150 MG,        1 PO BID PRN (OFF MEDICATION)        Date Inactivated: 03/08/2011
EFFEXOR TABLETS 75 MG,          1 TAB PO QD (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)
        Date Inactivated:
EFFEXOR TABLETS 75 MG,          1 TAB PO QD (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)
        Date Inactivated:
EFFEXOR 75 MG,          1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)        Date
Inactivated:
EFFEXOR 75 MG,          1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)        Date
Inactivated:
EFFEXOR 75 MG,          1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)        Date
Inactivated:
EFFEXOR 75 MG,          1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)        Date
Inactivated:
EFFEXOR 75 MG,          1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)        Date
Inactivated:
EFFEXOR 75 MG,          1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)        Date
Inactivated:
EFFEXOR 75 MG,          1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)        Date
Inactivated:
EFFEXOR 75 MG,          1 PO DAILY (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)        Date
Inactivated:
EFFEXOR XR 75 MG ORAL CAPSULE, EXTENDED RELEASE,          TAKE 1 PILL BY MOUTH QD X 1 MONTH (30D)
()        Date Inactivated: 06/15/2011
EFFEXOR XR 75 MG ORAL CAPSULE, EXTENDED RELEASE,          TAKE 1 PILL BY MOUTH QD X 1 MONTH (30D)
()        Date Inactivated: 08/15/2011
XANAX 0.5 MG ORAL TABLET,          TAKE 1 PILL BY MOUTH TID X 1 MONTH (30D)  PRN ANXIETY ()        Date
Inactivated: 03/13/2012
EFFEXOR 75 MG,          1 PO DAILY (DECREASE TO 37.5)        Date Inactivated: 03/08/2011
EFFEXOR XR 75 MG ORAL CAPSULE, EXTENDED RELEASE,          TAKE 1 PILL BY MOUTH QD X 1 MONTH (30D)
()        Date Inactivated: 10/24/2011
EFFEXOR XR 75 MG ORAL CAPSULE, EXTENDED RELEASE,          TAKE 1 PILL BY MOUTH QD X 1 MONTH (30D)
()        Date Inactivated: 03/13/2012
ZANTAC 150 MG,          1 PO BID PRN (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)        Date
Inactivated:
KLONOPIN 0.5 MG,          1 PO BID PRN (MIGRATED TO VERSION 5 FROM A PREVIOUS VERSION.)        Date
Inactivated:
EFFEXOR 37.5 MG,          1 PO QOD ()        Date Inactivated: 02/17/2011
EFFEXOR 37.5 MG,          1 PO QOD ()        Date Inactivated: 03/08/2011
EFFEXOR XR 37.5 MG,          1 PO QD ()        Date Inactivated:
KLONOPIN 0.25 MG,          1 PO BID PRN PANIC, MAY INCREASE TO 2 PO BID PRN AFTER 3 DAYS ()        Date
Inactivated:
KLONOPIN, 0.25 MG,          1 PO BID PRN X3 DAYS THEN INCREASE TO 2 PO BID PRN ANXIETY ATTACKS ()
        Date Inactivated:
CELEXA   20 MG,          1 PO DAILY ()        Date Inactivated: 04/11/2012
EFFEXOR TABLETS 75 MG,          1 TAB PO QD ()        Date Inactivated:

## IMMUNIZATIONS

DECAVAC   2/4/2010 (LotNo: u2591Ba)

## INJECTIONS


## ALLERGIES (reaction)

NKDA  NKLA  NKFA NKEA -  ()


## ENCOUNTER                                                                 Friday, June 22, 2012  11:58AM
CC:       depression

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

HPI      Patient comes in today concerned by recent depressive symptoms which have worsened since April. During that time, there was a raid at his house from the federal gov't, scared his wife and kids, there were over a dozen officials barging in one morning. He reports PTSD like symptoms of jolting awake or jumping when he now hears a knock on the door. Since then, he has been feeling increasingly hopeless, fatigued, sleeping more, not wanting to do anything. Kids have noticed, wife is concerned.
He take celexa 20mg daily. Was taking xanax but doesn't need it, panic is well controlled. He was seeing a therapist last year but he since has become uninsured.
He works selling electronics.
He has history of psych hospitalization in 1994 and in 2001 he suffered ~1yr of depression.
Mental illness runs in the family, with both his sisters affected.

ROS     Denies CP, SOB, Palpitations, panic attacks. No SI or HI. No plans.

PFSH    SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
CARPAL TUNNEL 2007, 2008, VASECTOMY
3/11 Right shoulder repair

PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER 3/11 - Greg Brennan PAC
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: 2/10
PPD:
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: q 6 mo
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: 3 years ago
GLASSES/CONTACTS: READERS
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: does regularly

holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants: agree with ish, stress echo.
[Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
TOBACCO USE: STOPPED SMOKING 2005. HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN 2005 SECONDARY TO DIET AND EXERCISE.
ETOH: social - decreased
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRonics COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA , DAUGHTER, TYRA AND SON, PETER
COOKING/CLEANING/SHOPPING: WIFE
PETS: 3 dogs
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, smokes mj qhs - declines help quitting at this point
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)
caffeine: 2-3 cups qd [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]

**All**  NKDA NKLA NKFA NKEA (Updated by ADMIN on 03/19/2010 09:27 PM)

**Meds**  CELEXA   20 mg, 1 po daily
MOTRIN 800 MG, 1 tab po q 8 hrs prn
VICODIN ES, 1 -2 PO Q 4-6 HOURS PRN SEVERE PAIN
Vitamin D with Minerals oral tablet, 2 po qd
Xanax 0.5 mg oral tablet, 1 po q8h prn anxiety

**PE**  Wt:    209 lb   T:   98.1 l BP: 118/75  P:  74     RR:   16     Ht:          BMI:          HC:
o2 sat on ra 99%
bp 2 116/70
Gen: WNWD. Appears very tired, sighing a lot, hands through hair several times
Skin:  w/d, color pink
Head: nc/at
EENT: Sclera clear. Mucosa P&M.
MS: Ext without C/C/E. Gait WNL.
Psych: normal affect and conversation.

**AP**  # DEPRESSIVE DISORDER NOT ELSEWHERE CLASSIFIED (311):
# ANXIETY STATE UNSPECIFIED (300.00):
Depressive symptions
~continue Celexa 20mg as it is controlling your panic attacks
~start Wellbutrin, titrating up to BID after 3 days.

Try OTC 5 HTP at night to help the Celexa work better. Pt is uninsured, will defer labs. Would like to check Seratonin, dopamine, and TSH in the future.

PRESCRIBE: wellbutrin 150mg ER, Take 1 tab PO qd x 3 days, then 1 tab PO BID, # 60, RF: 0. (take 8 hrs apart, no smoking after 1 week, last dose no later than 6 PM, minimize etOH use)

He will follow up here in 1 month to discuss progress, will call sooner if any side effects. Advised of possible SE of worsened symptoms, he will let his wife know that he is starting this med and possible SE.

He will contact his former therapist and see if they offer a self-pay rate.Low Complexity > 99213

CHARLEEN BUCZEK, PA-C
Electronic Signature

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.