# EXHIBIT 4E

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

| ENCOUNTER | | Tuesday, March 13, 2012   8:58AM |
|---|---|---|

CC:      CPE

HPI      Presents for cpe. He has been taking Pristiq for anxiety, but doesn't feel it works.  He had a panic attack on Sunday, but was afraid to take xanax.  He has to force himself to leave the house, as he fears he will have attack.
PAST MEDICAL HISTORY, SOCIAL HISTORY, AND FAMILY HISTORY updated

ROS      General: has anxiety, doesn't like to leave the house as he fears he will have an anxiety attack.  Is afraid to take xanax.
Skin, Hair, and nails:  Denies lesions, color change, ecchymses, masses, pruritius, or sweating.  No alopecia or brittle hair.  No brittle, cracking, or peeling nails.
Head:  Denies pain, dizziness, vertigo, or history of LOC.
Eyes:  Denies recent change in vision.  No pain, water, or itching eyes.
Ears:  Denies hearing loss, discharge, pain, or irritation.
Nose and Sinuses:  No congestion, no sinus pain. Olfaction is good.
Oral Cavity:  Visits dentist every 6 months, brushes twice daily.  No dental pain or bleeding gums.
Neck:  no pain, stiffness, or limited movement.
Nodes:  no enlargement of nodes in ncek, axillary, or inguinal area.
Chest and Resp System:  Denies pain, wheezing, shortness of breath, dyspnea, hemoptysis, or cough.
CV:  No pain, palpitations, cyanosis, edema, or intermittent claudication.   .
GI:  Appetite good.  No constipation, diarrhea, vomitting, or hemorrhoids.
GU: No urgency, frequency, incontinence, or blood in urine.
Extremities:  No vericose veins, joint pain, stiffness, swelling, color, or temperature changes.
Back:  Denies pain, stiffness, or limited ROM.
Neuro:  Denies history of LOC, balance problems, weakness, paresthesia, or confusion.

PFSH      SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
CARPAL TUNNEL 2007, 2008, VASECTOMY
3/11 Right shoulder repair

PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER 3/11 - Greg Brennan PAC
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: 2/10
PPD:
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: q 6 mo
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR:  3 years ago
GLASSES/CONTACTS: READERS
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: does regularly

holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants.' agree with tsh, stress echo.
[Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
TOBACCO USE: STOPPED SMOKING 2005.  HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN 2005 SECONDARY TO DIET AND EXERCISE.
ETOH: social - decreased
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRonics

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

throat: oropharynx without erythema or exudate
neck: supple, NT, NL
Cardiac: RRR, no mgr
Pulmonary: CTAB, no wheezes, rhonchi or rales, no sign of acute respiratory distress, no use of accessory respiratory muscles
Abdomen: soft, flat, normoactive BS, NT, no masses or organomegally
Extremities: no c/c/e, 5/5 strength, right shoulder with scar from prior sx
Neuro: CN 2-12 intact, reflexes 2+ bilat
Genital: testicles normal size and shape bilaterally, no lumps or tenderness, no signs of hernia [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]

AP
\# ROUTINE GENERAL MEDICAL EXAMINATION AT A HEALTH CARE FACILITY (V70.0):
\# GENERALIZED ANXIETY DISORDER  (300.02):
A. Anxiety
~continue effexor at 37.5 mg
~suggest therapist
~will call behavioral hotline

1. MVI with folic acid daily - continue, vit d as well
2. Exercise 15 minutes daily - maintain
3. Low fat/chol diet - improve
4. Tetanus booster every 10 years - due 2020
5. Tb testing for high risk
7. Eye exam every 1-3 years. - advised
8. Dental exam every 6 months. - continue
10. Baseline colonoscopy at age 50. At age 45 with risk factors of smoking, polyps or family hx of colon or rectal cancer - not due
11. PNA shot after 65
12. DRE yearly after 45
13. PSA check after age 40
14. Additional Rec:
Ordered/Advised:  - cbcd, cmp, tsh reflex, fasting lipid profile, vitamin b12, folic acid, hgba1c, vitamin d hydroxy 25  ICD9 Codes (V70.0)

PRESCRIBE: Effexor 37.5 mg, 1 po qod, # 30, RF: 0.
PRESCRIBE: Effexor 37.5 mg, 1 po qod, # 30, RF: 2.
DISCONTINUE: ciprofloxacin ophthalmic 0.3% solution 2 ggt q 2 hrs x 2 days then q 4 hrs x 5 days (finished med)
DISCONTINUE: Effexor 75 mg 1 po daily  (decrease to 37.5)
DISCONTINUE: Klonopin 0.5 mg 1 po bid prn  (off med)
DISCONTINUE: PENICILLIN V POTASSIUM 500 MG 1 tablet q 8 hours po X 10 days  (finished course)
DISCONTINUE: XANAX  0.5 MG 1-2 po prn anxiety related to flying (take 1 hours before  (off med)
DISCONTINUE: Zantac 150 mg 1 PO BID PRN  (off medication) [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]Medium Complexity > 99395, 92553, 93000, 94760, 94010, 81002

GREGORY BRENNAN, PA-C
Electronic Signature

ENCOUNTER                                                                                    Saturday, December 18, 2010  9:02AM
CC:      fevers since 12/13/sore throat

HPI      37 y/o male presents to the office concerned by fever and sore throat since 12/13. fever high of 103. not sleeping or eating well. using Tylenol and ibuprofen for pain control - recently had shoulder sx for right shoulder last week. non smoker. wife has sore throat as well. denies any rash, ear pain, runny nose, cough, cp, sob or nvdc.

ROS      see hpi
         denies any rash, ear pain, runny nose, cough, cp, sob or nvdc.
PFSH     SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE:
         CARPAL TUNNEL 2007, 2008, VASECTOMY

         PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A
HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION
IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, smokes mj qhs - declines help quitting at this point
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)
caffeine: 2-3 cups qd [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]

**All**  NKDA  NKLA  NKFA NKEA (Updated by ADMIN on 03/19/2010 09:27 PM)

**Meds**  Effexor 37.5 mg, 1 po qd
Vitamin D with Minerals oral tablet, 2 po qd

**PE**  Wt:   185 lb   T:  98.1  BP: 143/78  P:  108    RR:  18    Ht:       BMI:       HC:
O2 sat: 98%

general: pleasant, cooperative, NAD
skin: no pallor
eyes: noninjected, no erythema
neuro: A+Ox3, normal gait
msk: no deformity, paraspinal, SI jt tenderness, decreased lumbar flexion slightly

**AP**  # LUMBAGO (724.2):
# ANXIETY STATE UNSPECIFIED  (300.00):
1. lumbago
~rest
~ice
~direct heat
~motrin x 5 days
~if not improving x-ray and PT

2. Anxiety
~set up appt with therapist
~increase effexor to 75 mg ER qd
~xanax prn tid x 1 month
~will f/u if having anxiety flare in meantime
~discussed breathing exercises and relaxation techniques
~go for cpe labs

PRESCRIBE: Effexor XR 75 mg oral capsule, extended release, Take 1 pill by mouth QD X 1 Month (30d),
# 30, RF: 1.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.