# EXHIBIT 4F

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

PRESCRIBE: Xanax 0.5 mg oral tablet, Take 1 pill by mouth TID X 1 Month (30d)  prn anxiety, # 90, RF: 0.
DISCONTINUE: Effexor 37.5 mg 1 po qd  (increase dose)Medium Complexity > 99214

GREGORY BRENNAN, PA-C
Electronic Signature

**ENCOUNTER** | Wednesday, May 18, 2011 12:09PM

CC:     lump on head growing

HPI     38 y/o male presents to the office concerned by lump on head. located on top, it has been there for a year but has not changed in size. has noticed that it has gotten larger over last 2 weeks. no recent injury or other changes. nothing else like this in the past. still decreasing caffeine. waiting on call back from therapist. anxiety improving, still slightly depressed. pt denies any fever, chills, similar mass elsewhere. nothing for tx

ROS     see hpi
pt denies any fever, chills, similar mass elsewhere

PFSH    SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
. CARPAL TUNNEL 2007, 2008, VASECTOMY
3/11 Right shoulder repair

PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER 3/11 - Greg Brennan PAC
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN-POX: YES, AGE 6
TETANUS SHOT: 2/10
PPD:
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: q 6 mo
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: last 4 years prior
LAST EYE EXAM: TODAY, 3/7/06,
SEE WELL: YES
GLASSES/CONTACTS: READERS
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: does regularly

holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants: agree with tsh, stress echo.
 [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS [Updated by GREGORY BRENNAN, PA-C on 03/08/11 03:56 PM]
TOBACCO USE: STOPPED SMOKING 2005. HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN 2005 SECONDARY TO DIET AND EXERCISE.
ETOH: social - decreased
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA , DAUGHTER, TYRA  AND SON, PETER
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)

**All** NKDA  NKLA  NKFA NKEA (Updated by ADMIN on 03/19/2010 09:27 PM)

**Meds** ciprofloxacin ophthalmic 0.3% solution, 2 ggt q 2 hrs x 2 days then q 4 hrs x 5 days
Effexor 37.5 mg, 1 po qod
Effexor 75 mg, 1 po daily
Klonopin 0.5 mg, 1 po bid prn
XANAX 0.5 MG, 1-2 po prn anxiety related to flying (take 1 hours before
Zantac 150 mg, 1 PO BID PRN

**PE** Wt:    192 lb  T:  97.8  BP: 109/76  P:  106    RR:   16       Ht:        BMI:        HC:
O2 sat: 97%
RST: positive

general: pleasant, cooperative, mild distress, laying down when I entered exam room ·
skin: no sign of rash or erythema
ear: left tm mild erythema with slight bulge, right TM clear, no fluid or erythema, good light reflex
nose: turbinates pink without d/c
throat: pharynx and tonsils with mod erythema, no exudate
neck: supple, NT, NL
cardiac: RRR, no mgr
pulmonary: CTAB, no wheezes, rhonchi or rales  [Updated by GREGORY BRENNAN, PA-C on 12/20/10 06:18 PM]

**AP** # STREPTOCOCCAL SORE THROAT (034.0):
# FEVER UNSPECIFIED (780.60):
# THROAT PAIN (784.1):
1. Strep throat
~penicillin tid x 10d
~rest
~increase fluids
~humidified air
~saline nasal spray
~tea with honey
~warm salt water gargles
~Tylenol/Motrin for fever, aches and pains
~call or return if developing sob, fever, increasing pain or any other worsening

PRESCRIBE: PENICILLIN V POTASSIUM 500 MG, 1 tablet q 8 hours po X 10 days, # 30, RF: none.
[Updated by GREGORY BRENNAN, PA-C on 12/20/10 06:18 PM]Medium Complexity > 99214, 87880

GREGORY BRENNAN, PA-C
Electronic Signature

**ENCOUNTER**                                                                    Thursday, October 21, 2010  2:42PM

**CC:** Sml yellow bump on L eye white

**HPI** 37 year old male presents with a lesion to his L eye that his wife noticed yesterday. He denies discomfort or visual disturbance.
PAST MEDICAL HISTORY, SOCIAL HISTORY, AND FAMILY HISTORY updated

**ROS** see hpi

**PFSH** SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
CARPAL TUNNEL 2007, 2008, VASECTOMY

PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER

AmazingCharts.com                                                                          Page 24 of 79
The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

|  | STD: NO |
|---|---|
|  | EVER HAD AN AIDS TEST: YES |
|  | DO YOU WANT AN AIDS TEST: YES |
|  | UNDER A LOT OF STRESS: NO |
|  | FEEL DOWN: NO |
|  | THOUGHT ABOUT HURTING SELF: NO |
|  | HAVE HURT YOURSELF: NO |
|  | ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5) |
| All | NKDA  NKLA  NKFA NKEA (Updated by ADMIN on 03/19/2010 09:27 PM) |
| Meds | Effexor 37.5 mg, 1 po qod |
|  | Effexor 75 mg, 1 po daily |
|  | Klonopin 0.5 mg, 1 po bid prn |
|  | Zantac 150 mg, 1 PO BID PRN |

PE    Wt:        T:        BP:        P:        RR:        Ht:        BMI:        HC:

General: wnwd in nad

HEENT:  L conjunctiva with 2 mm yellowish lesion to 9 0clock area. PERRLA

AP    # BENIGN NEOPLASM OF EYE PART UNSPECIFIED (224.9):

Dr. Tallman 3:30 today99213

LAURIE ROGERS, NP
Electronic Signature

---

**ENCOUNTER**                                                                 Tuesday, July 20, 2010  7:01PM

CC:      right shoulder pain

HPI     37 y/o male presents to the office concerned by pain in right shoulder since beginning powerlifting in january. stopped after 3 months. still can have 7/10 sharp pain in shoulder - worse in AM. Pain when throwing a baseball or trying to swim. Takes Advil with some relief. pain is fairly constant, can radiate towards front of shoulder. feels very stiff. no specific injury. denies any fever, chills, numbness or tingling, CP or SOB.

ROS     see hpl
        denies any fever, chills, numbness or tingling, CP or SOB.

PFSH    SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
        CARPAL TUNNEL 2007, 2008, VASECTOMY

        PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER
        USUAL CHILDHOOD ILLNESSES.
        HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
        CHICKEN POX: YES, AGE 6
        TETANUS SHOT: YES, IN THEMILITARY
        PPD:
        YEARLY FLU SHOT: NO
        DENTIST: N/A
        LAST DENTAL CHECK-UP: 10/09
        BRUSH TEETH: DAILY
        FLOSS TEETH: YES
        DENTURES: NO
        EYE DOCTOR: ?
        LAST EYE EXAM: TODAY, 3/7/06, 2/2010
        SEE WELL: YES
        GLASSES/CONTACTS: READERS
        HEARING: GOOD
        EXPOSED TO NOISE AT WORK: NO
        TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.

        holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants: agree with tsh, stress echo.

        MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.