# EXHIBIT 4G

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

Right shoulder pain - AC jt arthritis vs rotator cuff tendonitis
~rest
~ice
~elevate
~motrin for pain
~given list of stretching exercises
~refer to ortho
~call or return if s/s worsen or are not improving

Ordered/Advised: - Custom Order (please refer to ortho for right AC jt pain x 4 months)  ICD9 Codes
(719.41)
 [Updated by GREGORY BRENNAN, PA-C on 07/20/10 09:40 PM]Medium Complexity > 99213

GREGORY BRENNAN, PA-C

Electronic Signature

| ENCOUNTER | | Thursday, February 04, 2010  4:34PM |
|---|---|---|
| CC: | CPE | |

HPI   patient presents for CPE with no acute complaints
ROS   GENERAL:  REPORTS USUAL HEALTH TO BE GOOD
DENIES FEVER, CHILLS, NITE SWEATS, WEIGHT OR APPETITE CHANGE
SKIN: NO RASH, NUMEROUS SKIN TAGS UNDER AXILLA THAT HE WOULD LIKE REMOVED
HEENT: DENIES EAR, NOSE, THROAT PAIN. NO SWOLLEN GLANDS. NO SINUS PAIN
LUNGS:DENIES SOB, DIFFICULTY BREATHING, OR COUGH
HEART:NO PALPITATIONS, PRESSURE, OR PAIN
MUSCLE: DENIES ARTHRALGIA, MYALGIA, OR JOINT PAIN
NEURO: NO HEADACHE OR WEAKNESS, NO SPEAKING DIFFICULTIES, FACIAL DROOP
PSYCHE: FEELS FINE WHILE ON EFFEXOR, NO RECENT PANIC ATTACKS. NO SIUCIDIAL OR
HOMOIDAL THOUGTHS
GI: NO N/V/C/D NORMAL APPITITE
GU: NO FREQUENCY, URGENCY HEMETURIA OR DYSURIA
ENDO: NO ENERGY CHANGES, CHANGE IN THURST OR CHANGE IN HAT OR GLVOE SIZE
PFSH   SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY
SERVICE.
CARPAL TUNNEL 2007, 2008, VASECTOMY

PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: YES, IN THEMILITARY
PPD:
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: 10/09
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: ?
LAST EYE EXAM: TODAY, 3/7/06, 2/2010
SEE WELL: YES
GLASSES/CONTACTS: READERS
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.

holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants: agree
with tsh, stress echo.

MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.

The Information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

PE  VICODIN ES, 1 -2 PO Q 4-6 HOURS PRN SEVERE PAIN
Vitamin D with Minerals oral tablet, 2 po qd
Xanax 0.5 mg oral tablet, Take 1 pill by mouth TID X 1 Month (30d)  prn anxiety
Wt:    206 lb  T:  97.5f BP: 116/71  P:  106    RR:  20        Ht:        BMI:        HC:
O2: 97% on RA

AP  ALERT AND ORIENTED TO PERSON, PLACE AND TIME.
COLOR FLUSHED AND LOOKS TIRED. ON THE VERGE OF LOOSING CONTROL OF EMOTIONS. IS
TAPPING FOOT AND HAND THROUGHOUT THE EXAM AND IS VERY RESTLESS.  VOICE IS
EMOTIONAL. SKIN WARM AND DRY. NO SIGNS OF DEHYDRATION. IN NO ACUTE DISTRESS
PHYSICAL DISTRESS BUT IS OBVIOUSLY EMOTIONALLY CHARGED. ABLE TO RELATE
INFORMATION IN AN ORGANIZED MANNER. SPEECH IS CLEAR. THOUGHTS ARE WELL
ORGANIZED AND FLUENT. IS ATTENTIVE TO QUESTIONS AND RESPONDS APPROPRIATELY.
# SLEEP DISTURBANCES (780.5):
# DEPRESSIVE DISORDER NOT ELSEWHERE CLASSIFIED  (311):
# ANXIETY STATE UNSPECIFIED  (300.00):

Instructions printed and provided to patient:
1. INCREASE ONSET OF PANIC ATTACKS THAT APPEAR TO BE GETTING MORE INTENSE. THIS IS
TRIGGERING ADDITIONAL ANXIETY THAT HE HAS OVER DEATH AND DYING. SINCE,THIS IS NEW
AND HE HAD BEEN QUITE STABLE ON THE EFFEXOR FOR SEVERAL YEARS PRIOR TO THIS
~HE WILL CONTINUE THE PRISTIQ 50 MG (SAMPLES) IN PLACE OF THE EFFEXOR. HE WILL
GRADUALLY INCREASE DOSE BY PICKING ONE DAY PER WEEK TO TAKE 100MG AND THEN TWO
DAYS PER WEEK, THEN 3, ETC.  I HAVE GIVEN HIM TWO XANAX TABS TO USE FOR EMERGENCY
RESCUE. WE SPENT SOME TIME TALKING ABOUT HOW THIS WORKS AND WHEN TO USE IT AND
HOW IT WILL OR WILL NOT INTERACT WITH THE PRISTIQ. HE WILL FOLLOW UP BY THE END OF
NEXT WEEK VIA TEL OR EMAIL TO LET ME KNOW HOW THIS IS GOING.
~REITERATED THE NEED FOR COUNSELING TO TRY TO GET AT THE UNDERLYING REASON FOR
THE ANXIETY. THE MEDS ARE ONLY PART ONE OF A TWO STEP PLAN.
~DISCUSSED USING GUIDED IMAGERY AS A MEANS OF RELAXATION. I WILL SEND MORE INFO TO
HIM IN THE MAIL
99214

ROSALYN KENNEY, ARNP
Electronic Signature

---

**ENCOUNTER**                                                             Tuesday, January 24, 2012  4:00PM

CC:   MED CHANGES AND SLEEP DISTURBANCES

HPI   38 YEAR OLD MALE PRESENTS TO THE OFFICE STATING THAT "HE WANTS TO GET OFF OF THE
EFFEXOR". N O LONGER THINKS IT IS WORKING AS HE HAS GONE FROM 1-2 PANIC ATTACKS PER
YEAR TO 1-2 PER MONTH. THESE ARE DEBILITATING. THEY START ABRUPTLY AND GO ON FOR
SEVERAL MINUTES AND INCLUDE BOTH PSYCHOLOGICAL AND PHYSICAL SYMPTOMS INCLUDING
HEADACHE, CHEST PAIN, SOB, FLIGHT OF IDEAS, FEARS OF DOOM AND GLOOM AND DEATH, AND
ESCALATE TO EXTREME CASES WHERE HE FEELS "HE IS GOING TO DIE". HE WORKS OUT DAILY
AND DOES NOT USE ANY WORKOUT MEDS HOWEVER DOES WORKOUT TO MUSCLE
EXHAUSTION WHERE HE GETS SHAKEY IN THE ARMS AND LEGS. THIS THEN CAN TRIGGER AN
ATTACK. LOGICALLY HE STATES HE UNDERSTANDS WHAT IS HAPPENING AND KNOWS HE
NEEDS TO STOP SOONER , BUT CANNOT HELP HIMSELF FROM PUSHING ONE STEP MORE. IS
NOT SLEEPING AT NIGHT BUT HAS BEEN TAKING THE EFFEXOR FOR SEVERAL YEARS AT NIGHT
AND HAS BEEN CONCERNED ABOUT SWITCHING TO THE DAYTIME. IS WORRIED ABOUT "BRAIN
MEMORY BEING ERASED" FROM LONG TERM USE OF ANTI DEPRESSANTS. IS AFRAID OF WAKING
UP AND NOT WAKING UP. THIS HAS BEEN ON GOING SINCE AGE 16 WHEN HE EXPERIENCED HIS
FIRST PANIC ATTACK. THAT ATTACK STARTED WHEN HE HAD AN UNUSUAL CHEST PAIN THAT
WAS NOTHING (HAD A COMPLETE CARDIAC WORKUP) BUT EVERYTIME HE FELT A TWINGE HE
IMAGINED HIMSELF HAVING A HEART ATTACK AND DYING. HE HAS GAINED SOME WEIGHT
RECENTLY BUT FEELS IT IS MORE MUSCULAR. DID GO FOR FOUR DAYS WITHOUT HIS
MEDICATION AND HAD WITHDRAWAL SYMPTOMS SO RESTARTED IT AGAIN. DOES NOT FEEL
DEPRESSED. NOT SUICIDAL AND DOES NOT HAVE SUICIDAL IDEATION OR PLAN.

ROS   AS ABOVE IN HPI

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS

TOBACCO USE: STOPPED SMOKING 2005. HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN 2005 SECONDARY TO DIET AND EXERCISE.
ETOH: MODERATE, SEVERAL GLASSES OF ALCOHOL OVER A ONE WEEK PERIOD.
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA (32), DAUGHTER, TYRA AND SON, PETER
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, A LITTLE IN HIGH SCHOOL.
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)

All NKDA NKLA NKFA NKEA

Meds Effexor 37.5 mg, 1 po qod
Effexor 75 mg, 1 po daily
Klonopin 0.5 mg, 1 po bid prn
Zantac 150 mg, 1 PO BID PRN

PE Wt:    195 lb  T:  98.1  BP: 115/81  P:  92    RR:  16    Ht:  65.5 in  BMI:  32.2  HC:

General: pleasant male in no acute distress
Skin: no rash, Numerous skin tags under bilateral axilla
Neck: thyroid non palpable, trachea midline, no palpable cervical nodes
Neuro: A&0 X3, CN2-12 intact, strength 5/5 bilaterally and sensation grossly intact. DTR's 2/4 and no pronator drift
ENT: Bilateral TM pearly with no evidence of middle ear effusion. Maxillary and frontal sinus non tender to palpation and no evidence nasal discharge. Throat non erythamatous and no evidence of tonsil hypertrophy or exudates

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.