# EXHIBIT 4H

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

All    NKDA   NKLA   NKFA   NKEA

Meds    Effexor 37.5 mg, 1 po qod
Effexor 75 mg, 1 po daily
Klonopin 0.5 mg, 1 po bid prn
Zantac 150 mg, 1 PO BID PRN

PE    Wt:    200 lb   T:   98F   BP: 135/86   P:   95    RR:   20    Ht:    BMI:    HC:
Random blood sugar 109
Hgba1c: 5.2 %
General: Well developed, well nourished, and in no acute distress.
HEENT: Head normocephalic, eyes clear without sceral injection, ears with clear canals and TM's without erythema. Throat is without erythema or exudate.
Lungs: clear
CV: RRR without murmurs

AP

# MUSCLE WEAKNESS (GENERALIZED) (728.87):
# HYPOGLYCEMIA UNSPECIFIED (251.2 ):
Likely hypoglycemia
Eat 6 small meals daily with a combination of carbs and protein
Stay hydrated
f/u in 1 week, sooner if worse99214, 83037, 82962

LAURIE ROGERS, NP
Electronic Signature

---

ENCOUNTER      Friday, May 15, 2009 9:07AM

CC:    Anxiety

HPI    36 year old male presents with complaints of increased depression since starting to wean off Effexor. His business is failing, and he feels overwhelmed lately. He doesn't feel this is a good time to come off Effexor. He denies suicidal ideation.
His wife is very supportive.
PAST MEDICAL HISTORY, SOCIAL HISTORY, AND FAMILY HISTORY updated

ROS    General: no fever. Decreased appetite and sleep.
HEENT: no complaints
Chest: no complaints

PFSH    SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: YES, IN THEMILITARY
PPD: ?
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: 1 YEAR AGO (2005)
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: ?
LAST EYE EXAM: TODAY, 3/7/06
SEE WELL: YES
GLASSES/CONTACTS: NO
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.

holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants: agree with tsh, stress echo.

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS

TOBACCO USE: STOPPED SMOKING 10 MONTHS AGO.  HE HAS ALSO LOST APPROXIMATELY 35
POUNDS IN THE PAST TEN MONTHS SECONDARY TO DIET AND EXERCISE.
ETOH: MODERATE, SEVERAL GLASSES OF ALCOHOL OVER A ONE WEEK PERIOD.
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL
COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA (32), DAUGHTER, TYRA (6) AND SON, PETER (1)
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A
HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION
IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, A LITTLE IN HIGH SCHOOL.
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)

All        NKDA  NKLA  NKFA NKEA
Meds       Effexor 37.5 mg, 1 po qod
           Klonopin 0.5 mg, 1 po bid prn
           Zantac 150 mg, 1 PO BID PRN
PE         Wt:    186 lb  T:  97.2 BP: 122/82 P:  87    RR:  20    Ht:      BMI:      HC:
           O2 sat 99 %
           General:  36 year old male, appears sad.  Makes eye contact.
           Chest: lungs clear
           CV:  RRR no murmurs.
AP         # GENERALIZED ANXIETY DISORDER (300.02):
           # DEPRESSIVE DISORDER NOT ELSEWHERE CLASSIFIED (311 ):
           PRESCRIBE: Effexor 75 mg, 1 po daily, # 30, RF: 3.
           Follow up with psychiatrist as planned

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

Return if worse of not improving
Try things like exercise and taking walks
Get plenty of sunlight99214, 94760

LAURIE ROGERS, NP
Electronic Signature

ENCOUNTER                                                                    Tuesday, April 07, 2009   1:22PM

CC:      WITHDRAWAL FROM CESSATION OF EFFEXOR

HPI      PATIENT SEEN 4/7/09 BY DR. ARTHUR HAFFNER.

THE PATIENT IS A 35 YEAR OLD MALE WITH HISTORY OF SITUATIONAL DEPRESSION. HE HAD
BEEN TAKING EFFEXOR, 75 MG PO QD. HE HAD EXPRESSED A DESIRE TO REDUCE EFFEXOR
DOSE WITH GOAL OF EVENTUALLY TERMINATING ANTI DEPRESSANTS COMPLETELY. HE
REDUCED HIS DOSE OF EFFEXOR TO 37.5 MG QOD. ON 3/27/09 THE PATIENT CONTRACTED
INFLUENZA. HE REMAINED ILL WITH FEVER FOR SEVERAL DAYS. HE NEGLECTED TO TAKE HIS
EFFEXOR 37.5 MG QD DURING COURSE OF ILLNESS, FOR APPROXIMATELY FIVE DAYS. WHEN
INFLUENZA  RESOLVED, THE PATIENT NOTED HE HAD BEEN FIVE DAYS OFF EFFEXOR WITH NO
SIDE EFFECTS OF REFERRAL AND HE ELECTED ON 4/1/09 TO CONTINUE WITH NO
ANTIDEPRESSANT MEDICATION. HE NOTED ONSET OF SYMPTOMS OF PANIC AND ANXIETY
SEVERAL DAYS LATER, ON OR ABOUT 4/3/09. HE PRESENTS TO OFFICE TODAY WITH CHIEF
COMPALINT OF SIDE-EFFECT TO EFFEXOR WITHDRAWAL, INCLUDING ANXIETY AND PANIC.  HE
HAS BEEN ABLE TO WORK, EMPLOYED WITH HIS OWN BUSINESS. HE DENIES SUICICAL IDEATION
OR DESIRE TO INJUR HIMSELF OR OTHER PEOPLE.

ROS      SKIN: NO RASH.  LYMPH NODES: NO SWELLING IN NECK, AXILLA OR GROIN. HEAD: DENIES
HEADACHES.  EYES: NO DIPLOPLIA OR PHOTOPHOBIA.  EARS: NO TINNITUS.  THROAT: NO
DYSPHAGIA. LUNGS: DENIES COUGH AND CONGESTION.  HEART: NO PALPITATIONS OR CHEST
PAIN.  ABDOMEN: WITHOUT NAUSEA, VOMITING, DIARRHEA, CONSTIPATION OR ABDOMINAL
PAIN.   NEUROLOGIAL: WITHOUT SEIZURES OR FOCAL NEUROLOGICAL SIGNS.

PFSH     SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY
SERVICE.
PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: YES, IN THEMILITARY
PPD: ?
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: 1 YEAR AGO (2005)
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: ?
LAST EYE EXAM: TODAY, 3/7/06
SEE WELL: YES
GLASSES/CONTACTS: NO
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.

holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants: agree
with tsh, stress echo.
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

TOBACCO USE: STOPPED SMOKING 10 MONTHS AGO. HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN THE PAST TEN MONTHS SECONDARY TO DIET AND EXERCISE.
ETOH: MODERATE, SEVERAL GLASSES OF ALCOHOL OVER A ONE WEEK PERIOD.
OCCUPATION: PRIVATELY EMPLOYED, PRESIDENT AND CEO OF HIS OWN ELECTRICAL COMPANY.
MARITAL STATUS: MARRIED
CHILDREN: 2
LIVES WITH: WIFE, LISA (32), DAUGHTER, TYRA (6) AND SON, PETER (1)
COOKING/CLEANING/SHOPPING: WIFE
PETS: 1 DOG
SUPPORTS: FRIENDS
FREE TIME: PLAY WITH KIDS/HOME WORK
SMOKERS AT HOME: NONE
SMOKE DETECTORS: YES
FIRE ESCAPE PLAN: NO
GUNS AT HOME: NO
SAFE NEIGHBORHOOD: YES
SIBLINGS: NO BROTHERS. FOUR SISTERS, ALIVE AND WELL, ASIDE FROM ONE SISTER WITH A HISTORY OF INSULIN DEPENDENT DIABETES MELLITUS AND A HISTORY OF HEROIN ADDICTION IN THE PAST.
HEALTHY DIET: YES
TRYING TO LOSE WEIGHT: YES
CAFFEINE: 2-3 CUPS OF COFFEE/DAY
EXERCISE: 3 DAYS/WEEK, SOMETIMES
TROUBLE FALLING ASLEEP: NO
TAKE NAPS: YES
GO TO BED AT NIGHT: 11-12.
WAKE UP: 7-7:30
MEDICINE TO HELP SLEEP: NO
EVER TAKEN DRUGS: YES, A LITTLE IN HIGH SCHOOL.
EVER BEEN SEXUALLY ACTIVE: YES
SEXUALLY ACTIVE NOW: YES
SEXUAL PARTNERS IN LIFETIME: 8
SAME SEX PARTNERS: NO
STD: NO
EVER HAD AN AIDS TEST: YES
DO YOU WANT AN AIDS TEST: YES
UNDER A LOT OF STRESS: NO
FEEL DOWN: NO
THOUGHT ABOUT HURTING SELF: NO
HAVE HURT YOURSELF: NO
ANYONE VERBALLY/PHYSICALLY THREATENED OR HURT YOU: YES, LIFE PEOPLE (4 OR 5)

All — NKDA NKLA NKFA NKEA

Meds — Effexor 37.5 mg, 1 po qod
Klonopin 0.5 mg, 1 po bid prn
Zantac 150 mg, 1 PO BID PRN

PE — Wt:    193 lb   T:   96.6f BP: 132/77  P:  77     RR:  20     Ht:   65.5 in  BMI:  31.8   HC:
O2 SAT 100%

GENERAL: AN ALERT AND ORIENTED, ANXIOUS 35 YEAR OLD MALE WHO APPEARS IN NO ACUTE DISTRESS. LUNGS: CLEAR TO A&P. HEART: REGULAR SINUS RHYTHM AT 70 WITHOUT ECTOPY OR MURMUR.

AP — # PANIC DISORDER WITHOUT AGORAPHOBIA (300.01):
# ANXIETY STATES (300.0):
# DEPRESSIVE DISORDER OT (311):
IMPRESSION:
1. PANIC ATTACKS
2. WITHDRAWAL FROM EFFEXOR

PLAN
RESTART EFFEXOR, 37.5 MG, 1 PO QOD. COMMENCE KLONOPIN, 0.5 MG, 1 PO BID PRN. PATIENT HAS SEEN PSYCHOLOGIST, DR. MOVERMAN IN THE PAST. HE HAS BEEN ADVISED TO CALL DR.

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

MOVERMAN'S OFFICE NOW AND OBTAIN COUNSELING THROUGH THEIR OFFICE DURING CURRENT PERIOD OF WITHDRAWAL FROM EFFEXOR. HE WAS ADVISED THAT WHEN STABILIZED, IF HE CONTINUES TO FEEL HE CAN DO WITHOUT EFFEXOR, WOULD REDUCE EFFEXOR TO 1 PO Q3 DAYS FOR THREE WEEK PERIOD AND THEN FURTHER REDUCE EFFEXOR TO 1 PO Q4 DAYS FOR THREE WEEK PERIOD. ADVISED SLOW TAPERING OF DOSE IN VIEW OF SIDE-EFFECTS TO RAPID EFFEXOR WITHDRAWAL. FOLLOW-UP IN OFFICE FOLLOWING DR. MOVERMAN'S CONSULTATION.99214

ARTHUR HAFFNER, MD
Electronic Signature

ENCOUNTER                                                     Saturday, November 01, 2008, 5:15PM

CC:        holter monitor reading

HPI        holter was on for  22 hrs 39 min
           indication:palpitations
           sxs in diary:no diary returned
           average hr:75
           minimum hr:54
           maximum hr:151
           tachycardia:< 1 min
           bradycardia:n/a
           ventricular ectopics:1282 (1.21% of all beats)
           isolated:1149
           pairs: 40
           bigeminy:3
           trigeminy:1
           supraventricular ectopics:16
           isolated:1
           ST segment: depression  0 /elevation0
           pause:0

ROS

PFSH       SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY
           SERVICE.
           PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER
           USUAL CHILDHOOD ILLNESSES.
           HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
           CHICKEN POX: YES, AGE 6
           TETANUS SHOT: YES, IN THEMILITARY
           PPD: ?
           YEARLY FLU SHOT: NO
           DENTIST: N/A
           LAST DENTAL CHECK-UP: 1 YEAR AGO (2005)
           BRUSH TEETH: DAILY
           FLOSS TEETH: YES
           DENTURES: NO
           EYE DOCTOR: ?
           LAST EYE EXAM: TODAY, 3/7/06
           SEE WELL: YES
           GLASSES/CONTACTS: NO
           HEARING: GOOD
           EXPOSED TO NOISE AT WORK: NO
           TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.

           holter 10/08: many ventricular ectopics but mostly isolated. advise D/C all caffeine and stimulants: agree
           with tsh, stress echo.
           MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
           PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
           PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
           MOTHER: TYPE II DIABETES MELLITUS
           FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

Holter applied today in office and will be removed in 24 hrs

reduce caffeine intake and reviewed sx that warrant f/u in ED immediately

99214, 93000

BRIDGET LANGA, ARNP
Electronic Signature

**ENCOUNTER** Monday, September 29, 2008 6:22PM

CC: CPE 35 YEAR OLD MALE

HPI PATIENT SEEN 9/29/08 BY DR. ARTHUR HAFFNER.

THE PATIENT IS A 35 YEAR OLD MALE WHO PRESENTS TO THE OFFICE FOR A CPE. THE PATIENT IS CURRENTLY TAKING EFFEXOR, 37.5 MG, 1 PO QD FOR DEPRESSION. HE ATTEMPTED TO DECREASE OFF OF EFFEXOR, ORIGINALLY STARTED AT 75 MG PO QD, HOWEVER, HAS BEEN UNABLE TO TAPER DOSE BELOW 37.5 MG PO QD. THE PATIENT HAD BEEN SEEN BY A COUNSELOR, DR. MOVERMAN, IN THE PAST. HE HAS NOT SEEN DR. MOVERMAN IN OVER ONE YEAR. THE PATIENT COMPLAINS OF OCCASIONAL EPIGASTRIC AND SUBSTERNAL DISCOMFORT BUT DENIES ACTUALLY PAIN, SHORTNESS OF BREATH OR DYSPNEA. EKG IN OFFICE TODAY WAS WITHIN NORMAL LIMITS AND UNCHANGED FROM ONE YEAR AGO. HE DENIES COUGH, CONGESTION, NAUSEA, VOMITING, CONSTIPATION OR DIARRHEA. HE DENIES FALL OR BLUNT TRAUMA TO THE CHEST. HE DENIES LIFTING.

ROS SKIN: NO RASH. LYMPH NODES: NO SWELLING IN NECK, AXILLA OR GROIN. HEAD: DENIES HEADACHES. EYES: NO DIPLOPLIA OR PHOTOPHOBIA. EARS: NO TINNITUS. THROAT: NO DYSPHAGIA. LUNGS: DENIES COUGH AND CONGESTION. HEART: NO PALPITATIONS OR CHEST PAIN. ABDOMEN: WITHOUT NAUSEA, VOMITING, DIARRHEA, CONSTIPATION OR ABDOMINAL PAIN. NEUROLOGIAL: WITHOUT SEIZURES OR FOCAL NEUROLOGICAL SIGNS.

PFSH SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: YES, IN THEMILITARY
PPD: ?
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: 1 YEAR AGO (2005)
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: ?
LAST EYE EXAM: TODAY, 3/7/06
SEE WELL: YES
GLASSES/CONTACTS: NO
HEARING: GOOD
EXPOSED TO NOISE AT WORK: NO
TESTICULAR SELF EXAMS: YES, ONCE IN A WHILE.
MATERNAL GRANDFATHER: PROSTATE CANCER, HYPERTENSION.
PATERNAL GRANDFATHER: CVA, DECEASED SECONDARY TO CVA.
PATERNAL GRANDMOTHER: CVA, DECEASED SECONDARY TO CVA
MOTHER: TYPE II DIABETES MELLITUS
FATHER: TYPE II DIABETES MELLITUS, ACUTE MI AND CABG.
SISTER: INSULIN DEPENDENT DIABETES MELLITUS

TOBACCO USE: STOPPED SMOKING 10 MONTHS AGO. HE HAS ALSO LOST APPROXIMATELY 35 POUNDS IN THE PAST TEN MONTHS SECONDARY TO DIET AND EXERCISE.
ETOH: MODERATE, SEVERAL GLASSES OF ALCOHOL OVER A ONE WEEK PERIOD.

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.

**PICONE, PETER (DOB: 4/13/1973 ID: 3109)**
**FORMAL HEALTH RECORD**

PE    Wt:   210 lb   T:   97.9l BP: 113/79 P:   76     RR:   16      Ht:   65.5 in   BMI:   34.6    HC:
       O2 SAT 98%

GENERAL: AN ALERT, ORIENTED, 35 YEAR OLD MALE WHO APPEARS IN NO ACUTE DISTRESS. RIGHT HAND: NUMBNESS RIGHT THUMB, THENAR ASPECT OF RIGHT HAND, RIGHT INDEX FINGER, RIGHT MIDDLE FINGER AND RADIAL ASPECT OF RIGHT RING FINGER. FULL RANGE OF MOTION OF MCPJS AND IPJS OF RIGHT HAND WITHOUT DEFICIT. RADICULAR PAIN PROXIMALLY TO THE RIGHT SHOULDER. POSITIVE RIGHT TINEL'S SIGN.

AP   # CARPAL TUNNEL SYNDROME (354.0):
# SKIN SENSATION DISTURB (782.0):
# DEPRESSIVE DISORDER OT (311):
IMPRESSION:
1. RIGHT CARPAL TUNNEL SYNDROME
2. EFFEXOR TAPER

PLAN:
CONTINUE TO TAPER DOWN EFFEXOR, 37.5 MG, 1 PO QID X30 DAYS, THEN FURTHER DECREASE EFFEXOR TO 37.5 MG, 1 PO Q3 DAYS. APPOINTMENT TO BE MADE FOR THE PATIENT TO FOLLOW-UP WITH HIS NEURO SURGEON, DR. PETER GRILLO, NEW ENGLAND NEURO ASSOCIATES, LAWRENCE, MA, FOR EVALUATION AND REPAIR OF RIGHT CARPAL TUNNEL      . SYNDROME.99214

                                       ARTHUR HAFFNER, MD
                                           Electronic Signature

---

**ENCOUNTER**                                                    Monday, March 17, 2008   4:11PM

CC:       ANXIETY, PATIENT REQUESTS TAPERED DOSE OF EFFEXOR

HPI      PATIENT SEEN 3/17/08 BY DR. ARTHUR HAFFNER.

THE PATIENT IS A 34 YEAR OLD MALE WHO HAS BEEN TAKING EFFEXOR, 75 MG PO QD FOR FOUR YEARS. THE PATIENT HAS EXPRESSED AN INTEREST IN TAPERING DOWN CURRENT DOSE OF EFFEXOR. WE EXPLAINED TO PAITENT THAT THIS PARTICULAR ANTI-DEPRESSANT REQUIRES RATHER SLOW TAPERING AND SHOULD NOT BE STOPPED ABRUPTLY. WILL ATTEMPT TO GRADUALLY TAPER OFF OF EFFEXOR, 75 MG, OVER THE NEXT SEVERAL MONTHS. THE PATIENT HAS ALSO MENTIONED THAT HE HAS A FAMILY HISTORY OF CELEAC DISEASE IN HIS SISTER AND NEICE, HOWEVER, PATIENT DOES NOT HAVE A GLUTEN OR WHEAT INTOLERANCE AND I ADVISED PATIENT THAT THE CHANCES OF HIM HAVING CELEAC IS RATHER LOW. THE PATIENT'S WEIGHT IS ESSENTIALLY UNCHANGED. HE HAD LOST 50 LBS·SEVERAL YEARS AGO BUT HAS GRADUALLY INCREASED HIS WEIGHT TO HIS PRESENT 212 LBS, WHICH HAS BEEN UNCHANGED FOR SIX MONTHS. THE PATIENT WAS FORMERLY ADVISED TO GO TO WEIGHT WATCHERS FOR WEIGHT CONTROL.

ROS      SKIN: NO RASH. LYMPH NODES: NO SWELLING IN NECK, AXILLA OR GROIN. HEAD: DENIES HEADACHES. EYES: NO DIPLOPLIA OR PHOTOPHOBIA. EARS: NO TINNITUS. THROAT: NO DYSPHAGIA. LUNGS: DENIES COUGH AND CONGESTION. HEART: NO PALPITATIONS OR CHEST PAIN. ABDOMEN: WITHOUT NAUSEA, VOMITING, DIARRHEA, CONSTIPATION OR ABDOMINAL PAIN. NEUROLOGIAL: WITHOUT SEIZURES OR FOCAL NEUROLOGICAL SIGNS.

PFSH     SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
PREVIOUS PCP: 9/25/07
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: YES, IN THEMILITARY
PPD: ?
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: 1 YEAR AGO (2005)
BRUSH TEETH: DAILY
FLOSS TEETH: YES

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.