# EXHIBIT 5

PICONE, PETER (DOB: 4/13/1973 ID: 3109)
FORMAL HEALTH RECORD

Exercise at least 3 times per week with combination of cardio and strength training exercises.
Maintain healthy diet with at least 5 servings of fruit and vegetables, lean protein, and complex carbohydrates high in fiber
Get adequate sleep (at least 8 hours per night)
Sunscreen every time you are out in sun
Always wear seat belt
Medium Complexity > 99395, 94760, 81002

LAURIE ROGERS, NP
Electronic Signature

| ENCOUNTER | | Tuesday, February 14, 2012 11:20AM |
|---|---|---|
| CC: | MED CHANGES AND SLEEP DISTURBANCES | |

HPI    38 YEAR OLD MALE PRESENTS TO THE OFFICE TO FOLLOW UP ON A PREVIOUS OFFICE VISIT WHEN HE WAS SEEN STATING THAT "HE WANTS TO GET OFF OF THE EFFEXOR". NO LONGER THINKS IT IS WORKING AS HE HAS GONE FROM 1-2 PANIC ATTACKS PER YEAR TO 1-2 PER MONTH. THESE ARE DEBILITATING. THEY START ABRUPTLY AND GO ON FOR SEVERAL MINUTES AND INCLUDE BOTH PSYCHOLOGICAL AND PHYSICAL SYMPTOMS INCLUDING HEADACHE, CHEST PAIN, SOB, FLIGHT OF IDEAS, FEARS OF DOOM AND GLOOM AND DEATH, AND ESCALATE TO EXTREME CASES WHERE HE FEELS "HE IS GOING TO DIE". HE WORKS OUT DAILY AND DOES NOT USE ANY WORKOUT MEDS HOWEVER DOES WORKOUT TO MUSCLE EXHAUSTION WHERE HE GETS SHAKEY IN THE ARMS AND LEGS. THIS THEN CAN TRIGGER AN ATTACK. LOGICALLY HE STATES HE UNDERSTANDS WHAT IS HAPPENING AND KNOWS HE NEEDS TO STOP SOONER, BUT CANNOT HELP HIMSELF FROM PUSHING ONE STEP MORE. IS NOT SLEEPING AT NIGHT BUT HAS BEEN TAKING THE EFFEXOR FOR SEVERAL YEARS AT NIGHT AND HAS BEEN CONCERNED ABOUT SWITCHING TO THE DAYTIME. IS WORRIED ABOUT "BRAIN MEMORY BEING ERASED" FROM LONG TERM USE OF ANTI DEPRESSANTS. IS AFRAID OF WAKING UP AND NOT WAKING UP. THIS HAS BEEN ON GOING SINCE AGE 16 WHEN HE EXPERIENCED HIS FIRST PANIC ATTACK. THAT ATTACK STARTED WHEN HE HAD AN UNUSUAL CHEST PAIN THAT WAS NOTHING (HAD A COMPLETE CARDIAC WORKUP) BUT EVERYTIME HE FELT A TWINGE HE IMAGINED HIMSELF HAVING A HEART ATTACK AND DYING. HE HAS GAINED SOME WEIGHT RECENTLY BUT FEELS IT IS MORE MUSCULAR. DID GO FOR FOUR DAYS WITHOUT HIS MEDICATION AND HAD WITHDRAWAL SYMPTOMS SO RESTARTED IT AGAIN. DOES NOT FEEL DEPRESSED. NOT SUICIDAL AND DOES NOT HAVE SUICIDAL IDEATION OR PLAN.

FOLLOWING THAT VISIT HIS EFFEXOR WAS CHANGED TO PRISTIQ 50 MG. FEELS THAT THIS HAS DEFINATELY HELPED TO CONTROL THE DEPRESSIVE SYMPTOMS THAT FOLLOW AN ANXIETY ATTACK. IS SLEEPING BETTER. WOKE UP THIS AM WIRED AND TIRED (HAD A HEAVY WORKOUT DAY BEFORE). THIS STIMULATED THE PANIC. NOW IS HIGHLY ANXIOUS, PACING, AND CANNOT CONTROL HIS ANXIETY. GIVEN 0.5 MG OF XANAX.

ROS    AS ABOVE IN HPI
PFSH   SURGERIES: RECTAL FISTULA REPAIR IN 1995, REPAIRED WHILE HE WAS IN THE MILITARY SERVICE.
CARPAL TUNNEL 2007, 2008, VASECTOMY
3/11 Right shoulder repair

PREVIOUS PCP: 9/25/07; 9/29/08 DR. HAFFNER 3/11 - Greg Brennan PAC
USUAL CHILDHOOD ILLNESSES.
HISTORY OF DEPRESSION, CURRENTLY TAKING EFFEXOR, 75 MG QD
CHICKEN POX: YES, AGE 6
TETANUS SHOT: 2/10
PPD:
YEARLY FLU SHOT: NO
DENTIST: N/A
LAST DENTAL CHECK-UP: q 6 mo
BRUSH TEETH: DAILY
FLOSS TEETH: YES
DENTURES: NO
EYE DOCTOR: last 4 years prior
LAST EYE EXAM: TODAY, 3/7/06,

AmazingCharts.com

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization of the patient listed above.