# EXHIBIT 6A

# New England Neurological Associates, P.C.

PERSONAL AND CONFIDENTIAL

Riverwalk
354 Merrimack Street
Lawrence, MA 01843
(978) 687-2321
FAX: (978) 685-7265
www.nneuro.com

**Division of Neurological Surgery**
Howard M. Gardner, M.D., F.A.C.S.
    Founder / Medical Director
Peter J. Grillo, M.D., F.A.C.S.
William P. McCann, M.D., F.A.C.S.
Bruce R. Cook, M.D., F.A.C.S.
Henry Y. Ty, M.D.
Brooke A. Storey, PA-C

**Division of Neurology**
Neurology
Michael Bralower, M.D.
Jonathan S. Moray, M.D.

Neurology/Neuro-Ophthalmology
Richard G. Selbst, M.D.

Pediatric Neurology
Michael B. Robbins, M.D.

Neurology/Epileptology
Jonathan Ross, M.D.
Arya Farahmand, M.D.
Lanny Y. Xue, M.D., Ph.D.

Neurology/Neuromuscular Disorders
Richard S. Finkelman, M.D.
Jennifer A. Grillo, M.D.

Neurology/Movement Disorders
Shabbir A. Abbasi, M.D. MRCP UK

Neurology/Neuro-Oncology
Vladan P. Milosavljevic, M.D.

Neurology/Vascular Neurology
Cristina Simona Ivan, M.D.
Andreas P. Schoeck, M.D.

**Division of**
**Physical Medicine & Rehabilitation**
Physiatry
Elizardo P. Carandang, M.D.
Srirangam R. Padmanabhan, M.D.
Scott R. Masterson, M.D. CIME
Thomas P. Cody, M.D.

**Division of Pain Medicine**
Anesthesiology
Gopala Dwarakanath, M.D.,DABPM
Jeffrey A. Norton, M.D.
Shihab U. Ahmed, M.D., PH
Michael C. Connelly, M.D.
Richard R. Riccardi, M.D.

**Division of**
**Neuro-Behavioral Medicine**
Rehabilitative Neurology
James A. Whitlock, Jr., M.D.

Psychiatry
Marc M. Sadowsky, M.D.

Psychology
Robert A. Moverman, Ph.D.

Learning Diagnostic Center
Michael B. Robbins, M.D., F.A.A.P.

**Administration**
Joan T. Faucher
    Administrator/CEO

PETER PICONE (D.O.B. 04/13/1973)
September 28, 2007

IDENTIFYING DATA:    Peter Picone is a 34-year-old white, married male referred for psychological consultation by his primary care physician, Dr. Hafner.   There have been concerns about panic attacks and anxiety.

BACKGROUND INFORMATION:  Mr. Picone states that he had problems with panic attacks dating back to age 15 when he had some sort of heart palpitations or fluttering that made him quite anxious.  He states that he had difficulty concentrating.  He was fearful that something was wrong with him.  He became reclusive and socially avoidant.  He entered the service at the age of 19 and this seemed to help his symptoms in that he did not have time to think about them.  He came out of the service and the symptoms started up again, this time at around the age of 23.  His anxiety was intermittent until 2001 or so, when it became more severe, to the point, where he could not even bring himself to apply for a job.  He finally decided to see a physician and he was given Effexor in 2003.  This had a remarkably therapeutic benefit.  He was doing quite well up until a few months ago, when his symptoms returned.  He admits that his new physician had tried reducing his Effexor dosage to see if he could get by without it, and he actually did up until July of this year when he had another panic attack.  He just recently started back on medication and he admits that his anxiety can snowball to the point where he gets depressed over his anxiety.  He describes the depression as having a lack of joy in is life and fear of panicking as well as a focus on somatic symptoms.  He is now at the point where he would like to get rid of his anxiety once and for all.

Medical history includes what he describes as occasional heart flutters, but nothing that has ever been found to be problematic or requiring any sort of treatment.  He has had a variety of medical tests, he gets physicals every year and he is consistently in good health.  However, he does have a history of having a fistula removed, elected vasectomy and has recently been found to have carpal tunnel to the left wrist for a couple of years now.  He will be getting surgery for this, but he is not disturbed by this at all.  He does fear that there may be something more seriously wrong with him such as a brain tumor, even though he has no real explanation for why he would be worried about this.

Mr. Picone used to smoke, but he gave it up over two years ago.  He

**New England Neurological Associates, P.C.**

PERSONAL AND CONFIDENTIAL

Riverwalk
354 Merrimack Street
Lawrence, MA 01843
(978) 687-2321
FAX: (978) 685-7265
www.neneuro.com

Division of Neurological Surgery
*Howard M. Gardner, M.D., F.A.C.S.*
*Founder / Medical Director*
*Peter J. Grillo, M.D., F.A.C.S.*
*William P. McCann, M.D., F.A.C.S.*
*Bruce R. Cook, M.D., F.A.C.S.*
*Henry Y. Ty, M.D.*
*Brooke A. Storey, PA-C*

Division of Neurology
Neurology
*Michael Bralower, M.D.*
*Jonathan S. Moray, M.D.*

Neurology/Neuro-Ophthalmology
*Richard G. Selbst, M.D.*

Pediatric Neurology
*Michael B. Robbins, M.D.*

Neurology/Epileptology
*Jonathan Ross, M.D.*
*Arya Farahmand, M.D.*
*Lanny Y. Xue, M.D., Ph.D.*

Neurology/Neuromuscular Disorders
*Richard S. Finkelman, M.D.*
*Jennifer A. Grillo, M.D.*

Neurology/Movement Disorders
*Shabbir A. Abbasi, M.D. MRCP UK*

Neurology/Neuro-Oncology
*Vladan P. Milosavljevic, M.D.*

Neurology/Vascular Neurology
*Cristina Simona Ivan, M.D.*
*Andreas P. Schoeck, M.D.*

Division of
Physical Medicine & Rehabilitation
Physiatry
*Elizardo P. Carandang, M.D.*
*Srirangam R. Padmanabhan, M.D.*
*Scott R. Masterson, M.D. CIME*
*Thomas P. Cody, M.D.*

Division of Pain Medicine
Anesthesiology
*Gopala Dwarakanath, M.D.,DABPM*
*Jeffrey A. Norton, M.D.*
*Shihab U. Ahmed, M.D., PH*
*Michael C. Connelly, M.D.*
*Richard R. Riccardi, M.D.*

Division of
Neuro-Behavioral Medicine
Rehabilitative Neurology
*James A. Whitlock, Jr., M.D.*

Psychiatry
*Marc M. Sadowsky, M.D.*

Psychology
*Robert A. Moverman, Ph.D.*

Learning Diagnostic Center
*Michael B. Robbins, M.D., F.A.A.P.*

Administration
*Joan T. Faucher*
*Administrator/CEO*

PETER PICONE (D.O.B. 04/13/1973)
October 1, 2007

Mr. Picone and I began working on techniques for managing anxiety and somatic preoccupation, specifically his fear that there is something wrong with his heart or that he has cancer. We worked on using some cognitive restructuring techniques as well as thought stopping and other "mental tools" to manage this. He was very excited about the idea of doing this and he recalls that there was one occasion where he actually laughed at his symptom and made it go away. I suggested that he keep a log of situations when anxiety or panic attacks come up and details surrounding them including what techniques he tries and how much effect they have. I also recommended a self-help book on anxiety and phobia management, which he plans to get and start reading. We will followup next week.

Robert A. Moverman, Ph.D.

RAM/tc/st  D: 10/01/2007  T: 10/01/2007

Copy retained for our files.

Gateway Center
10 George Street, Suite 300
Lowell, MA 01852
(978) 458-1463
FAX (978) 454-3051

One Parkway
Haverhill, MA 01830
(978) 373-9733
FAX (978) 372-2349

Towle Office Building
260 Merrimac Street
Newburyport, MA 01950
(978) 465-3033

Medical Arts Building
168 Kinsley Street
Nashua, NH 03061
(603) 882-2114
FAX (603) 889-7284

43B Birch Street
Derry, NH 03038
(603) 432-0881