# EXHIBIT 6B

# New England Neurological Associates, P.C.

Riverwalk
354 Merrimack Street
Lawrence, MA 01843
(978) 687-2321
FAX: (978) 685-7265
www.neneuro.com

Division of Neurological Surgery
Howard M. Gardner, M.D., F.A.C.S.
Founder / Medical Director
Peter J. Grillo, M.D., F.A.C.S.
William P. McCann, M.D., F.A.C.S.
Bruce R. Cook, M.D., F.A.C.S.
Henry Y. Ty, M.D.
Brooke A. Storey, PA-C

Division of Neurology
Neurology
Michael Bralower, M.D.
Jonathan S. Moray, M.D.

Neurology/Neuro-Ophthalmology
Richard G. Selbst, M.D.

Pediatric Neurology
Michael B. Robbins, M.D.

Neurology/Epileptology
Jonathan Ross, M.D.
Arya Farahmand, M.D.
Lanny Y. Xue, M.D., Ph.D.

Neurology/Neuromuscular Disorders
Richard S. Finkelman, M.D.
Jennifer A. Grillo, M.D.

Neurology/Movement Disorders
Shabbir A. Abbasi, M.D. MRCP UK

Neurology/Neuro-Oncology
Vladan P. Milosavljevic, M.D.

Neurology/Vascular Neurology
Cristina Simona Ivan, M.D.
Andreas P. Schoeck, M.D.

Division of
Physical Medicine & Rehabilitation
Physiatry
Elizardo P. Carandang, M.D.
Srirangam R. Padmanabhan, M.D.
Scott R. Masterson, M.D. CIME
Thomas P. Cody, M.D.

Division of Pain Medicine
Anesthesiology
Gopala Dwarakanath, M.D.,DABPM
Jeffrey A. Norton, M.D.
Shihab U. Ahmed, M.D., PH
Michael C. Connelly, M.D.
Richard R. Riccardi, M.D.

Division of
Neuro-Behavioral Medicine
Rehabilitative Neurology
James A. Whitlock, Jr., M.D.

Psychiatry
Marc M. Sadowsky, M.D.

Psychology
Robert A. Moverman, Ph.D.

Learning Diagnostic Center
Michael B. Robbins, M.D., F.A.A.P.

Administration
Joan T. Faucher
Administrator/CEO

PETER PICONE (D.O.B. 04/13/1973)
October 16, 2007

PSYCHOLOGICAL TESTING REPORT: Mr. Picone completed the Millon Clinical Multiaxial Inventory (MCMI-III) as part of the psychological evaluation process. Results appear valid.

In terms of personality patterns, this appears to be a man who is typically in a sorrowful and dejected state. He may have a downcast mood and dread being alone and isolated. He may want closeness and respect from others, but tends to expect pain and disillusionment. He expects to fail and be humiliated and will self protectively be withdrawn and avoid situations that could potentially bring him the gratification that he so much desires. He may evoke negative reactions from others because of his unhappiness with himself as well as his irritable moodiness. He may turn his anger against himself and feel useless and unworthy. He may believe that disappointment and discouragement is what life is all about, and may believe that he deserves to suffer. He is touchy, irritable and generally, somewhat avoidant into depressive personality features.

In terms of Axis I syndromes, there is evidence of an anxiety disorder that could include diffuse fears, emotional distractibility and fatigue. He may repeatedly undue opportunities to better his circumstances, and he seems to create stressors that promote his worries which characterize his general anxiety state. In short, he appears to be having a generalized anxiety disorder at this time.

Robert A. Moverman, Ph.D.

RAM/tc/st D: 10/16/2007 T: 10/17/2007

Copy retained for our files.

Gateway Center
10 George Street, Suite 300
Lowell, MA 01852
(978) 458-1463
FAX (978) 454-3051

One Parkway
Haverhill, MA 01830
(978) 373-9733
FAX (978) 372-2349

Towle Office Building
260 Merrimac Street
Newburyport, MA 01950
(978) 465-3033

Medical Arts Building
168 Kinsley Street
Nashua, NH 03061
(603) 882-2114
FAX (603) 889-7284

43B Birch Street
Derry, NH 03038
(603) 432-0881