**ATTACHMENT A**

| Manufacturer (OEM) | Restitution Amount |
|---|---|
| Advanced Micro Devices | $18,115.00 |
| Agilent Technologies | $840.00 |
| Allegro Microsystems, LLC | $290.00 |
| Altera Corporation | $32,778.00 |
| Analog Devices, Inc. | $11,343.00 |
| Conexant | $2,000.00 |
| Cypress Semiconductor | $6,883.00 |
| Epson Electronics America, Inc. | $305.00 |
| Fairchild Semiconductor Corporation | $667.00 |
| Freescale Semiconductor (Motorola) | $32,918.00 |
| Harris | $923.00 |
| Hitachi | $2,155.00 |
| Intel Corporation (Chips and Technologies LLC) | $1,755.00 |
| Intersil Corporation (Xicor) | $3,052.00 |
| Linear Technology | $6,018.00 |
| Maxim Integrated (Dallas Semiconductor) | $1,000.00 |
| NEC Corporation of America (Nippon Electric Company) | $4,181.00 |
| NXP Semiconductors (Philips) | $21,168.00 |
| RFMD, Inc. (Micro Linear Corp) | $7,610.00 |
| Seagate | $18,993.00 |
| Sharp | $2,019.00 |
| Texas Instruments Inc. (Burr Brown & National Semiconductor) | $30,767.00 |
| Toshiba America Electronic Components, Inc. | $18,229.00 |
| Xilinx, Inc. | $75,868.00 |
| Zilog Inc. | $25,211.00 |
| TOTAL RESTITUTION | $325,088.00 |